UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

October 03, 2018

David J. Bradley, Clerk

*Hexsteel Pipeline Technologies*

*versus*

*Offshore Pipelines, et al.*

§
§
§
§
§

Civil Action 4: *18 · 2351*

## Conference Memorandum

Counsel:                                         Representing:

*Patrick Leyendecker*                            *P. Hexsteel*

*Michael Collins*                                *S. Qiang Bai*

_____                                 _____

_____                                 _____

Date: 10/2/2018                                  Reporter: Alcarez

Started: 3:07                                    Ended: 3:37

At the conference, these rulings were made:

_____

_____

- [✓] Order to be entered.
- [ ] A pretrial conference is set for: _____ on _____, 2018.
- [ ] A hearing is set for: _____ on _____, 2018.
- [ ] Trial preparation to be completed by: _____, 2018.
- [ ] A trial is set for : _____ on _____, 2018.
  - [ ] Bench   [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 2018.
- [✓] Internal review deadline   November 19 _____, 2018.

Lynn N. Hughes
United States District Judge