UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

Flexsteel Pipeline Technologies §
versus §
Offshore Pipelines and §
Risers, et al. §

Civil Action 4: 18-2351

## Conference Memorandum

Counsel:	Representing:

Kevin Leyendecker	⎱ P. Flexsteel Pipeline
Drew Kim	⎰

Michael Collins	D. Qiang Bai

Date: March 19, 2019	Reporter: N. Forrest

Started: 4:05	Ended: 4:40

At the conference, these rulings were made:

_____

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2019.
☐ A hearing is set for: _____ on _____, 2019.
☐ Trial preparation to be completed by: _____, 2019.
☐ A trial is set for: _____ on _____, 2019.
      ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2019.
☒ Internal review deadline        April 29, 2019.

Lynn N. Hughes
United States District Judge