UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 01, 2019
David J. Bradley, Clerk

*Flexsteel Pipeline Technologies, Inc.* §
                                        §
*versus*                                §    Civil Action 4: 18 - 2351
                                        §
*Offshore Pipelines and Risers (OPR)* §
*Inc., et al.*

Conference Memorandum

Counsel:                                         Representing:

Kyung Kim                                        Flexsteel Pipeline
Patrick Leyendecker

Michael Collins                                  Qiang Bai

Date: November 1, 2019                           Reporter: L. Smith

Started: 10:05                                   Ended: 10:25

At the conference, these rulings were made:

☑  Order to be entered.
☐  A pretrial conference is set for:        _____ on _____, 2019.
☐  A hearing is set for:                    _____ on _____, 2019.
☐  Trial preparation to be completed by:    _____, 2019.
☐  A trial is set for :                     _____ on _____, 2019.
   ☐ Bench   ☐ Jury               (Estimated time at 5.5 hours a day _____).
☐  Joint Pretrial Order due:                _____, 2019.
☑  Internal review deadline                 February 3, 2020.

Lynn N. Hughes
United States District Judge