Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs   ☐ Lytal |
| DATE | 5/18/2020 |
| TIME | 10:40 a.m. — 11:00 a.m. |
| CIVIL ACTION | H — 18 — 2351 |
| STYLE | Flexsteel Pipeline Technologies, Inc.<br>*versus*<br>Offshore Pipelines and Risers, Inc., et al. |

DOCKET ENTRY

☑ Conference, ☐ Hearing, Day _____ ☐ Bench ☐ Jury Trial    Reporter: L. Smith

Kyung Kim, Kevin Leyendecker          for Flexsteel
Michael Collins                       for Qiang Bai
Glenn Janik                           for Offshore Pipeline & Yong Bai
_____         for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☑ Motions taken under advisement: motions to dismiss
☑ Order to be entered.
☑ Internal review set: 6/1
☐ Rulings rendered on: _____

07-2019