## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ DePena   ☑ Troutman |
| DATE | 9/21/2020 |
| TIME | 3:50 p.m. — 4:21 p.m. |
| CIVIL ACTION | H – 18 – 2351 |
| STYLE | Flexsteel Pipeline Technologies *versus* Offshore Pipelines and Risers, et al |

DOCKET ENTRY

☑ Conference, ☐ Hearing, Day ____ ☐ Bench ☐ Jury Trial   Reporter: Dye

Patrick Leyendecker      for   Flexsteel Pipeline
Sean Hsu                 for   OPR + Yong Bai
Michael Collins          for   Qiang Bai
_____          for   _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☑ Internal review set: 10·26·2020
☐ Rulings rendered on: _____

07-2019