# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ DePena   ☑ Troutman |
| DATE | 3/9/21 |
| TIME | 3:01 p.m. — 4:21 p.m. |
| CIVIL ACTION | H – 18 – 2351 |
| STYLE | Flexsteel Pipeline Technologies, Inc. *versus* Offshore Pipelines and Risers, Inc. |

## Docket Entry

☑ Conference,   ☐ Hearing, Day _____   ☐ Bench   ☐ Jury Trial   Reporter: Forrest

| | |
|---|---|
| Drew Kim, Colin Phillips | for Flexsteel Pipeline Technologies |
| Sean Hsu | for Offshore Pipelines and Risers + Yong Bai |
| Michael Collins | for Qiang Bai |
| | for |

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

07-2019