

ADVANCES IN PIPES AND PIPELINES.

# FLEXIBLE PIPES

Qiang Bai
Yong Bai
Weidong Ruan

Scrivener Publishing

**EXHIBIT**

**E**

WILEY

FLEX00630

ADVANCES IN PIPES AND PIPELINES

# Flexible Pipes

**Qiang Bai, Yong Bai,
and Weidong Ruan**



Scrivener
Publishing

WILEY

FLEX00631

This edition first published 2017 by John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, USA and Scrivener Publishing LLC, 100 Cummings Center, Suite 541J, Beverly, MA 01915, USA

© 2017 Scrivener Publishing LLC

For more information about Scrivener publications please visit www.scrivenerpublishing.com.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, except as permitted by law. Advice on how to obtain permission to reuse material from this title is available at http://www.wiley.com/go/permissions.

**Wiley Global Headquarters**
111 River Street, Hoboken, NJ 07030, USA

For details of our global editorial offices, customer services, and more information about Wiley products visit us at www.wiley.com.

**Limit of Liability/Disclaimer of Warranty**
While the publisher and authors have used their best efforts in preparing this work, they make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives, written sales materials, or promotional statements for this work. The fact that an organization, website, or product is referred to in this work as a citation and/or potential source of further information does not mean that the publisher and authors endorse the information or services the organization, website, or product may provide or recommendations it may make. This work is sold with the understanding that the publisher is not engaged in rendering professional services. The advice and strategies contained herein may not be suitable for your situation. You should consult with a specialist where appropriate. Neither the publisher nor authors shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages. Further, readers should be aware that websites listed in this work may have changed or disappeared between when this work was written and when it is read.

*Library of Congress Cataloging-in-Publication Data*
ISBN 978-1-119-04126-9

Cover image: Courtesy of OPR Inc.
Cover design by Kris Hackerott

Set in size of 11pt and Minion Pro by Exeter Premedia Services Private Ltd., Chennai, India

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

**FLEX00632**

# Contents

**Preface**     xxi

**About the Authors**     xxiii

**Part I    Design and Analysis**

**1   Flexible Pipes and Limit-States Design**     3
   1.1   Introduction     3
   1.2   Applications of Flexible Pipe     3
      1.2.1   Metal-Based Flexible Pipes     5
      1.2.2   Composite-Based Flexible Pipes     7
      1.2.3   Design Codes and Specifications     10
   1.3   Comparison between Flexible Pipes and Rigid Pipes     12
      1.3.1   Unbonded Flexible Riser vs. Rigid Steel Riser     12
      1.3.2   Flexible Jumper vs. Rigid Steel Jumper     12
      1.3.3   Flexible Composite Pipe vs. Rigid Pipe     13
         1.3.3.1   Material Costs     14
         1.3.3.2   Installation Costs     14
         1.3.3.3   Operational Costs     15
         1.3.3.4   Comparison Example     15
   1.4   Failure Mode and Design Criteria     15
      1.4.1   Unbonded Flexible Pipe     15
         1.4.1.1   Failure Modes     15
         1.4.1.2   Design Criteria     17
      1.4.2   Flexible Composite Pipe     20
         1.4.2.1   Failure Modes     20
         1.4.2.2   Design Criteria     20
   1.5   Limit State Design     24
      1.5.1   Limit States     24
      1.5.2   Reliability-Based Methods     25
   References     26

**2   Materials and Aging**     29
   2.1   Introduction     29
      2.1.1   Unbonded Flexible Pipes     30
      2.1.2   Flexible Composite Pipes     34

and Scrivener

mitted, in any
by law. Advice
missions.

s at www.wiley.

esentations or
iclaim all war-
r purpose. No
ements for this
otential source
s the organiza-
rstanding that
in may not be
er nor authors
ial, incidental,
ive changed or

**FLEX00633**

# Preface

With the rapid development of pipeline engineering technology, flexible pipes have been widely used in the oil and gas industry, both onshore and offshore. They are considered to be an efficient solution in terms of technical as well as economic performance due to their easy and fast laying procedure, durability and recoverability. Nowadays, many researchers and engineers keep on exploring and advancing new design and analysis methods for different types of flexible pipes. However, there is no book available that systematically introduces the design procedures and analysis criteria for different types of flexible pipes.

This book mainly proposes ultimate strength criteria, strength-based cross-sectional design and damage assessment of different types of flexible pipes in the oil and gas industry. We wish that this book will be a useful reference source of flexible pipe design and analysis for pipeline engineers.

The authors would like to thank Mr. Phil Carmical of Scrivener Publishing, for his continuous encouragement. The authors would like to appreciate Dr. Yong Bai's graduate students and post-doctoral fellows at Zhejiang University who provided the initial technical writing for Chapter 4 (Mr. Weishun Dai), Chapters 9, 10, & 13 (Mr. Yutian Lu), Chapters 7, 8, & 11 (Mr. Shuai Yuan), Chapter 12 (Mr. Shuai Yuan & Mr. Peihua Han), Chapters 14 & 18 (Mr. Wei Chen), Chapters 15-17 & 20 (Ms. Ting Liu), Chapters 19, 29, & 30 (Ms. Shanying Lin), Chapter 21 (Ms. Ting Liu & Mr. Peihua Han), Chapter 22 (Dr. Wei Dai), Chapter 24 (Ms. Yuxin Xu), Chapters 25 & 26 (Mr. Weidong Ruan), Chapters 27 & 28 (Mr. Tianyu Zhang & Mr. Jiandong Tang), Chapter 31 (Mr. Zhaohui Shang & Mr. Haichao Xiong), Chapter 32 (Mr. Peng Wang), Chapter 33 (Ms. Songhua Liu), Chapter 34 (Mr. Peihua Han), Chapter 35 (Dr. Gao Tang & Mr. Pan Fang) and Chapter 36 (Dr. Gao Tang & Mr. Kaien Jiang). Thanks to all persons involved in reviewing the book, particularly Mr. Akira Bai of University of California at Berkeley, who reviewed the whole book.

The authors would like to thank the flexible pipe manufacturing company OPR Inc. for their support for publishing this book.

Dr. Q. Bai, Prof. Y. Bai, and Mr. W.D. Ruan
October 1, 2016

xxi

FLEX00634

## About the Authors

Dr. Qiang Bai has more than 20 years of experience in subsea/offshore engineering including research and engineering execution. Experienced in different aspects of subsea engineering for shallow water and deep water and mechanical engineering. He has worked at Kyushu University in Japan, UCLA, OPE, JP Kenny, and Technip. His experience includes various aspects of flow assurance and the design and installation of subsea structures, pipelines, and riser systems. Dr. Bai is the coauthor of the books of "Subsea Pipelines and Risers", "Subsea Engineering Handbook", and "Subsea Pipeline Design, Analysis and Installation".

Professor Yong Bai is the president of Offshore Pipelines & Risers Inc. in Houston, and also the director of the Offshore Engineering Research Center at Zhejiang University. He has previously taught at Stavanger University in Norway where he was a professor of offshore structures. He has also worked with ABS as manager of the Offshore Technology Department and DNV as the JIP project manager.

Professor Yong Bai has also worked for Shell International E & P as a staff engineer. Through working at JP Kenny as manager of advanced engineering and at MCS as vice president of engineering, he has contributed to the advancement of methods and tools for the design and analysis of subsea pipelines and risers. Professor Bai is the author of the books "Marine Structural Design" and "Subsea Pipelines and Risers" and more than 100 papers on the design and installation of subsea pipelines and risers.

OPR has offices in Houston, Texas, USA; and Hangzhou, China. OPR is engaged in the design, analysis, installation, engineering, and integrity management of pipelines, risers, and subsea systems such as subsea wellheads, trees, manifolds, and PLET/PLEMs.

FLEX00635



**Figure 1.7** Typical construction of bonded FCP (courtesy of OPR Inc.).



**Figure 1.8** Typical construction of unbonded FCP (courtesy of OPR Inc.).

of the inner liner is to offer leak-proof capacity, corrosion resistance and contain the transported fluid. The function of the structural layer is to provide the mechanical strength to withstand the loads applied during service and installation. The structural layer typically consists of an even number of balanced helical windings of continuous aramid or other types of fiber reinforcement. The reinforcement is helically wound yarns or fiber reinforced preformed tapes and is encapsulated by a thermoplastic resin. The outer cover is added on the top of the structural layer to protect the structure during installation and operation. This kind of bonded flexible composite pipes is detailed in Chapters 24 to 35.

Figure 1.8 shows a typical construction of a four-layer unbonded steel reinforced flexible pipe and includes (1) an innermost layer that is an extruded thermoplastic tube (PE) that seals the conveyed fluid; (2) two (or four) contra-wound layers of carbon steel strip reinforcements spirally wrapped on top of the liner roughly at a 55° lay angle. The steel strips provide strength that resists the internal pressure and tensile loads on the pipe and are plain carbon steel strips that combine economy with high strength and good toughness. The tensile layers are not exposed to the bore fluid and exist in a considerably milder environment in the annulus between the inner and outer extruded layers; (3) an outermost PE layer that is a thick extruded external shield protects the underlying layers of the pipe from the external environment. This kind unbonded steel reinforced FCP is detailed in Chapters 14 to 22.

**FLEX00636**






(a)                                    (b)

**Figure 3.17** End fitting of NOV [9].





(a)          Flanged end fitting          (b)          Coupling fitting

**Figure 3.18** Typical end fitting of FCPs. (a) Flanged end fitting; (b) Coupling fitting.

ssue when designing the
l fitting barrier seal for a
11, 12]. According to the
uld be two possible inter-
en the metal seal ring and
contact interface between

Figure 3.17, to energize a
essure between the gaskets
olts connecting the casing
to the geometry of the gas-
ntact pressure between the

material internal layer sur-
layer) that add strength to

the pipe while maintaining flexibility and an outer polymeric sheath that insulates the inner layers from the elements. Each of these pipes must be fitted with an end fitting to connect the pipes to each other or to other components. Figure 3.18 illustrates a typical end fitting for a flexible composite pipe (FCP). The end fitting for FCP is used to retain and seal at last one open end of the FCP and provide a fixture to transmit tension and pressure loads to the pipe structure. It interfaces between the pipe and a connector, such as a flange or stub end with weld prep. The end fittings of a FCP normally use a swaging connection to connect the flexible pipes by squeezing the flexible pipe body between an outer groove and inner groove of the end fitting.

Figure 3.19 illustrates the double swaging process that attaches the end fitting to a FCP. First, the interior swage with the dolly process expands the inside of the fitting stem to minimize any internal diametric deviations at the fitting. The external sleeve ferrule is then swaged down with a die to develop the clamping force and fluid seal that ensures performance over the life of the pipeline.

Rubber seal systems with O-rings are used commonly for the end fittings of midline couplings at lower pressures because they can be rapidly assembled (and disassembled). The hydraulic seal is achieved with one or more rubber O-rings inserted into grooves in the male pipe end.

FLEX00637

(8.15)

ıoderate rotation kine-
follows:

(8.16)

$)' \equiv (\bullet), \theta$

]:

$-uw' + u'w)]d\theta$ (8.17)

$= EI\kappa_{\theta\theta}.$

(8.18)

$w\delta u')))d\theta + \delta(\int_0^A Kxdx)$

$R)d\theta$

$\delta w + w\delta u'))\Big)d\theta + KAA_1$



Figure 8.11 Comparison between FEM and analytical solution.



Figure 8.12 Cross section of the flexible pipe.

Figure 8.11 shows that the results of $\phi_K \leq 1$ from FEM and analytical solution. The most difference, 5%, between two methods verifies that the analytical solution is available. In addition, as can be seen from Eq. (8.9.3), the small slope of the equation indicates that the analytical model for $\phi_K$ exceeding 60 can be referred to Glock [7].

## 8.5  Test Study

ıed:

(8.19)

An unbonded flexible pipe with a simple structure is tested in this section to verify the results of numerical and analytical analysis. The configurations of this thermoplastic pipe reinforced by steel strips are shown in Figure 8.12. The studies of this unbonded flexible pipe named steel reinforced flexible pipe will be comprehensively present in Part III of this book. Generally, the principal components are: an outer HDPE layer to provide protection from external damage, continuous reinforcement steel strips with an even number of helical windings to supply resistance for internal pressure, and an inner HDPE layer to provide leakage-proof and corrosion resistance for the transported materials. In addition, the papery polyester tapes (PET) are wrapped over

(8.20)

$0.95 \cdot \phi_k)$

162    FLEXIBLE PIPES

**Table 8.3** Geometric parameters of inner and outer HDPE layers.

| HDPE layer | Inner radius (mm) | Thickness (mm) | $\phi_D$ |
|---|---|---|---|
| Inner layer | 25 | 6 | 9.3 |
| Outer layer | 33 | 4 | |

**Table 8.4** Parameters of the steel strips.

| Parameter | value |
|---|---|
| Reinforcement layers | 4 |
| Number of strips in one layer | 2 |
| *Winding angle (°) | 54.7/−54.7 |
| Thickness of the strip (mm) | 0.5 |
| Width of section (mm) | 52 |

*: The first two reinforcement layers wind in one direction, with the layers to be staggered, and the remaining two layers wind in the converse direction.

the steel strips to protect the outer HDPE layer in case that the steel strip would curl up under certain loads.

The specimens used in this study are produced by Ningbo-OPR in China. The manufacturing dimensions of the HDPE layers and the geometric parameters of the steel strips are listed in Tables 8.3–8.4. It is noteworthy that the thickness of the PET is quite small compared with the outer HDPE layer. Thus, its thickness is added to the outer layer in the depiction for simplicity.

In the following part, the material characteristics are shown firstly and then experimental methods used to study the confined buckling behavior of this kind of flexible pipe subjected to external pressure from water are stated in details.

### 8.5.1    Material Characteristics

The mechanical characteristics of HDPE and steel strips used for this pipe are evaluated through uniaxial tensile tests by the electronic universal testing machine. The main process and results of material tests are summarized and supplemented as follows since the details are given in the authors' published paper [20].

As shown in Figure 8.13, an extensometer is applied to conduct the tensile test of a steel strip but removed from the test of the HDPE since the displacement of HDPE sample is large during the test. Then, the true stress and strain data are calculated according to the results of tests, i.e., nominal data, shown in Figure 8.14. Curve fitting method is used to obtain the elastic modulus of steel strip and the proportional limit stress based on the true stress and strain.

HDPE sample is made into the dumb-bell shape from the extruded HDPE tube through compression molding ahead of the test. The same testing machine is used to

Figure 8.13  Tensile tests of

Stress, (MPa)

Figure 8.14  Test results of s

accomplish the tensile t
nominal and true stress

The elastic modulus
strain is 0.05% and 0.2
limit stress is defined at
Eqs. (8.11) and (8.20) a

### 8.5.2    Confined Co

There are, in total, two
tion. Group A is used fo
B is used for the normal
measured lengths of the
outer diameter) which i
the size of its outer diam

FLEX00639



| mm) | $\phi_D$ |
|---|---|
|  | 9.3 |
|  |  |

| lue |
|---|
| 4 |
| 2 |
| /−54.7 |
| ).5 |
| 52 |

e staggered, and the remain-

teel strip would curl up

'R in China. The manu-
parameters of the steel
ness of the PET is quite
ss is added to the outer

firstly and then experi-
· of this kind of flexible
ails.

for this pipe are evalu-
sting machine. The main
emented as follows since

nduct the tensile test of
· displacement of HDPE
rain data are calculated
'igure 8.14. Curve fitting
d the proportional limit

ie extruded HDPE tube
sting machine is used to




(a) Steel strip HDPE

Figure 8.13 Tensile tests of the samples.



Figure 8.14 Test results of stress-strain relationship of steel strip.

accomplish the tensile test of HDPE shown in Figure 8.13 (b). The processed data of the nominal and true stress-strain are illustrated in Figure 8.15.

The elastic modulus of HDPE is calculated as the secant modulus when the true strain is 0.05% and 0.25% on the basis of the standard ISO527-2012[21]. The elastic limit stress is defined at the peak point. The parameters of those two materials used for Eqs. (8.11) and (8.20) are shown in Table 8.5.

### 8.5.2 Confined Collapse Tests

There are, in total, two groups and three specimens per group prepared for the verification. Group A is used for the confined collapse experiments. As the comparison, Group B is used for the normal collapse experiments which have been finished by Bai [20]. The measured lengths of these testing pipes are on average about 1100 mm, (17 times of the outer diameter) which meet the requirement that the length should be at least 7.5 times the size of its outer diameter according to ASTMD2924. The ovality of a pipe is defined as:

$$\Delta_0 = (D_{max} - D_{min})/(D_{max} + D_{min}) \tag{8.21}$$

**FLEX00640**

164 FLEXIBLE PIPES



Figure 8.15 Stress-strain data of HDPE from tensile test.

Table 8.5 Material properties.

| Parameter | Steel strip | HDPE |
|---|---|---|
| Young's Modulus(MPa) | 199000 | 1040 |
| Proportional limit(MPa) | 596 | 10.94 |
| Poisson ratio | 0.26 | 0.4 |

Where, $D_{max}$ and $D_{min}$ are the maximum and minimum diameters of a pipe, respectively. Before the tests, the initial mean ovalities of the specimens can be obtained by measuring the maximum and minimum diameters of the cross section at certain interval places. After the tests, the representative ovality is the largest value selected from the measurements. The pipes of Group A should be treated by a special process to ensure that the external pressure is applied on the outer surface of the inner PE layer confined by the outer layers ahead of the tests. Thus, an electrical cutter is adopted to slice off two small pieces of outer PE tube including the PET near both terminations to guarantee the water flowing into the annulus of the pipe through the gaps between the layers and the adjacent wraps of steel strips. And to improve the water inflow, small holes are punched on the two end terminations. The two ends of processed pipe are displayed in the Figure 8.16.

Then, the full-scale laboratorial tests are conducted by means of increasing the external pressure at a constant rate to investigate their collapsing behavior. The testing equipment includes pressurization system, hyperbaric chamber and the software with automatic record system. The pressure pump of the pressurization system is controlled by the software to ensure the steady increasing rate. The hyperbaric chamber and its concrete details are shown in Figure 8.17. As seen from this figure, there are two hoses attached to the cap of the chamber. One is used to inject water and feedback the data of pressures to the computer while the other is used to pipe the water from the bore of specimen. Before the tests, the processed pipes of Group A are submerged in the



Figure 8.16 Processed pipe de



Figure 8.17 Hyperbaric cham

hyperbaric chamber fille
particular procedures of

It can be seen from
specimen: one is enclosed
pipe bore should be floo
to direct the water in the
way by the external press
and filling it fully with wa
A pressure transducer is
is wired up to a compute
should be stable, and are

### 8.5.3 Test Results

The time-pressure graph f
Collapse of a pipe is char
three curves show good c
apparent that a short arc
some residual air left ine
sure goes up linearly until
recorded is regarded as tl
Group A are separate but
of pressurization indicate
same explanation for the
hand, there are still some
water but could reduce tl
may be required to induce

**FLEX00641**



Figure 8.16  Processed pipe details of Group A.



Figure 8.17  Hyperbaric chamber for pipe collapse test.

hyperbaric chamber filled with water for 48 hours also to assure the water inflow. The particular procedures of performing the test are presented as follows.

It can be seen from Figure 8.16 that two end terminations are provided to the specimen: one is enclosed while the other has a hole for the use of delivering water. The pipe bore should be flooded completely with water, and then a hose is fixed to the hole to direct the water in the bore of pipe into a basin when the pipe buckles in a flattened way by the external pressure. After placing the specimen into the hyperbaric chamber and filling it fully with water, seal the chamber and attach it to the pressurizing system. A pressure transducer is adopted to monitor the pressure inside the chamber, which is wired up to a computer for data collection. The rates of pressurization in the tests should be stable, and are chosen as 0.025 MPa/s during all the experiments.

### 8.5.3   Test Results

The time-pressure graph for the two groups test specimens are illustrated in Figure 8.18. Collapse of a pipe is characterized by a sudden decrease in the curve. For Group B, all three curves show good coincidence with each other. And before the 20th second, it is apparent that a short arc curve appears, which may be due to the fact that there will be some residual air left inevitably after sealing the chamber. After that section, the pressure goes up linearly until it drops suddenly at a peak point, and the maximum pressure recorded is regarded as the collapse pressure. However, unlike Group B, the curves of Group A are separate but have similar tendencies as shown in the figure. The same rate of pressurization indicates the same injected water per unit time. Thus, except for the same explanation for the beginning section, the lower slopes reveal that on the one hand, there are still some spaces in the wall of the pipe which increase the required water but could reduce the rate of pressurization, and on the other hand, more water may be required to induce the failure mode different from Group B. The different initial

| HDPE |
|------|
| 1040 |
| 10.94 |
| 0.4 |

ters of a pipe, respec-
ns can be obtained by
ection at certain inter-
value selected from the
ecial process to ensure
nner PE layer confined
is adopted to slice off
erminations to guaran-
gaps between the layers
inflow, small holes are
ed pipe are displayed in

means of increasing the
ng behavior. The testing
r and the software with
ion system is controlled
erbaric chamber and its
sure, there are two hoses
r and feedback the data
the water from the bore
A are submerged in the

FLEX00642

166    FLEXIBLE PIPES



**Figure 8.18** Time-pressure curves for 6 specimens.

**Table 8.6** Comparison between two testing groups.

| Label | Test (MPa) | Difference | Average (MPa) | Difference |
|-------|-----------|------------|---------------|------------|
| A-1 | 3.333 | 11.5% | 3.137 | 20.2% |
| A-2 | 3.085 | | | |
| A-3 | 2.989 | | | |
| B-1 | 3.901 | 14.6% | 3.772 | |
| B-2 | 3.959 | | | |
| B-3 | 3.456 | | | |

slopes of three curves indicate the different situation in the wall of three pipes owing to the manufacture.

Table 8.6 shows the collapse pressures obtained from all six tests and the average values of two groups. The difference between the maximum and minimum results of each group is smaller than 15%, which demonstrates low variability in each group and proves the availability and repeatability of the experiments. The cause for the difference can be explained mainly by the manufacturing and transportation errors. The difference between average values of two groups shows that the resistance of this kind of pipe against the external pressure will decrease by around 20% when the external pressure is applied on the inner layer.

The calculated results of the initial and final ovalities for each specimen from the measurement of each group are listed in Table 8.7. Compared with the similar initial conditions, the pipe shapes of Group B change more largely than ones of Group A in the tests.

To clearly observe the failure modes of two groups, two typical specimens from each group are cut through at the location of largest ovality and the cross sections are

**Table 8.7** Ovalities of th

| Label | A |
|-------|---|
| Initial(%) | 0 |
| Final(%) | 10 |



**Figure 8.19** Cross sections

displayed in Figure 8.1
the flattening mechan
mode appears in Grou
In addition, it has bee
the wall of the pipe w
applied on the outer si

## 8.6    Compariso

The results of the exp
tions. To solve Eqs. (8.
In addition, $f_k$ is calcu
equivalent bending sti
all the reinforcement :
$f_k$ is 0.33. The tangent
plastic buckling press
nonlinearity. This app
procedure. The buckli

Where, the superscrip
lus of the inner tube,
mean radius of the tu
the $i$-th step equal to $\epsilon$
plastic collapse press

**FLEX00643**

**Table 8.7** Ovalities of the testing specimens.

| Label | A-1 | A-2 | A-3 | B-1 | B-2 | B-3 |
|---|---|---|---|---|---|---|
| Initial(%) | 0.58 | 0.51 | 0.46 | 0.65 | 0.47 | 1.07 |
| Final(%) | 10.06 | 13.10 | 11.02 | 25.89 | 23.69 | 26.11 |

 

(1) A-2                    (2) B-2

**Figure 8.19** Cross sections of collapsed pipes.

displayed in Figure 8.19. The collapsed shapes show when subjected to external pressure the flattening mechanical response happens in Group B while the heart-shape failure mode appears in Group A, which corresponds to the results of ovalities in Table 8.7. In addition, it has been observed that there is a certain amount of water flowing from the wall of the pipe when cutting the pipe, which verifies the injected water had been applied on the outer surface of the inner PE layer during the test.

## 8.6   Comparison of Three Methods

The results of the experiments can be employed to verify the FE and analytical solutions. To solve Eqs. (8.11) and (8.20), the related parameters can refer to Tables 8.3–8.5. In addition, $f_\kappa$ is calculated in accordance with Eqs. (8.4)–(8.7). It is noteworthy that the equivalent bending stiffness of the outer layer is contributed from the outer PE tube and all the reinforcement steel strips. It turns out Eq. (8.9.1) is available since the calculated $f_\kappa$ is 0.33. The tangential modulus method given by Bai [20] is adopted to calculate the plastic buckling pressure of the inner PE layer considering the development of material nonlinearity. This approach is based on the Timoshenko and Gere [1] and an iteration procedure. The buckling external pressure can be obtained as:

$$P_{T,PE} = \frac{3E_t^i I^i}{R_i^3} \tag{8.22}$$

Where, the superscript $i$ means in the $i$-th increment step, $E_t$ denotes the tangent modulus of the inner tube, $I$ is the equivalent inertia moment, and $R_i$ denotes the updated mean radius of the tube. If the results of assumed and calculated pressure obtained in the $i$-th step equal to each other, then this calculated external pressure is regarded as the plastic collapse pressure of the tube. The specific method can refer to Bai [20]. Based

| | Difference |
|---|---|
| | 20.2% |

ill of three pipes owing to

six tests and the average
. and minimum results of
iability in each group and
. The cause for the differ-
transportation errors. The
the resistance of this kind
nd 20% when the external

or each specimen from the
ired with the similar initial
ly than ones of Group A in

wo typical specimens from
y and the cross sections are

FLEX00644

# 14

# Steel Reinforced Flexible Pipe Under Internal Pressure

## 14.1  Introduction

Compared to conventional steel pipes, composite pipes are increasingly used in the oil and gas industry due to their better mechanical properties and corrosion resistance. In general, composite pipe consists of three layers: an outer HDPE layer to provide protection from external damage, a reinforcement layer to provide resistance against internal pressure and an inner HDPE layer to protect against leak provide corrosion resistance for the transported materials. Much research on fiber reinforced plastic pipes and steel wire reinforced plastic pipes have been conducted. However, there are few publications that involve steel reinforced flexible pipes (SRFP), perhaps due to the fact that the industry application of this kind of pipe is still not very prevalent. A typical structure of SRFP is shown in Figure 14.1.

In this chapter, a four-layer SRFP is introduced and its mechanical properties will be investigated. Part of the analysis is based on "Analysis of steel strip reinforced thermoplastic pipe under internal pressure" [1].

## 14.2  Applications

In general, SRFP can be laid offshore, onshore land and even on rough terrain without additional protective measures. In some cases, the steel reinforcement layers can provide electrical continuity and act as tracer wires.

235

FLEX00645

## 236 FLEXIBLE PIPES





(a) Sketch of layers

(b) Cross-section

**Figure 14.1** Typical structure of SRFP (courtesy of OPR Inc.).



**Figure 14.2** Offshore application of steel reinforced flexible pipe.

### 14.2.1 Offshore

One application example of such pipe is the PDVSA project conducted on Maracaibo Lake, Venezuela. The water depth is less than 40 m; as shown in Figure 14.2 and the pipe specifications are listed below.

### 14.2.2 Onshore

With additional insulation, steel reinforced flexible pipes are ideal for onshore applications. An example is the tundra, where exposed lines can be installed with minimal infrastructure such as supports, and in many cases, can be installed without roads. For

**Table 14.1** Pipe specificatioɪ

| Application | Dian |
|---|---|
| Nature Gas | 2 iɪ |
| Crude Oil | 4 iɪ |
| Crude Oil | 6 i |

desert applications, an op
to combat long-term expɪ

### 14.2.3 Rehabilitatioɪ

Steel reinforced flexible ɪ
have their own inherent
structural integrity of thɪ

## 14.3 Design and

### 14.3.1 Design Codɪ

Generally recognized dɪ
API RP 17B [2] develoɪ
API 17J is a specificatio
flexible pipe specificatio
pipe requirements. API
tion for flexible steel pi
identical numbering foɪ
API RP 15S could ɪ
pipes and includes gui
safety factors, service fa
guidelines for manufac

### 14.3.2 Manufactuɪ

#### 14.3.2.1 Introductiɪ

Spoolable steel reinfoɪ
tionally in recent yearɪ
endurance and keepiɪ
(continuous pipe), wit
Figure 14.3 shows ɪ
from inner layer extruɪ
production ensures thɪ
ogy, and the automatic



PE liner

Outer PE

Steel
reinforcements

ɔss-section

**Table 14.1** Pipe specifications used at PDVSA project.

| Application | Diameter | Number of pipe | Overall length (km) |
|---|---|---|---|
| Nature Gas | 2 inch | 1500 | 688 |
| Crude Oil | 4 inch | 750 | 1028 |
| Crude Oil | 6 inch | 750 | 329 |

desert applications, an optional white UV (ultra violet) resistant outer shield is available to combat long-term exposure to high-intensity solar radiation.

### 14.2.3  Rehabilitation

Steel reinforced flexible pipes are particularly attractive for rehabilitation because they have their own inherent pressure retaining capability and thus do not depend on the structural integrity of the pipelines through which they are pulled.

## 14.3  Design and Manufacturing

### 14.3.1  Design Codes

Generally recognized design codes for SRFP include APR RP 15S, API 17J, API 17K, API RP 17B [2] developed by American Petroleum Institute (API) and ISO 13628-4. API 17J is a specification for unbonded flexible steel pipes. API 17K is a bonded steel flexible pipe specification, that is, other than end-fitting requirements and some bonded pipe requirements. API RP 17B is a recommended practice for the testing and qualification for flexible steel pipes. ISO 13628-2 is an ISO document based on API 17J using identical numbering for most sections.

API RP 15S could be applied for onshore applications of steel reinforced flexible pipes and includes guidelines for determining materials properties, pressure ratings, safety factors, service factors, and minimum performance requirements. It also includes guidelines for manufacturing, quality control tests, and typical installation methods.

### 14.3.2  Manufacturing

#### 14.3.2.1  Introduction

Spoolable steel reinforced flexible pipe is a kind of composite pipe developed internationally in recent years; its main features are corrosion resistance/high work pressure endurance and keeping flexibility at the same time, it can be made into a reel form (continuous pipe), with a length from tens of meters to kilometers in one reel.

Figure 14.3 shows a production line for manufacturing steel reinforced flexible pipe from inner layer extrusion to reeled finished product. The one-step process of continuous production ensures the stability of product quality. The raw material co-extrusion technology, and the automatically controlled winding tension eliminate the weakness of the stress.



238   FLEXIBLE PIPES

S₁



**Figure 14.3** Production line for steel reinforced flexible pipe.

As shown in Figure 14.1, the SRFP includes three layers:

- Inner PE layer
- Steel strip reinforcement layer
- Outer PE layer

### 14.3.2.2   Inner and Outer Layers

For a SRFP, the inner and outer layers are High Density Polyethylene (HDPE, mostly PE100). A specific grade of HDPE has been qualified per API 17J. Other grades of PE are considered qualified based on their similar composition and properties. The inner and outer layer of SRFP normally utilizes carbon black to block UV and to absorb incident light. Heating the pipe during daylight hours in this way adds to its anti-degrade capacity.

An optional shield material is a yellow PE formulated with a package of colorants, stabilizers and antioxidants. The colorants define the pipe color while the stabilizers minimize damage to the polymer chains due to heat and UV irradiation. The antioxidants trap radicals formed when chain scission occurs, limiting the catalytic reaction of the radicals with diffused oxygen that causes additional chain scissions.

### 14.3.2.3   Steel Strip Reinforcement Layers

The steel strip layers provide the hoop and axial strength of the pipe. The layers consist of four helically wound steel strip reinforcements. The adjacent reinforcement layers have an opposite ply orientation (±55°) with respect to the pipe axial direction. When selecting materials for the layers, strength, toughness, and resistance to the chemicals in the annulus environment should be considered. The tensile layers are not exposed to the bore fluid; instead they are in the considerably milder annulus environment.

### 14.3.2.4   End Fitting

The standard end connector as shown in Figure 14.4(a) is an ANSI raised face flange that consists of a carbon steel lapped flange ring and a stainless stub end which acts as a swivel flange. The stub end is factory welded to the end fitting. The same end fitting and stub end are suitable for use with the Class 300, 400, 600, and 900 flanges. Welding the stub end to the end fitting permanently attaches the ring to the end fitting. Since different ANSI classes require rings with different dimensions, the flange class must be

**Figure 14.4** End Fittings.

**Table 14.2** End fitting

| ANSI Class | 2-inch end [Kg] |
|---|---|
| 300 | N/A |
| 400 | Use CL600 |
| 600 | 6 |
| 900 | N/A |
| Midline | |

known before the en
connected using stu
gasket. To avoid exce
electrically connected

The end fitting ter
structure, seals the in
tension and pressure
the pipe and a conne
mates with other pip

Figure 14.4(b) illu
to connect two lengt
welded joint. API 17
traditionally used wit
from a number of cc
17K type fitting.

The approximate
ANSI class are listed

**FLEX00648**



(a) Flanged end fitting

(b) Coupling fitting

**Figure 14.4** End Fittings.

**Table 14.2** End fitting weights with flange

| ANSI Class | 2-inch end fitting [Kg] | 3-inch end fitting [Kg] | 3-inch end fitting [Kg] | 6-inch end fitting [Kg] |
|---|---|---|---|---|
| 300 | N/A | 12 | 18 | 31 |
| 400 | Use CL600 | Use CL600 | Use CL600 | Use CL600 |
| 600 | 6 | 12 | 22 | 43 |
| 900 | N/A | 17 | 27 | 56 |
| Midline | | 12 | 16 | 33 |

thylene (HDPE, mostly
. Other grades of PE are
operties. The inner and
' and to absorb incident
ts anti-degrade capacity.
a package of colorants,
lor while the stabilizers
irradiation. The antioxi-
; the catalytic reaction of
scissions.

e pipe. The layers consist
:ent reinforcement layers
pe axial direction. When
:sistance to the chemicals
: layers are not exposed to
ulus environment.

n ANSI raised face flange
ess stub end which acts a:
:ting. The same end fitting
, and 900 flanges. Welding
ng to the end fitting. Since
ns, the flange class must be

known before the end-fitting fabrication is assembled. The ANSI flanges are typically connected using studs and nuts and are normally sealed with a spiral wound metal gasket. To avoid excessive buildup of static electricity in pipe, the end fitting must be electrically connected to the steel strip reinforcement layers.

The end fitting terminates the end of the pipe, maintains the integrity of the pipe structure, seals the inner and outer extruded layers and provides a fixture onto which tension and pressure loads can be transmitted to the pipe structure. It interfaces between the pipe and a connector, such as a flange or stub end with weld prep. The connector mates with other pipes or production facilities.

Figure 14.4(b) illustrates a midline end fitting used in SRFP. This fitting is used to connect two lengths of SRFP together without having an intermediate flanged or welded joint. API 17J specifies heavy and complex assembled end fittings of the type traditionally used with offshore unbonded flexible steel pipes. These are bolted together from a number of components and filled with potting compound and are of the API 17K type fitting.

The approximate weights of end fittings (including midline fitting) for different ANSI class are listed in Table 14.2.

**FLEX00649**

240    FLEXIBLE PIPES

The forming of the end fitting is performed by a specialized hydraulic press or swaging unit. The swaging equipment includes the press itself, a hydraulic power unit (HPU), a control system, and tooling.

## 14.4 Analytical Solution

### 14.4.1 Mechanical Properties

The practice and standards recommended by API 17 have not yet been updated to reflect the characters of SRFP pipe because it is a relatively new variant of unbonded flexible pipe. According to API 17B, there are five kinds of unbonded and bonded flexible pipe; SRFP possess characteristics of both unbonded smoothbore product family I and unbonded rough bore product family II. This section mainly focuses on the mechanical properties of the pipe under internal pressure and some deviations might be of use for engineers in the related fields.

Some important mechanical properties defined for SRFP include:

**Bending Stiffness** – Equivalent short-term EI or bending stiffness of the unpressurized pipe structure at 23 °C, where $E$ is the Young's Modulus and $I$ is the area moment of inertia. The radius of curvature is defined as,

$$\rho = \frac{EI}{M} \qquad (14.1)$$

Most of the bending stiffness is due to the effect of the polymer layers for SRFP. Since PE properties are temperature and time dependent, $EI$ increases as temperature drops and decreases with deploy-time.

**Burst Pressure** – Gauge pressure required to burst the pipe at ambient temperature with no other loads applied. This is the ultimate failure value under nominal test conditions and the pipe cannot be reliably operated under these conditions.

**Collapse Pressure** – Mainly due to the hydrostatic pressure that is linear with the depth of water.

**Installation Bend Radius, IBR** – Minimum acceptable pipe radius during installation with low internal pressure, measured to the inside radius of the pipe. To assure safe installation, the installation bend radius is specified to be equal to the minimum operating bend radius subsequent to payoff from the storage reel.

**Operating Bend Radius** – Minimum acceptable pipe bending radius while the pipe is pressurized, measured to the inside radius of the pipe.

**Short Term Collapse Pressure** – External hydrostatic gauge pressure required to cause the flexible pipe structure to buckle instantaneously at 23 °C, with atmospheric pressure applied to the bore.

Under an external hydrostatic loading, the pipe is conservatively considered as two concentric PE pipes. In addition, the steel provides

d hydraulic press or
hydraulic power unit

t yet been updated to
v variant of unbonded
nded and bonded flex-
ithbore product family
mainly focuses on the
some deviations might

lude:

ig stiffness of the
Young's Modulus
ature is defined as,

(14.1)

the polymer layers
ime dependent, $EI$
ploy-time.
ipe at ambient tem-
:imate failure value
be reliably operated

essure that is linear

pipe radius during
the inside radius of
bend radius is speci-
adius subsequent to

bending radius while
s of the pipe.
tatic gauge pressure
:le instantaneously at
e.
ipe is conservatively
m, the steel provides

Figure 14.5 Sectional view of pipe under bending moment.

some collapse capability. The capability of the pipe to withstand collapse depends on a number of factors, principally the pipe diameter and thickness, ovality, and especially the modulus of the PE. The modulus of the PE varies with temperature, time, and degree of plasticization in the presence of certain hydrocarbons. Once these factors are considered, a safety factor is applied to determine the collapse rating. Other factors, such as pipe curvature, are not expected to dramatically affect the collapse pressure.

**Storage Bend Radius, SBR** – Minimum acceptable pipe radius for storage on a reel, measured to the inside radius of the pipe. The SBR is calculated in accordance with Section C.2.9 of Appendix C in API 15LE, which allows a maximum of 5.5% strain in the polymer.

**Minimum Bend Radius, MBR** – Applying a moment to a flexible steel pipe causes it to deflect to a radius defined by the applied load and the pipe stiffness (EI). Most of the bending stiffness of the pipe is caused by the polymer layers. The MBR of the pipe depends on the MBR of the outer HDPE layer, as shown in Figure 14.5.

The strain $\varepsilon$ is defined as

$$\varepsilon = \frac{y}{R} \tag{14.2}$$

where $y$ is the distance to neutral layer, and $R$ is the bend radius.
The maximum strain is defined as

$$\varepsilon_{max} = \frac{y_{max}}{R} = \frac{OD}{2R} \tag{14.3}$$

For the outer HDPE layer,

$$\sigma_{max} = E_{pe}\varepsilon_{max} \tag{14.4}$$

FLEX00651

242　FLEXIBLE PIPES

Substituting Eq. (14.3) into Eq. (14.4), the MBR of the outer HDPE layer can be written as,

$$R_{pe} = E_{pe} \frac{OD}{2\sigma_{max}} \qquad (14.5)$$

where $\sigma_{max}$ is the ultimate strength of HDPE.

Over time the pipe bending stiffness decreases as the polymer relaxes and creeps. Under constant moment, the pipe deflection tends to somewhat increase with time. The MBR denotes the minimum acceptable radius of the pipe under storage, installation and operational conditions.

### 14.4.2　Assumptions

The structure and properties of SRFP are assumed as follows:

1. The SRFP consists of six layers: an inner HDPE layer, four helically wound steel strip reinforcement layers and an outer HDPE layer. Adjacent reinforcement layers have an opposite ply orientation ($\pm\Phi$) with respect to the pipe axial direction, as show in Figure 14.6.
2. The steel strip and HDPE materials are homogeneous, isotropic and continuous, without initial flaws during manufacturing.
3. The steel strips and HDPE layers are considered to be elastic during the analysis process.

### 14.4.3　Stress Analysis

As shown in Figure 14.6, the cylindrical coordinate system has been established in the pipe, where, $r$ represents the radial direction, $\theta$ the hoop direction and $z$ the axial direction. When subjected to internal pressure, the hoop displacement $\mu_\theta$ is zero. Due to the axisymmetric structure of the pipe, the stress and strain are independent of $\theta$ and the displacement field is assumed to be [3],

$$u_r = u_r(r), \quad u_\theta = u_\theta(r, z), \quad u_z = u_z(z) \qquad (14.6)$$



**Figure 14.6** Schematic illustration of SRFP (four reinforcement layers).

STE

where $u_r$, $u_\theta$ and $u_z$ den
For each layer of the
the equilibrium equatio

The strain-displacen

Substituting Eq. (14
rium equations can be

The strain-displacer

FLEX00652

HDPE layer can be

(14.5)

:r relaxes and creeps.
.t increase with time.
ader storage, installa-

helically wound
r. Adjacent rein-
ı with respect to

.s, isotropic and

lastic during the

as been established in
rection and $z$ the axial
cement $\mu_\theta$ is zero. Due
e independent of $\theta$ and

(14.6)



where $u_r$, $u_\theta$ and $u_z$ denote the radial, hoop and axial displacements, respectively.

For each layer of the pipe, we assume there are no body forces; the stress must satisfy the equilibrium equations:

$$\frac{\partial \sigma_r}{\partial r} + \frac{1}{r}\frac{\partial \tau_{\theta r}}{\partial \theta} + \frac{\partial \tau_{zr}}{\partial z} + \frac{\sigma_r - \sigma_z}{r} = 0 \tag{14.7a}$$

$$\frac{\partial \tau_{\theta r}}{\partial r} + \frac{1}{r}\frac{\partial \sigma_\theta}{\partial \theta} + \frac{\partial \tau_{z\theta}}{\partial z} + \frac{2\tau_{\theta r}}{r} = 0 \tag{14.7b}$$

$$\frac{\partial \tau_{zr}}{\partial r} + \frac{1}{r}\frac{\partial \tau_{z\theta}}{\partial \theta} + \frac{\partial \sigma_z}{\partial z} + \frac{\tau_{zr}}{r} = 0 \tag{14.7c}$$

The strain-displacement relations here can be described as

$$\varepsilon_r = \frac{\partial u_r}{\partial r}, \quad \varepsilon_z = \frac{\partial u_z}{\partial z}$$

$$\varepsilon_\theta = \frac{1}{r}\frac{\partial u_\theta}{\partial \theta} + \frac{u_r}{r} \tag{14.8a}$$

$$\gamma_{z\theta} = \frac{1}{r}\frac{\partial u_z}{\partial \theta} + \frac{\partial u_\theta}{\partial z}, \quad \gamma_{zr} = \frac{\partial u_z}{\partial r} + \frac{\partial u_r}{\partial z} \tag{14.8b}$$

Substituting Eq. (14.1) into Eq. (14.2a)–(14.2c) and Eq. (14.3a)–(14.3b), the equilibrium equations can be rewritten as

$$\frac{\partial \sigma_r}{\partial r} + \frac{\sigma_r - \sigma_\theta}{r} = 0 \tag{14.9a}$$

$$\frac{\partial \tau_{\theta r}}{\partial r} + \frac{2\tau_{\theta r}}{r} = 0 \tag{14.9b}$$

$$\frac{\partial \tau_{zr}}{\partial r} + \frac{\tau_{zr}}{r} = 0 \tag{14.9c}$$

The strain-displacements equation can be simplified as

$$\varepsilon_r = \frac{\partial u_r}{\partial r}, \, \varepsilon_\theta = \frac{u_r}{r}, \, \varepsilon_z = \frac{\partial u_z}{\partial z} = \varepsilon_0 \tag{14.10a}$$

$$\gamma_{zr} = 0, \, \gamma_{\theta r} = \frac{\partial u_\theta}{\partial r}, \, \gamma_{z\theta} = \frac{\partial u_\theta}{\partial z} \tag{14.10b}$$

FLEX00653

■■■■■■■■■■■■■■■■■■■■

244    FLEXIBLE PIPES

For a certain length of pipe that is assumed to be homogeneous and axisymmetric, the $\gamma_{\sigma\theta}$ represents the twist per unit length and is linear to radius $r$.

The stress equations in polar coordinates is written as [4]:

$$\sigma_r = \frac{1}{r^2}\frac{\partial^2 \phi}{\partial \theta^2} + \frac{1}{r}\frac{\partial \phi}{\partial r}$$

$$\sigma_\theta = \frac{\partial^2 \phi}{\partial r^2} \tag{14.11}$$

In which $\phi$ is Airy stress function.

### 14.4.3.1  Layer Properties

The HDPE materials of the outer and inner layer are considered to be isotropic and continuous. The off-axis flexibility matrix $\overline{S}^k$ is presented as

**Figure 14.7** Layers and radii

$$\overline{S}^k = \begin{bmatrix} \frac{1}{E_k} & -\frac{\mu_k}{E_k} & -\frac{\mu_k}{E_k} & 0 & 0 & 0 \\ -\frac{\mu_k}{E_k} & \frac{1}{E_k} & -\frac{\mu_k}{E_k} & 0 & 0 & 0 \\ -\frac{\mu_k}{E_k} & -\frac{\mu_k}{E_k} & \frac{1}{E_k} & 0 & 0 & 0 \\ 0 & 0 & 0 & \frac{1}{G_k} & 0 & 0 \\ 0 & 0 & 0 & 0 & \frac{1}{G_k} & 0 \\ 0 & 0 & 0 & 0 & 0 & \frac{1}{G_k} \end{bmatrix} \tag{14.12}$$

$$S^{(k)} =$$

And the off-axis stiffness matrix $\overline{C}^{(k)}$ can be obtained as

$$\overline{C}^{(k)} = (\overline{S}^{(k)})^{-1} \tag{14.13}$$

The off-axis stiffness

Where $k = 1, 6$ represents inner and outer HDPE, respectively. The layers and radii indication is shown below in Figure 14.7.

The reinforcement layers are isotropic and monotonous. The on-axis stiffness matrix $C^{(k)}$ of the layers is given by

$$T_\sigma^{(k)}$$

$$\overline{C}^{(k)} = (S^{(k)})^{-1} \tag{14.14}$$

FLEX00654

and axisymmetric,

(14.11)

to be isotropic and



**Figure 14.7** Layers and radii indication on sectional view of the pipe.

(14.12)

$$S^{(k)} = \begin{bmatrix} \dfrac{1}{E_T} & -\dfrac{\mu_{TL}}{E_L} & -\dfrac{\mu_{Tr}}{E_r} & 0 & 0 & 0 \\[2mm] -\dfrac{\mu_{TL}}{E_T} & \dfrac{1}{E_L} & -\dfrac{\mu_{Lr}}{E_r} & 0 & 0 & 0 \\[2mm] -\dfrac{\mu_{Tr}}{E_T} & -\dfrac{\mu_{Lr}}{E_L} & \dfrac{1}{E_r} & 0 & 0 & 0 \\[2mm] 0 & 0 & 0 & \dfrac{1}{G_{Lr}} & 0 & 0 \\[2mm] 0 & 0 & 0 & 0 & \dfrac{1}{G_{Tr}} & 0 \\[2mm] 0 & 0 & 0 & 0 & 0 & \dfrac{1}{G_{TL}} \end{bmatrix}^{(k)}$$
(14.15)

The off-axis stiffness matrix can be expressed as

$$\overline{C}^{(k)} = T_\sigma^{(k)} C^{(k)} (T_\sigma^{(k)})^T$$
(14.16)

(14.13)

ly. The layers and radii

on-axis stiffness matrix

$$T_\sigma^{(k)} = \begin{bmatrix} m^2 & n^2 & 0 & 0 & 0 & -2mn \\ n^2 & m^2 & 0 & 0 & 0 & 2mn \\ 0 & 0 & 1 & 0 & 0 & 0 \\ 0 & 0 & 0 & m & n & 0 \\ 0 & 0 & 0 & -n & m & 0 \\ mn & -mn & 0 & 0 & 0 & m^2-n^2 \end{bmatrix}^{(k)}$$
(14.17)

(14.14)

FLEX00655

246    FLEXIBLE PIPES

STE



**Figure 14.8** Sectional view of the pipe layers.

where, $m = cos\alpha$, $n = sin\alpha$, $\alpha$ is the winding angle of steel strip from pipe axis, and $k = 2, 3, 4, 5$ represent the steel strip reinforcement layers. $T$ and $L$ denote the winding direction along the steel strips and the vertical direction of winding direction, as shown in Figure 14.8.

### 14.4.3.2    Stress-Strain Relations of HDPE Layers

As isotropic materials, the stress-strain relations of HDPE layers are given as

$$\begin{Bmatrix} \sigma_z \\ \sigma_\theta \\ \sigma_r \\ \tau_{\theta r} \\ \tau_{zr} \\ \tau_{z\theta} \end{Bmatrix}^{(k)} = \begin{bmatrix} \bar{C}_{11} & \bar{C}_{12} & \bar{C}_{13} & 0 & 0 & 0 \\ \bar{C}_{21} & \bar{C}_{22} & \bar{C}_{23} & 0 & 0 & 0 \\ \bar{C}_{31} & \bar{C}_{31} & \bar{C}_{33} & 0 & 0 & 0 \\ 0 & 0 & 0 & \bar{C}_{44} & \bar{C}_{45} & 0 \\ 0 & 0 & 0 & \bar{C}_0 & \bar{C}_{55} & 0 \\ 0 & 0 & 0 & 0 & 0 & \bar{C}_{66} \end{bmatrix}^{(k)} \begin{Bmatrix} \varepsilon_z \\ \varepsilon_\theta \\ \varepsilon_r \\ \gamma_{\theta r} \\ \gamma_{zr} \\ \gamma_{z\theta} \end{Bmatrix}^{(k)} \qquad (14.18)$$

Combining Eq. (14.18), Eq. (14.3a), Eq. (14.3b), Eq. (14.4a), Eq. (14.4b) and Eq. (14.4c), the expressions of $\mu_r$, $\mu_z$ and $\mu_\theta$ of HDPE layers are obtained as [4–5]:

$$u_\theta^{(k)} = \gamma_0 rz \qquad (14.19a)$$

$$u_z^{(k)} = \varepsilon_0 z \qquad (14.19b)$$

$$u_r^{(k)} = D^{(k)} r^{\beta^{(k)}} + E^{(k)} r^{-\beta^{(k)}} + \alpha_1^{(k)} \varepsilon_0 r + \alpha_2^{(k)} \gamma_0 r^2 \qquad (14.19c)$$

Where,

$$\beta^{(k)} = \sqrt{\bar{C}_{22}^{(k)} / \bar{C}_{33}^{(k)}} \qquad (14.20a)$$

As the HDPE laye
$\bar{C}_{22}^{(k)} / \bar{C}_{33}^{(k)} = 1$, $\bar{C}_{12}^{(k)} / \bar{C}_{13}^{(k)} =$
$D^{(k)}$, $E^{(k)}$ which unknow

### 14.4.3.3    Stress-Strai

For steel strip reinforce:

$$\begin{Bmatrix} \sigma_z \\ \sigma_\theta \\ \sigma_r \\ \tau_{\theta r} \\ \tau_{zr} \\ \tau_{z\theta} \end{Bmatrix}^{(k)} =$$

Combining Eq. (14.2
the expressions of $\mu_r$, $\mu_z$

$$u_z^{(k)}$$

The material used in
monotonous. Based on

Which further lead to tl

**FLEX00656**

$$\alpha_1^{(k)} = \frac{\overline{C}_{12}^{(k)} - \overline{C}_{13}^{(k)}}{\overline{C}_{33}^{(k)} - \overline{C}_{22}^{(k)}} \tag{14.20b}$$

$$\alpha_2^{(k)} = \frac{\overline{C}_{26}^{(k)} - 2\overline{C}_{36}^{(k)}}{4\overline{C}_{33}^{(k)} - \overline{C}_{22}^{(k)}} \tag{14.20c}$$

As the HDPE layers investigated here are considered isotropic, there exists $\overline{C}_{22}^{(k)}/\overline{C}_{33}^{(k)} = 1$, $\overline{C}_{12}^{(k)}/\overline{C}_{13}^{(k)} = 0$, $\overline{C}_{26}^{(k)}/\overline{C}_{36}^{(k)} = 0$, which leads to $\beta^{(k)} = 1, \alpha_1^{(k)} = \alpha_2^{(k)} = 0$. $A^{(k)}$, $B^{(k)}$, $D^{(k)}$, $E^{(k)}$ which unknown constants.

### 14.4.3.3 Stress-Strain Relations of Steel Strip Layers

For steel strip reinforcement layers, the stress-strain relation of each layer is defined as

$$[\bar{\sigma}]^{(k)} = \overline{C}^{(k)}[\bar{\varepsilon}]^{(k)}$$

$$\begin{Bmatrix} \sigma_z \\ \sigma_\theta \\ \sigma_r \\ \tau_{\theta r} \\ \tau_{zr} \\ \tau_{z\theta} \end{Bmatrix}^{(k)} = \begin{bmatrix} \overline{C}_{11} & \overline{C}_{12} & \overline{C}_{13} & 0 & 0 & \overline{C}_{16} \\ \overline{C}_{21} & \overline{C}_{22} & \overline{C}_{23} & 0 & 0 & \overline{C}_{26} \\ \overline{C}_{31} & \overline{C}_{31} & \overline{C}_{33} & 0 & 0 & \overline{C}_{36} \\ 0 & 0 & 0 & \overline{C}_{44} & \overline{C}_{45} & 0 \\ 0 & 0 & 0 & \overline{C}_{45} & \overline{C}_{55} & 0 \\ \overline{C}_{61} & \overline{C}_{62} & \overline{C}_{63} & 0 & 0 & \overline{C}_{66} \end{bmatrix}^{(k)} \begin{Bmatrix} \varepsilon_z \\ \varepsilon_\theta \\ \varepsilon_r \\ \gamma_{\theta r} \\ \gamma_{zr} \\ \gamma_{z\theta} \end{Bmatrix}^{(k)} \tag{14.21}$$

Combining Eq. (14.21), Eq. (14.3a), Eq. (14.3b), Eq. (14.4a), Eq. (14.4b) and Eq. (14.4c), the expressions of $\mu_r$, $\mu_z$ and $\mu_\theta$ of steel strip layers are obtained as [6]

$$u_\theta^{(k)} = \gamma_0 rz \tag{14.22a}$$

$$u_z^{(k)} = \varepsilon_0 z \tag{14.22b}$$

$$u_z^{(k)} = D^{(k)} r^{\beta^{(k)}} + E^{(k)} r^{-\beta^{(k)}} + \alpha_1^{(k)} \varepsilon_0 r + \alpha_2^{(k)} \gamma_0 r^2 \tag{14.22c}$$

The material used in steel strip layers is carbon steel and is considered isotropic and monotonous. Based on these assumptions, the following equations are obtained

$$E_T = E_L = E_r = E_{steel} \tag{14.23a}$$

$$\mu_{TL} = \mu_{Tr} = \mu_{Lr} = \mu_{steel} \tag{14.23b}$$

$$G_{TL} = G_{Tr} = G_{Lr} = G_{steel} \tag{14.23c}$$

Which further lead to the result $\beta^{(k)} = 1$, $\alpha_1^{(k)} = \alpha_2^{(k)} = 0$ in Eq. (14.22c).

248　FLEXIBLE PIPES

### 14.4.4　Boundary Condition

The steel strip reinforced plastic pipe is a kind of unbounded pipe where the adjacent layers are free to slide from each other. However, when the pipe is under internal pressure, each layer is tightly squeezed so that the displacements and stresses can be considered continuous along the interfaces, thus giving the boundary condition equations as follows,

*14.4.4.1　Stress Boundary Condition*

$$\sigma_r^{(1)}(r_0) = -p_0 \quad \sigma_r^{(6)}(r_6) = 0 \tag{14.24a}$$

$$\tau_{\theta r}^{(1)}(r_0) = \tau_{zr}^{(1)}(r_0) = 0 \quad \tau_{\theta r}^{(6)}(r_6) = \tau_{zr}^{(6)}(r_6) = 0 \tag{14.24b}$$

*14.4.4.2　Interface Condition*

Interface conditions determine the radial displacement, hoop displacement, radial stress and shear distribution to be continuous.

$$u_r^{(k)}(r_k) = u_r^{(k+1)}(r_k) \tag{14.25a}$$

$$u_\theta^{(k)}(r_k) = u_\theta^{(k+1)}(r_k) \tag{14.25b}$$

$$\sigma_r^{(k)}(r_k) = \sigma_r^{(k+1)}(r_k) \tag{14.25c}$$

$$\tau_{zr}^{(k)}(r_k) = \tau_{zr}^{(k+1)}(r_k) \tag{14.25d}$$

$$\tau_{\theta r}^{(k)}(r_k) = \tau_{\theta r}^{(k+1)}(r_k) \tag{14.25e}$$

where, $k = 1, 2, \ldots, 5$.

*14.4.4.3　Equilibrium Equation of Axial Force*

For a certain length of pipe with closed ends and in the absence of body force, the equilibrium equation of axial force can be expressed as [7–8],

$$2\pi \sum_{k=1}^{n} \int_{r_{k-1}}^{r_k} \sigma_z^{(k)}(r) r \, dr = \pi r_0^2 p_0 \tag{14.26}$$

*14.4.4.4　Torsion Balance Equation*

$$2\pi \sum_{k=1}^{n} \int_{r_{k-1}}^{r_k} \tau_{z\theta}^{(k)}(r) r^2 \, dr = 0 \tag{14.27}$$

For a N-layered con
$D^k$, $E^k$, $\varepsilon_0$ and $\gamma_0$, that ha
Eq. (14.26), Eq. (14.27)
equation, the unknown

### 14.5　FE Analysis

ABAQUS is used to sin
sure. Figure 14.9 shows ;
are created as a solid un
the steel strip layers are
quadrilateral elements c
elements of type S3.

In the unbonded com
from sliding past each o
set as "surface to surfac
set as 0.25 and the norm
internal pressure that wi
the inner wall of the inn

### 14.6　Results and

In order to predict the st
and FE analysis are used
consists of four steel str
Table 14.4.

### 14.6.1　Stress Analy

A FE analysis was also i:
the pipe with closed enc
six DOFs. According to



Figure 14.9　ABAQUS FE m

FLEX00658

d pipe where the adja-
:he pipe is under inter-
:ments and stresses can
he boundary condition

(14.24a)

$= 0$     (14.24b)

op displacement, radial

(14.25a)

(14.25b)

(14.25c)

(14.25d)

(14.25e)

ice of body force, the equi-

(14.26)

(14.27)

For a N-layered composite structure pipe there are $2N + 2$ unknown constants, $D^k$, $E^k$, $\varepsilon_0$ and $\gamma_0$, that have to be determined. Eq. (14.24a), Eq. (14.25a), Eq. (14.25c), Eq. (14.26), Eq. (14.27) can give $2N + 2$ equations and by solving the simultaneous equation, the unknown constants can be determined.

## 14.5   FE Analysis

ABAQUS is used to simulate the mechanical behavior of SRFP under internal pressure. Figure 14.9 shows a FE model of SRFP, in which the inner and outer HDPE layers are created as a solid unit and meshed with hexahedral elements of type C3D8R while the steel strip layers are created as a shell element with their main body meshed with quadrilateral elements of type S4R. Both ends of the strip are meshed with triangular elements of type S3.

In the unbonded composite plastic pipe, no measures were taken to prevent the layers from sliding past each other under internal pressure. The interaction between layers is set as "surface to surface". The tangential behavior is defined by a friction coefficient set as 0.25 and the normal behavior is set as "hard contact" to prevent penetration. The internal pressure that will act upon the pipe is defined as an outward "SURFFORCE" on the inner wall of the innermost layer.

## 14.6   Results and Discussion

In order to predict the stress of the layers under internal pressure, an analytical solution and FE analysis are used. The model consists of two reinforcement layers and each layer consists of four steel strips. The specific parameters are listed below in Table 14.3 and Table 14.4.

### 14.6.1   Stress Analysis on Layer 2

A FE analysis was also introduced to compare to the analytical solution. As mentioned, the pipe with closed ends is subjected only to internal pressure and is free to deform in six DOFs. According to the research conducted by Zheng [7, 9], the stress values on the



Figure 14.9   ABAQUS FE model for SRFP.

250    FLEXIBLE PIPES

**Table 14.3** Pipe parameters.

| Parameters | Value |
|---|---|
| Inner radius (mm) | 76 |
| Inner PE thickness (mm) | 5.4 |
| Steel strip thickness (mm) | 1.5 |
| Outer PE thickness (mm) | 5.4 |
| Outer radius (mm) | 87.3 |
| Winding angle (°) | −54.7/+54.7 |

**Table 14.4** Material constants.

| Properties | Steel | HDPE |
|---|---|---|
| E (MPa) | 210000 | 1002 |
| ν | 0.26 | 0.45 |
| G(MPa) | 83333.33 | 345.52 |



**Figure 14.10** Locations of the selected element on layer 2 for comparison.

inner reinforcement layer are slightly larger than that on the outer layer. Since the pipe consists of four reinforcement layers, the pipe is assumed to fail when the Von Mises stress on the innermost reinforcement layer, as shown in Figure 14.10, reaches its limit. One random element on this layer is selected to calculate the stress variations with increasing internal pressure.

The results of the hoop stress are shown in Figure 14.11. Good agreements between the analytical solution and FE analysis is observed before the pipe reaches its failure pressure. The internal pressure is set to increase at an increment of 0.025 MPa. It can be seen that the variation of hoop stress can be divided into two phases. In phase one, the hoop stress experiences a relatively steady increase to about 25 MPa before the internal pressure reaches 0.9 MPa. Afterwards, the hoop stress increases linearly to about 280 MPa as the internal pressure increases to 10.6 MPa, the burst strength of the pipe.

**FLEX00660**



ue

5

4

,5

.4

7.3

'/+54.7

| HDPE |
| --- |
| 1002 |
| 0.45 |
| 345.52 |

ι.

: outer layer. Since the pipe
:o fail when the Von Mises
gure 14.10, reaches its limit,
ε the stress variations with

. Good agreements between
: pipe reaches its failure pres-
. of 0.025 MPa. It can be seen
ιases. In phase one, the hoop
ΛPa before the internal pres-
es linearly to about 280 MPa
rength of the pipe.



Figure 14.11   Variation of hoop stress on layer 2.



Figure 14.12   Variation of axial stress on layer 2.

The same tendency can be observed in the situation of axial stress, as shown in Figure 14.12. The axial stress rises to 13.5 MPa as the internal pressure reaches 1.4 MPa and then increases rapidly in a straight line to about 130 MPa. It can be deduced from Figure 14.11 and Figure 14.12 that the ratio between the hoop stress and axial stress is 2:1, which agrees with the thin shell cylinder theory.

However, the radial stress from the theoretical model and the FE model do not match very well. From Figure 14.13 it can be found that the axial stress values obtained from the FE analysis are quite unstable and the ranges of their order of magnitude vary significantly; these values are extracted from three mesh elements near the marked element shown in Figure 14.10. In addition, there are errors when compared to the results deduced from the analytical solution. This deviation may be partly due to the non-constant contact conditions between the inner steel strip and the outer steel strip. Some parts of the surface are well contacted whereas some other parts are interference contacted. This viewpoint can be verified by the radial stress values of three random elements on the outer HDPE layer in Figure 14.14, where the HDPE is free to deform in the radial direction and contact conditions between layers can be ignored. On the other hand, a steel strip with a larger width in this case may warp when subjected to internal

FLEX00661

252    FLEXIBLE PIPES



**Figure 14.13** Radial stress deviation between FE analysis and analytical solution.



**Figure 14.14** Radial stress variations of three random elements on outer layer.

pressure, which will cause inconsistent displacement in the radial direction and further add to the non-constant contact conditions between layers.

### 14.6.2    Stress Analysis Between Layers

The stress on layer 3 is also analyzed to compare to that on layer 2. The main purpose is to assure the stress on layer 3 will not exceed its limit. Figure 14.15 and Figure 14.16 show the axial and hoop stress variations between the two layers. It can be found that the axial stress and hoop stress on layer 2 and layer 3 share the same variation trend and that their curves almost coincide with each other. Since the thickness of the reinforcement layer is relatively thin compared to that of the pipe, uniform stress through the thickness is assumed.

Analyses of the behavior of Mises stress is also conducted. It can be found from Figure 14.17 that the Mises stresses on both layers experience a flatting growth and a steep growth as the internal pressure increases. However, the Mises stress on layer 2 is slightly greater than that on layer 3 during the whole process. In general, the proportion is about 10%. This phenomenon is also assured by Zheng and Li in their experiments conducted upon steel wire reinforced plastic pipes, that the tension stress value on inner steel wire layer is larger than that on outer steel wire layer.

ST

14(
12(
10(
8(
6(
4(
2(
(
(

**Figure 14.15** Axial stress l

3(
25
2(
15
1(
5

**Figure 14.16** Hoop stress

45
4C
35
3C
25
2C
15
1C
5

**Figure 14.17** comparison

### 14.7    Conclusic

In this chapter, a four-l
drical laminate and its



tion.



Figure 14.15 Axial stress between Layer 2 and Layer 3.

;3

ayer.

ıdial direction and further



Figure 14.16 Hoop stress between layer 2 and layer 3.

layer 2. The main purpose
ure 14.15 and Figure 14.16
layers. It can be found that
he same variation trend and
: thickness of the reinforce-
uniform stress through the

ıcted. It can be found from
ence a flatting growth and a
the Mises stress on layer 2 is
ss. In general, the proportion
: and Li in their experiments
: the tension stress value on
: layer.



Figure 14.17 comparision of Mises stress on layer 2 & layer 3.

## 14.7 Conclusions

In this chapter, a four-layer steel strip reinforced plastic pipe is treated as a composite cylin-
drical laminate and its elastic properties under internal pressure are explored. The HDPEs

FLEX00663

254    FLEXIBLE PIPES

in layer 1 and layer 4 and the steel strips on layer 2 and layer 3 are considered isotropic and monotonous. Since the pipe consists of four layers, the stress variations on layer 2 (steel strip) under internal pressure are investigated. Mises yield criterion is introduced here to predict the damage of the pipe and the following conclusions can be expected.

1. Unlike conventional fiber reinforced thermoplastic pipes (RTP) where the reinforcement layers are bounded to each other and there is no slip phenomenon between layers, steel reinforced flexible pipes are a kind of unbounded pipe where the layers are not bound during manufacturing. However, pipe layers may be tightly squeezed to the adjacent layer due to internal pressure and the continuity condition is applicable.
2. The hoop stress and axial stress values obtained from ABAQUS model on layer 2 match well with that from the theoretical model and the pipe can be treated as a thin cylinder structure where the ratio between hoop and axial stress values is 2:1.
3. The radial stress values obtained from the FE model vary significantly when selecting different elements and most of the results are different from the results obtained from the theoretical model. This may be due to the inaccuracy of the model in ABAQUS, since at some points the contact conditions are not ideal between layers. This FE model will be refined and updated and radial stress analysis will be carried out later.
4. Owning to the thin thickness of the reinforcement layer, the hoop and axial stress values on layer 2 and layer 3 are almost the same and share the same variation trend as internal pressure increases. However the Mises stress values on layer 2 are slightly larger than those on layer 3 during the whole process.

## References

1. Y. Bai, W. Chen, and H. Xiong. Analysis of steel strip reinforced thermoplastic pipe under internal pressure. *Ships and Offshore Structures* 7, 1–8, 2015.
2. API, Recommended Practice for Flexible Pipe, API RP 17B, 2002.
3. M. Xia, H. Takayanagi, and K. Kemmochi. Analysis of multi-layered filament-wound composite pipes under internal pressure. *Composite Structure* 53, 483–491, 2001.
4. M. P. Kruijer, L. L. Warnet, and R. Akkerman. Analysis of the mechanical properties of a reinforced thermoplastic pipe (RTP). *Composites, part A* 291–300, 2005.
5. M. Xia, K. Kemmochi, and H. Takayanagi. Analysis of filament-wound fiber-reinforced sandwich pipe under combined internal pressure and thermomechanical loading. *Composite Structure* 51, 273–283, 2001.
6. Y. Bai and Q. Bai, *Subsea Engineering Handbook*, Chapter 11 Part IV, Elsevier Science Ltd., 2010.
7. JY Zheng, X Li, and P Xu. Analysis on the short-term mechanical properties of plastic pipe reinforced by cross helically wound steel wires. *Journal of Pressure Vessel Technology* 131, 2009.
8. H. Bakaiyan, H. Hosseini, and E. Ameri. Analysis of multi-layered filament-wound composite pipes under combined internal pressure and thermoplastic loading with thermal variations. *Composite Structure* 88, 532–541, 2009.
9. JY Zheng, PF Liu. Elasto-plastic stress analysis and burst strength evaluation of Al-carbon fiber/epoxy composite cylindrical laminates. *Computational Material Science* 42, 453–461, 2008.

*15*

## Steel Rein
## Under Ex

### 15.1   Introduct

Composite pipes are e
tural configurations. .
notable for its good
strength, etc. Howeve
ity during installatior
been found to be a be
when transporting oi
of reinforced unbonc
behavior of offshore
the ultimate limit sta
ensure the security ar
to its collapse behavic

In this chapter, ex
ultimate strength of
SRFP were performec
pipe was established
estimation of the bu
to assess the lower li
analyses were condu

**FLEX00664**

sidered isotropic and
ions on layer 2 (steel
is introduced here to
expected.

s (RTP) where
there is no slip
es are a kind of
manufacturing.
ent layer due to
ıle.
AQUS model on
ınd the pipe can
tween hoop and

ary significantly
ılts are different
.is may be due to
: points the con-
lel will be refined
t later.
er, the hoop and
me and share the
)wever the Mises
ayer 3 during the

thermoplastic pipe under

red filament-wound com-
491, 2001.
ıechanical properties of a
2005.
ıt-wound fiber-reinforced
ıanical loading. *Composite*

Elsevier Science Ltd., 2010,
ıl properties of plastic pipe
*Vessel Technology* 131, 2009.
filament-wound composite
ng with thermal variations.

raluation of Al-carbon fiber/
*ience* 42, 453–461, 2008.

# 15

# Steel Reinforced Flexible Pipe Under External Pressure

## 15.1 Introduction

Composite pipes are extensively used in offshore engineering due to their various structural configurations. A common example is the reinforced thermoplastic pipe (RTP), notable for its good corrosion resistance, high pressure resistance and high impact strength, etc. However, due to its low mass density, it may result in on-bottom stability during installation or service. Recently, steel reinforced flexible pipes (SRFP) have been found to be a better solution when facing the on-bottom stability problem of RTP when transporting oil or gas in shallow water. Since the SRFP is a relatively new type of reinforced unbonded pipe, only a few research studies have been done. Collapse behavior of offshore pipelines subjected to external pressure is a primary concern for the ultimate limit state design criteria of structural integrity [1–2]. Thus, in order to ensure the security and reliability of SRFP in application, greater focus should be given to its collapse behavior.

In this chapter, experimental and numerical approaches are used to investigate the ultimate strength of SRFP under external pressure. The full-scale laboratorial tests of SRFP were performed using a hyperbaric chamber, and the finite element model of the pipe was established using the commercial software ABAQUS. In addition, a simplified estimation of the buckling pressure of unbonded flexible pipes is further developed to assess the lower limit of SRFP subjected to external pressure. Extensive parametric analyses were conducted to illustrate the effect of initial imperfections, geometrical

FLEX00665

256 FLEXIBLE PIPES

configurations and the friction coefficient on the collapse pressure of SRFP. The work presented in this chapter is quoted from the paper "Buckling stability of steel strip reinforced thermoplastic pipe subjected to external pressure," which has been published in the *Journal of Composite Structures* [3].

## 15.2 Experimental Tests

### 15.2.1 Material Characteristics

The mechanical characteristics of HDPE and the steel strips used for SRFP are evaluated through uniaxial tensile tests by the electronic universal testing machine. The acquired results for steel material and PE are shown in Figures 15.1–15.2.

### 15.2.2 Collapse Experiment

The full-scale SRFP laboratorial tests are conducted by increasing the external pressure at a constant rate to investigate the collapse behavior of the flexible pipes. Testing equipment includes a pressurization system, hyperbaric chamber and an automatic recording system on the computer. The pressure pump of the pressurization system is



Figure 15.1 Stress-strain relationship of steel from tensile test.



Figure 15.2 Stress-strain relationship of PE from tensile test.

St

controlled by a comp
ber and its concrete o
there are two hoses a
provide pressure feed
the intratube of the s[

Before the test, th
whose value should b
measured lengths of t
The ovality of the spec
diameters of the cross

where, $D_{max}$ and $D_{min}$ a
The initial ovality for
It can be seen from
imen: one is enclose



Figure 15.3 Hyperbaric o



Figure 15.4 Testing samp

Table 15.1 Initial oval:

| Label |
| --- |
| Ovality(%) |

**FLEX00666**

controlled by a computer to ensure a steady increase in pressure. The hyperbaric chamber and its concrete details are shown in Figure 15.3. As can be seen from this picture, there are two hoses attached to the cap of the chamber; one is used to inject water and provide pressure feedback to the computer while the other is used to extract water from the intratube of the specimen. The testing procedures are presented as follows.

Before the test, the length of the specimen (Figure 15.4) should be measured first, whose value should be at least 7.5 times the size of its outer diameter (ASTMD2924). The measured lengths of the tested pipes are about 1080 mm (15 times of the outer diameter). The ovality of the specimens can be obtained by measuring the maximum and minimum diameters of the cross section at different interval places. The ovality is defined as:

$$\Delta_0 = (D_{max} - D_{min})/(D_{max} + D_{min}) \tag{15.1}$$

where, $D_{max}$ and $D_{min}$ are the maximum and minimum diameters of the pipe respectively. The initial ovality for each specimen from the measurements are listed in Table 15.1.

It can be seen from Figure 15.4 that two end terminations are provided to the specimen: one is enclosed while the other has a hole through which water is delivered.



**Figure 15.3** Hyperbaric chamber for pipe collapse test.



**Figure 15.4** Testing sample.

**Table 15.1** Initial ovality of the testing specimens.

| Label | SP-1 | SP-2 | SP-3 |
|---|---|---|---|
| Ovality(%) | 1.07 | 0.65 | 0.47 |

258    FLEXIBLE PIPES

ST



**Figure 15.5** Time-pressure curve for Specimen 1-3.

**Figure 15.6** Collapse beh:

Before placing the capped SRFP into the chamber, completely flood the intratube of the pipe with water and fix a hose to the hole to direct the water inside the pipe into a basin when the pipe is flattened by the external pressure. After placing the specimen into the hyperbaric chamber and fully filling the chamber with water, seal the chamber and attach it to the pressurizing system. A pressure transducer is used to monitor the pressure inside the chamber, which is wired up to a computer for data collection. The rate of pressurization in the tests should be stable. The loading rate is chosen as 0.025 MPa/s in the experiment. Collapse of the SRFP is characterized by a sudden decrease in pressure in the pressure-time graph. The procedures for the other two specimens are exactly the same.

### 15.2.3   Experimental Results

The time-pressure curves for the three test specimens are illustrated in Figure 15.5, which shows good coincidence with each other. The fluctuations in the beginning phase may be due to the inevitable residual air in the chamber after being filled with water and sealed, but they will not significantly impact the outcome. After passing the unstable state, the pressure steadily increases until it drops suddenly from a peak point. The maximum pressure recorded is regarded as the collapse pressure. It should be stated that during the testing process of Specimen-3, its water outlet was blocked by the plastic adhesive tape wound around it, which prevented water leakage. Fortunately, this happened after the drop in pressure. Thus, this set of results can be treated as valid data.

The collapse pressures obtained from the tests are 3.46 MPa for SP-1, 3.90 MPa for SP-2, and 3.96 MPa for SP-3, which demonstrate low variability. The average value of the collapse pressure is 3.77 MPa, and the difference between the maximum and minimum result is about 12.7%, proving the availability and repeatability of the experiment. The collapse behavior of SRFP is demonstrated in Figure 15.6, which shows its flattening mechanical response when subjected to external pressure.

### 15.3   FE Analysis

ABAQUS is used to simulate the collapse behavior of SRFP. The friction coefficients are selected as 0.35 for the steel-steel surface contact according to the steel structure

**Figure 15.7** Loads and b

standard and 0.22 for
team. As shown in Fi
tion are applied at on
of freedom of U3 at tl
in the coupling side i
placement boundary
the reference point f
coincident with reali
point (U1 = 0) and b
pipe produce an ovali
ing the calculating p:
pipe. Riks method (a
and mechanical beha



**Figure 15.6** Collapse behavior of the SRFP.

od the intratube of the
le the pipe into a basin
the specimen into the
seal the chamber and
d to monitor the pres-
ı collection. The rate of
osen as 0.025 MPa/s in
ʒn decrease in pressure
specimens are exactly

ıstrated in Figure 15.5,
; in the beginning phase
ng filled with water and
er passing the unstable
rom a peak point. The
ure. It should be stated
was blocked by the plas-
:akage. Fortunately, this
ı be treated as valid data.
a for SP-1, 3.90 MPa for
. The average value of the
ıaximum and minimum
y of the experiment. The
hich shows its flattening

The friction coefficients
ing to the steel structure



**Figure 15.7** Loads and boundary conditions.

standard and 0.22 for the steel-PE one based on the previous experiment done by Bai's team. As shown in Figure 15.7, symmetric boundary conditions about the Z-axis direction are applied at one end of the pipe. Kinematic coupling is established in the degree of freedom of U3 at the other end. The reference point at the center of the cross-section in the coupling side is imposed with the remaining 5 freedoms of the rotation and displacement boundary conditions (U1 = U2 = UR1 = UR2 = UR3 = 0). This can prevent the reference point from offsetting and rotating, making the model movement more coincident with reality. In addition, accessional constraints are applied at the upper point (U1 = 0) and both side points (U2 = 0) of the two end cross section to make the pipe produce an ovalized deformation, which can help avoid numerical singularity during the calculating process. External pressure is applied to the external surface of the pipe. Riks method (arc-length method) is adopted here to obtain the collapse strength and mechanical behavior of SRFP subjected to external pressure.

**FLEX00669**

260   FLEXIBLE PIPES

By simulating the mechanical behavior of SRFP subjected to hydrostatic pressure, the collapse pressures for the three specimens are listed in Table 15.2. It can be observed that the differences between the measured results and the simulated ones are small and the predicted results are slightly lower than the ones from the experiment. The error may be due to the following reasons: the axial compression load caused by the pressure applied on the ends of the pipe during pressurization in the test is neglected in the simulation, which may slightly increase the collapse pressure of the test. In addition, the ovality of the pipe is assumed to be constant. However, in reality the ovality of the pipe is not guaranteed to be uniform and initial imperfections of the pipe may also make a difference in the results. Even with the given conditions, a good agreement between the two sets of results proves the accuracy and reliability of the established finite-element model.

For example, consider SP-2. The contour plot of the displacement in its radial direction is shown in Figure 15.8 and the relationship between the ovality and the external pressure of the pipe can be seen in Figure 15.9. From the curve, it can be observed that when the external pressure is small, the ovality of the outer tube linearly increases with pressure. The deformation of the pipe can be regarded as an elastic deformation. When the pressure increases, their relationship starts to present a nonlinear growth and when

Table 15.2 Comparison between the measured and simulated results for each specimen.

| Label | Experiment, [MPa] | FEM, [MPa] | Difference |
|-------|-------------------|------------|------------|
| SP-1  | 3.456             | 3.251      | 5.9%       |
| SP-2  | 3.901             | 3.571      | 8.5% |
| SP-3  | 3.959             | 3.760      | 5.0%       |



Figure 15.8  Displacement contour in radial direction.



FLEX00670

hydrostatic pressure,
.2. It can be observed
ılated ones are small
the experiment. The
n load caused by the
ı the test is neglected
re of the test. In addi-
, in reality the ovality
:tions of the pipe may
ɔns, a good agreement
lity of the established

ıent in its radial direc-
vality and the external
it can be observed that
linearly increases with
tic deformation. When
inear growth and when

; for each specimen.

| Difference |
|---|
| 5.9% |
| 8.5% |
| 5.0% |

the value of the pressure exceeds a certain value, the pipe deforms dramatically with little increase in external pressure. The pipe reaches its ultimate strength at 3.57 MPa with a corresponding ovality of 4.4%. After that, the external pressure no longer increases but starts to drop by a very small amount in order to keep in balance. The ovarlization continues to increase sharply and the pipe becomes unstable and collapses quickly.

As for the reinforcement layers, the maximum Mises stress is potentially to be arisen at the maximum and minimum diameter of the annulus, as shown in Figure 15.10. The maximum stresses in the lateral sides of the steel strips are extracted out, and the relationship between the Mises stress and the applied pressure for different reinforcement layers are illustrated in Figure 15.11. The serial numbers of the layers are ranking from inside-out in the pipe. From the graph, it can be observed that there is not obvious discrepancy between the trend of Mises stresses variation for those four reinforcement layers. The growth of the stress is relatively slow and when P/Pcr exceeds 0.8, the stresses rise very fast. After the pipe reaches its ultimate state, the maximum Mises stress for each steel strip layer is still far smaller than the proportional limit of the steel



Figure 15.9　Ovality-pressure curve for SP-2.



Figure 15.10　Mises stress contour of the steel strip.

**FLEX00671**

262    FLEXIBLE PIPES

STI



Figure 15.11 Mises stress for different reinforcement layers.

material. Thus, when dealing with the instability problem, it is reasonable to regard the steel strips as purely elastic material.

Although some assumptions are made in the simulation, the reasonable results and the good consistency between the predicted collapse pressures and the measured ones prove the accuracy and reliability of the finite element model.

## 15.4    Simplified Estimation for Collapse Pressure

For unbonded flexible pipes, Ref. [4] recommends that if there are no gaps between the pressure armor layers, the elastic buckling pressure of the unbonded flexible pipe may be determined as the sum of the contributions from the carcass and the pressure armor layers. The general idea of estimating the plastic buckling pressure of SRFP in this chapter is identical to the one given by Ref. [4], which is:

$$P_{cr} = \sum_{i=1}^{N_i} P_{cr,steel}^i + \sum_{j=1}^{N_j} P_{cr,PE}^j \tag{15.2}$$

where $i$ and $j$ are the layer numbers for the steel reinforcement layers and PE tubes. $N_i$ and $N_j$ are their maximum layer numbers, respectively.

As can be seen from the previous calculated FEM results, it is reasonable to treat the steel strips as elastic. Thus, for the steel strip reinforcement layer, its equivalent bending stiffness can be acquired from the formula given by Ref. [4] and its contribution for the buckling pressure can be obtained as:

$$P_{cr,steel}^i = KnE_i bh^3 / 4L_p R_i^3 \tag{15.3}$$

where $n$ is the number of the strips in the layer, $L_p$ is the pitch, and $E_i$ is the elastic modulus of the steel material. $b$ and $h$ are the width and thickness of the steel strip. $K$ is a factor that depends on the lay angle and the moment of inertia in the section and $R_i$ is the mean radius of the $i$th layer.

For the inner and c into consideration, wl gential modulus meth Bai's team [5]. The del

For the inner or ou first applied on the ot the deformation of tl stress of the layer cal obtained. The resistar be obtained from the the current $f$th step. figuration of the tube obtained as.

where, the superscript of the $j$th layer, $I_j$ is th of the tube.

If those two sets of step equal to each oth the plastic collapse pr

By summing up tl outer PE tubes of the SRFP can be obtained

The collapse pres: is 3.23 MPa and its ( Table 15.3.

The calculated resu experiment; this is d However, it can prov: of the pipe. The initi taken into account in In the following part factors that affect the pressure.

Table 15.3 Differences

| Difference |
| --- |
| SP-1 |
| SP-2 |
| SP-3 |

FLEX00672

For the inner and outer PE tubes, the development of material nonlinearity is added into consideration, which is extended from a simplified approach that adopts the tangential modulus method to calculate the plastic buckling pressure of the RTP given by Bai's team [5]. The detailed calculations for PE tubes are depicted as follows.

For the inner or outer PE tube, the assumed displacement in the radius direction is first applied on the outside surface of the tube with the incremental approach. Given the deformation of the tube, its radial strain, thickness, tangent modulus and radial stress of the layer can be acquired and the updated mean radius of the tube can be obtained. The resistant stress, which is regarded as the assumed external pressure, can be obtained from the relationship between the tangent modulus and radius stress in the current $f$th step. By substituting the tangent modulus and the geometrical configuration of the tube into the following equation, the calculated external pressure can obtained as.

$$P_{cr,PE}^{j} = \frac{3E_{j,t}^{f} I_{j}^{f}}{R_{j,f}^{3}} \tag{15.4}$$

where, the superscript $f$ means in the $f$th increment step, $E_{j,t}$ means the tangent modulus of the $j$th layer, $I_{j}$ is the equivalent inertia moment, and $R_{j}$ is the updated mean radius of the tube.

If those two sets of results (the assumed and calculated pressures) obtained in the $f$th step equal to each other, then the calculated external pressure in this step is regarded as the plastic collapse pressure of the tube.

By summing up the contributions of the reinforcement layers and the inner and outer PE tubes of the pipe together, the collapse pressure of the composite unbounded SRFP can be obtained.

The collapse pressure of the studied pipe calculated from the above method is 3.23 MPa and its difference from the FEM and experimental results are listed in Table 15.3.

The calculated result from this method is smaller than the ones from FEM and the experiment; this is due to the neglect of the friction between the contact surfaces. However, it can provide an estimate for the collapse strength as the lower limit value of the pipe. The initial imperfection and the effect of fiction coefficient, etc., are not taken into account in this theory, which do have some impact on the collapse pressure. In the following part, an extensive parametric study is conducted to investigate the factors that affect the buckling stability of the pipe when it is subjected to external pressure.

Table 15.3 Differences between the analytical results and the experiment & FEM.

| Difference | Experiment | FEM |
|---|---|---|
| SP-1 | 6.5% | 0.6% |
| SP-2 | 17.1% | 9.5% |
| SP-3 | 18.3% | 14.0% |

asonable to regard the

reasonable results and
nd the measured ones

ire

e are no gaps between
unbonded flexible pipe
arcass and the pressure
ng pressure of SRFP in

(15.2)

nt layers and PE tubes.

is reasonable to treat the
r, its equivalent bending
d its contribution for the

(15.3)

itch, and $E_t$ is the elastic
ness of the steel strip. $K$ is
tia in the section and $R_t$ is

FLEX00673

264 FLEXIBLE PIPES

ST:

## 15.5 Parametric Study

The collapse pressure of SRFP is affected by many factors such as initial imperfections, geometrical configurations and the material characteristics of the pipe, etc. In this section, some sensitivity analyses are carried out through numerical simulation. The Young's modulus of steel strip is selected as 206000 MPa and the geometric dimensions of the model are in line with those from the manufactured specimen. If not otherwise specified, the initial ovality introduced in the pipe is 0.5%.

The effect of the outer tube's diameter over thickness rations on the collapse pressure is illustrated in Figure 15.12. The thickness of the outer tube is increased from 2 mm to 6 mm at increments of 2, while the geometric configuration of the inward parts remain unchanged. The corresponding ratio of the outer tube's $D_1/t_1$ can be calculated as 34, 17.5 and 12. Here, $D_1$ is the mean diameter of the outer tube and $t_1$ is its thickness. When its ratio increases from 12 to 34, the corresponding collapse pressure decreases from 5.66 to 3.16 MPa, which is a drop of 44.1%. In the meantime, the corresponding ovality of the pipe under ultimate strength increases from 3.35% to 4.77%, which is amplified by 42.4%. Thus, it can be observed that the ratio $D_1/t_1$ of the outer tube has an influence on the collapse pressure. The larger the ratio is, the smaller the ultimate strength is and the more enhanced the deformation capacity.

The impact of the inner tube's $D_2/t_2$ on the buckling stability of the pipe is also studied here. In a similar way, the thickness of the inner pipe increases in the inward direction from 4, 6 to 8 mm, while the parameters of the outward parts remain constant. The corresponding values of $D_2/t_2$ are calculated to be 14.5, 9.33, and 6.75, respectively. As can be seen in Figure 15.13, not only does the thickness of the inner tube have an influence on the collapse pressure, it can also affect the post-buckling path. When $D_2/t_2$ is 6.75, the ovality first linearly increases with the external pressure. As the pressure rises further and the pipe begins to plastically deform, the pipe will attain the ultimate state with the external pressure to be 8.12 MPa. When the thickness of the inner PE pipe isn't large, the corresponding ovality in its ultimate stage is much bigger than that of the elastic limit stage. As for the case of 4 mm, after the pipe reaches to the elastic limit, it enters the plastic flow stage. Even with little incremental increase in pressure, the ovality increases dramatically until the pipe reaches to its collapse pressure at 1.30 MPa.

Figure 15.13 Pressure-ov

Figure 15.14 Pressure-ov

It can be calculated
from 6.73 to 14.5, wh
ultimate strength wh

The number of the
as illustrated in Figu
reinforcement are 3.
with ovality can also
reinforcement layers
enhancement is abou
an increase in reinfo
ability when the pipe
should be considere
turing cost, unit wei

In order to figure
faces on collapse pre
that the friction coef
is for fully bonded
Contact" relation wi
the friction coefficie



**Figure 15.12** Pressure-ovality curves of SRFP for different diameter-thickness rations of outer tube.

**FLEX00674**

nitial imperfections,
he pipe, etc. In this
:ical simulation. The
:ometric dimensions
nen. If not otherwise

the collapse pressure
:reased from 2 mm to
: inward parts remain
1 be calculated as 34,
.nd $t_1$ is its thickness.
:se pressure decreases
ne, the corresponding
:% to 4.77%, which is
of the outer tube has
e smaller the ultimate

>f the pipe is also stud-
es in the inward direc-
:s remain constant. The
d 6.75, respectively. As
mer tube have an influ-
ng path. When $D_2/t_2$ is
:e. As the pressure rises
attain the ultimate state
ss of the inner PE pipe
uch bigger than that of
iches to the elastic limit,
ncrease in pressure, the
ise pressure at 1.30 MPa.

0.06

ness rations of outer tube.



Figure 15.13   Pressure-ovality curves of SRFP for different $D_2/t_2$ rations of inner tube.



Figure 15.14   Pressure-ovality curves of SRFP with different steel strip layers number.

It can be calculated that the collapses pressure drops 84.0% when the $D_2/t_2$ increases from 6.73 to 14.5, which suggests that the inner tube's $D_2/t_2$ has a larger impact on the ultimate strength when subjected to external pressure.

The number of the reinforcement layers also has some effect on the collapse pressure, as illustrated in Figure 15.14. The collapse pressures for the pipes with 2, 4 and 6 layers reinforcement are 3.36, 3.76, 4.24 MPa, respectively. The corresponding relationship with ovality can also be observed from the graph, which shows that an increase in reinforcement layers does have a certain impact on the collapse pressure and that the enhancement is about 20.8% when comparing the two layers to the six layers one. Also, an increase in reinforcement layers doesn't have evident influence on the deformation ability when the pipe reaches its ultimate state. Thus, the layer number of the steel strips should be considered comprehensively according to the designed strength, manufacturing cost, unit weight, flexibility and so on.

In order to figure out the effect of the friction coefficient between the contact surfaces on collapse pressure, another two cases are simulated. One is for the condition that the friction coefficient for all contact surfaces is selected to be 0.5, while the other is for fully bonded condition. For the latter case, it is simulated through the "Hard Contact" relation without "Allow separation after contact" for normal behavior, and the friction coefficient is prescribed as 1.0 [6]. The obtained results are compared in

FLEX00675

266   FLEXIBLE PIPES

ST:



Figure 15.15  Pressure-ovality curves of SRFP with different friction coefficient.

Figure 15.15. It can be observed that increasing the friction coefficient can improve the ultimate strength. The collapse pressure for the fully bonded pipe is 6.99 MPa, which is almost two times the strength of the pipe with coefficients of 0.22 and 0.35. However, the corresponding ovality for the fully-bounded pipe at ultimate state is 2.15%, which is much smaller than the ones from the pipe with smaller friction coefficients. That is to say, increasing the coefficient can improve the collapse pressure, but may also weaken the deformability of the pipe.

## 15.6   Conclusions

In this chapter, the collapse behavior of the SRFP was investigated by both experimental and numerical simulations. The accuracy and reliability of the Finite Element Model (FEM) is verified by the good coincidence between the two sets of results acquired from experiment and simulation. In addition, a simplified estimation for the lower limit value of the SRFP buckling pressure is presented. An extensive parametric study by use of FEM is also carried out to investigate the mechanisms that influence the collapse pressure of SRFP and the following conclusions can be drawn.

1. The geometrical configuration of the pipe can make a big difference on the collapse pressure. The greater the diameter-thickness ratio for both the outer and inner tube, the smaller the collapse pressure. It can also impact the deformation capacity and ductility of the pipe.
2. Increasing the number of layers of steel strips can improve the collapse pressure of the pipe to some extent. However, it is not recommended to add the reinforcement layers for the purpose of just enhancing the collapse pressure.
3. The friction coefficient between the contact surfaces also has some definite influence on the collapse pressure. Increasing the coefficient can improve the collapse pressure, but may also weaken the deformability of the pipe.

As the work that explores the collapse behavior of steel reinforced flexible pipes subjected to external pressure is still primitive, the proposed FEM and the reliable results

can provide not only
ance for future resea
ematical model for tl
imperfections and fri
the near future.

## References

1. Corona E. *Mechan*
   Technology, 2007.
2. Y Bai, Q Bai. *Subsec*
3. Y Bai, T Liu, P Che
   subjected to extern:
4. *Handbook on desigι*
5. Y Bai, N Wang, P Cl:
   Pipe under Externa
6. C An, M Duan, To
   forced cementitiou:
   2014.

FLEX00676

can provide not only some reference for manufacturer engineers but also some guidance for future research on more comprehensive theoretical derivations. The mathematical model for the collapse response of SRFP that takes into account the initial imperfections and friction between the contact surfaces will be further investigated in the near future.

## References

1. Corona E. *Mechanics of Offshore Pipelines: Buckling and Collapse*. Elsevier Science & Technology, 2007.
2. Y Bai, Q Bai. *Subsea Pipelines and Risers*. Elsevier, 2005.
3. Y Bai, T Liu, P Cheng, *et al.* "Buckling stability of steel strip reinforced thermoplastic pipe subjected to external pressure". *Composite Structures*, 152, 528–537, 2016.
4. *Handbook on design and operation of flexible pipe*. Marintek, NTNU, 4Subsea, 2014.
5. Y Bai, N Wang, P Cheng, *et al.* "Collapse and Buckling Behaviors of Reinforced Thermoplastic Pipe under External Pressure". *International Journal of OMAE* 2015 (Published online).
6. C An, M Duan, Toledo Filho R D, *et al.* Collapse of sandwich pipes with PVA fiber reinforced cementitious composites core under external pressure. *Ocean Engineering*, 82, 1–13, 2014.

ent can improve the
; 6.99 MPa, which is
and 0.35. However,
tate is 2.15%, which
oefficients. That is to
ut may also weaken

by both experimental
'inite Element Model
ts of results acquired
ion for the lower limit
irametric study by use
influence the collapse

big difference on
ess ratio for both
ssure. It can also
pe.
rove the collapse
recommended to
nhancing the col-

lso has some defi-
he coefficient can
ie deformability of

forced flexible pipes sub-
1 and the reliable results

FLEX00677

# *16*

# Steel Reinforced Flexible Pipe Under Pure Tension

## 16.1   Introduction

In offshore applications, steel reinforced flexible pipe (SRFP) will inevitably experience significant tension loads during the installation and operation phases. In order to ensure the security and reliability of SRFP, the mechanical responses of SRFP subjected to tension should be carefully investigated.

In this chapter, the mechanical behavior of SRFP subjected to pure tension is investigated through the use of experimental and numerical methods. A finite element model that takes into account the geometrical and material nonlinearity as well as the sliding and friction interactions between layers was created using ABAQUS. Full-scale laboratorial tests of SRFP under axial tension were conducted and the relationship between axial load and the extension of SRFP acquired from the experiment is compared with that of the numerical simulations. The good agreement between the two sets of results illustrates the accuracy and reliability of the established finite element model. Useful conclusions are drawn from the research, which may be of interest to manufacturing engineers. The work presented in this chapter is quoted from the paper "Mechanical behavior of metallic strip flexible pipe subjected to tension" [1].

269

FLEX00678

270 FLEXIBLE PIPES

## 16.2 Experimental Tests

### 16.2.1 Test Processes

A full-scale laboratorial test was conducted to study the mechanical response of SRFP subjected to pure tension. The test specimens used in this chapter were produced by Ningbo-OPR whose geometrical dimensions are the same as those in Chapter 15.

The outline of the test specimens is shown in Figure 16.1. There are two end fittings provided in the specimen, the length of which is 340 mm. Before the test, the effective length ($L$) and the actual outer diameters of the specimens should be measured. The measured dimensions of the four specimens can be found in Table 16.1.

A 3000kN capacity universal electromagnetism servo control testing machine is used to conduct the experiments. The specimen end fittings are connected to the testing machine with flange connections. The specimen axis is aligned with the grips of the testing machine to ensure it is concentrically and uniformly loaded. The axial tension load is applied to the specimen by the displacement control method and the loading rate is set to be around 60 mm/min. The displacement and axial force of the specimen can be automatically recorded by the testing machine. The change in the outer PE layer, the steel strip reinforcement layers and the whole pipe are recorded. When the pipe reaches the point where it can no longer carry any capacity of axial force, the test is completed. The tensile test in process for the specimens is shown in Figure 16.2. Repeat the processes for the other specimens.

### 16.2.2 Test Results and Discussions

The corresponding load-extension curves for the four specimens are illustrated in Figures 16.3–16.6. In this testing machine, the tensile force as well as elongation displacement are negative. From those four curves, in the beginning phase of the loading



**Figure 16.1** Outline of the test specimen.

**Table 16.1** Actual dimensions of the tensile test specimen.

| Label | Outer diameter (mm) | Effective length (mm) |
|---|---|---|
| A1 | 73.70 | 1088 |
| A2 | 73.32 | 1124 |
| A3 | 74.40 | 1106 |
| A4 | 74.00 | 1097 |
| Average | 73.96 | 1104 |

Figure 16.2 Tensile test o



Figure 16.3 Load-extens



Figure 16.4 Load-extens

procedure, the meas
and resolution meas
small. The curve tre
relatively well. After

**FLEX00679**

anical response of SRFP
apter were produced by
ose in Chapter 15.

here are two end fittings
fore the test, the effective
hould be measured. The
Table 16.1.

ntrol testing machine is
are connected to the test-
gned with the grips of the
loaded. The axial tension
l method and the loading
xial force of the specimen
ange in the outer PE layer,
recorded. When the pipe
y of axial force, the test is
own in Figure 16.2. Repeat

pecimens are illustrated in
e as well as elongation dis-
inning phase of the loading



| Effective length (mm) |
| --- |
| 1088 |
| 1124 |
| 1106 |
| 1097 |
| 1104 |



Figure 16.2 Tensile test of specimen in process.

Figure 16.3 Load-extension curve for A1.



Figure 16.4 Load-extension curve for A2.

procedure, the measured axial load fluctuates around zero. This is due to the instability
and resolution measurement of the testing machine when the applied load is relatively
small. The curve trends coincide with each other when the elongation is below 10%
relatively well. After the extension exceeds a certain value, the curves for A1 and A4

FLEX00680

272    FLEXIBLE PIPES



**Figure 16.5**  Load-extension curve for A3.



**Figure 16.6**  Load-extension curve for A4.

share the similar trend, while those of A2 and A3 share another trend. However, there is a common tendency in the four curves: all of the load-extension relationships have the step ladder pattern. This is due to the fact that during the tension process, the pipe begins to elongate and attenuate but obvious necking phenomenon is not seen. After a prolonged stretch of the specimen, the outer PE layer begins to crack and a sudden drop in the recorded load occurs, which can be observed in the curves. The inner PE layer then snaps, reflected by a small audible sound and the dramatic decline in the recorded curve. At this point, the specimen has already lost large capacity to bear tensile load. Ignoring small fluctuations and some outlying cases, the second step ladder occurs at around an extension of 270 mm, further implying the fracture extension of the inner PE layer is mostly identical in the four specimens.

However, in the applications of SRFP, once the outer PE layer cracks, the pipe will be completely unserviceable. API 17J [2] specifies that for unbonded flexible pipes, the allowable strain for the inner and outer PE layers should be limited to 7.7% in utilization and that after the strain in the PE layer reaches 7.7%, the pipe is considered invalid. Hence, the curves from the origin to this strain point are the most useful in practical engineering. The load-extension curves from the experiment of this stage as well as a small fraction of its later development are specially extracted, as shown in Figure 16.7.

Figure 16.7 shows the curves for A1 and A4 coinciding with the curves for A2 and A3. This might be because the loading rate of the testing machine cannot be guaranteed to be constant and may have a certain degree of error and fluctuation, and the mechanical properties of PE layers are closely related to the loading rate of the testing machine. The instability of PE material and the defect of the specimen itself might also contribute to this. The trend of the four curves also indicates the stiffness of the specimen declines with an increase in elongation. This further demonstrates the steel strip reinforcement

**Figure 16.7**  Comparison of



**Figure 16.8**  Reinforcement

layers in these compos:
tension load compared

### 16.3    FE Analysi

In this part, an ABAQ
mechanical behavior o
metrical dimensions o:
facturing. The length o
length of 2% in the tes

#### 16.3.1    Elements a:

The helically winded st
the steel strip conveni







**Figure 16.7** Comparison of the load-extension curves for the four specimens.



**Figure 16.8** Reinforcement layer of the helically winding steel strip.

er trend. However, there

ision relationships have

ension process, the pipe

enon is not seen. After a

crack and a sudden drop

rves. The inner PE layer

c decline in the recorded

icity to bear tensile load.

ind step ladder occurs at

re extension of the inner

ayer cracks, the pipe will

ionded flexible pipes, the

imited to 7.7% in utiliza-

pipe is considered invalid.

e most useful in practical

t of this stage as well as a

, as shown in Figure 16.7,

iith the curves for A2 and

hine cannot be guaranteed

ituation, and the mechani-

ate of the testing machine,

itself might also contribute

is of the specimen declines

ie steel strip reinforcement

layers in these composite pipes may play a less important role in undertaking the axial tension load compared to the PE layers.

## 16.3   FE Analysis

In this part, an ABAQUS finite element model (FEM) [3] is established to study the mechanical behavior of the steel strip flexible pipe subjected to pure tension. The geometrical dimensions of the numerical model are in accordance with those from manufacturing. The length of the model is selected to be 1100 mm with a maximum deviation length of 2% in the test specimens.

### 16.3.1   Elements and Interactions

The helically winded steel strips are generated as shown in Figure 16.8. In order to mesh the steel strip conveniently and regularly, two partitions are made. Since the thickness

274  FLEXIBLE PIPES

of the steel strip is too small compared to its length and width, element S4R is selected for the reinforcement layers to lessen the calculation workload. C3D8R is utilized for the inner and outer PE layers in this model.

Surface-to-surface contact is used to simulate the interactions between each layer. The surface of PE tube is specified as the slave surface and its meshes are much thinner than that of the master surface. The normal mechanical behavior is defined as "Hard Contact" with "Allow separation after contact", and the Penalty is taken as the friction formulation for tangential behavior. The friction coefficients are selected as 0.15 for the steel-steel surface contact according to the Machinery Handbook [4], and 0.22 for the steel-PE contact based on previous experiments done by Bai's team.

### 16.3.2   Load and Boundary Conditions

Since the ends of the pipe are capped with end fittings in the test, the cross sections of the two ends are unchanged. In order to make the simulation similar to the test conditions, one end of the pipe is fixed while the other end is coupled to reference point RP2 located at the centre of the cross section in all six directions to establish its deformation consistency and rigidity. Displacement loading is applied in the Z-axis direction at reference point RP2. The load and boundary conditions of SRFP subjected to pure tension are presented in Figure 16.9.

### 16.3.3   Material Properties

The stress-strain relationships of steel and PE material for the FE analysis are obtained from the uniaxial tensile tests. The loading rate of the PE material in the tensile test is controlled to be around 10 mm/min which is in accordance with the loading rate of the pipe specimens. An extensometer is used when testing the steel strips and the axial deformation rate is set to be 0.2 mm/min. Their measured mechanical properties of both PE and steel strip are illustrated in Figures 16.10–16.11, respectively.



**Figure 16.9**  Load and boundary conditions of SRFP subjected to pure tension.

25

20

Stress, (MPa)   15

10

!

(

Figure 16.10  Stress-strain cu

1

Stress, (MPa)

Figure 16.11  Stress-strain

## 16.4   Comparis

In the engineering ap tension for the strain for engineers. When t pipe has already lost a the behaviors of SRFP

### 16.4.1   Comparisc

Figure 16.12 shows t results and FE analysi from the test are obvi due to the instability difference between th enough, the curves fr ing the accuracy and

**FLEX00683**

lement S4R is selected
C3D8R is utilized for

ns between each layer.
:shes are much thinner
ior is defined as "Hard
is taken as the friction
selected as 0.15 for the
ok [4], and 0.22 for the
:am.

st, the cross sections of
imilar to the test condi-
l to reference point RP2
establish its deformation
e Z-axis direction at ref-
ubjected to pure tension

FE analysis are obtained
:erial in the tensile test is
with the loading rate of
: steel strips and the axial
mechanical properties of
respectively.



:nsion.



Figure 16.10 Stress-strain curve of PE material.



Figure 16.11 Stress-strain curve of steel strip.

## 16.4 Comparison and Discussions

In the engineering applications, the mechanical responses of SRFP subjected to pure tension for the strain of PE layers below 7.7% are the most noteworthy and of interest for engineers. When the stain is larger than a critical point, the pipe is invalid and the pipe has already lost a large proportion of its stiffness. This section mainly investigates the behaviors of SRFP prior to reaching this strain point.

### 16.4.1 Comparison between Test and FE Analysis

Figure 16.12 shows the comparisons of the load-extension curves between the test results and FE analysis. The curves share the same trend in general. However, the results from the test are obviously higher than that from FEM in the beginning stage. This is due to the instability of the initial loading process. When the extension increases, the difference between the axial loading gets smaller and smaller. When the load is big enough, the curves from the two methods overlap well with each other, further implying the accuracy and reliability of this proposed finite element model.

FLEX00684

276    FLEXIBLE PIPES



Figure 16.12  Load-extension curves from test and FE analysis.



Figure 16.13  Mises stress distribution of inner PE tube.



Figure 16.14  Mises stress d



Figure 16.15  Mises stresse

### 16.4.2    Mechanical Response of PE Layers

The contour plot of the Mises stress for the inner and outer PE tubes may be one of the concerns for researchers especially when the pipe is reaching its invalid point. Figures 16.13 and 16.14 show the Mises stress distributions of inner and outer PE tubes (layers) when the extension is approximately 80 mm. There is not much difference in the maximum stress for the two layers. However, it is apparent that during the tension process prior to the invalid point, the development of stress in the outer PE layer is much more equally distributed than that of the inner tube. This may be because the area of cross section tends to decrease with an extension of the pipe. The steel strips would be stretched and the helicoid is more easily to turn slimmer. However, the inner PE layer would provide an inhibition to the deformation of the steel strips, generating an inward extruding force from the reinforcement layer. That is why the spiral band in the contour plot of the Mises stress could be seen in the inner PE layer.

To avoid end effects
to obtain the relations
ers. The point with th
cross section is selecte
Figure 16.15. The Mis
outer layer before the
with each other. Howe
For the outer PE layer
curve of the PE mater
The dropping rate of t
which may be due to t
lation is confirmed by

Figure 16.16 shows
both the inner and ou
than that of the outer
to the fact that, altho

**FLEX00685**



**Figure 16.14** Mises stress distribution of outer PE tube.



**Figure 16.15** Mises stresses in the middle span cross section.

To avoid end effects, points located in the middle span of the pipe should be selected to obtain the relationships of stress vs. extension for both the inner and outer PE layers. The point with the maximum stress throughout the process in the middle-span cross section is selected and the comparison between those two curves is depicted in Figure 16.15. The Mises stress for inner PE layer is just slightly higher than that of the outer layer before the extension reaches 80 mm and much of the curve is coincident with each other. However, when the extension exceeds 80 mm, the Mises stress drops. For the outer PE layer, the dropping rate is especially fast. The descending part in the curve of the PE material plot may have caused the drop in Mises stress in the PE tubes. The dropping rate of the outer PE layer is much higher than that of the inner PE layer, which may be due to the faster development of strain in the outer PE layer. This speculation is confirmed by the later strain analysis.

Figure 16.16 shows the relationships between equivalent strain and extensions of both the inner and outer PE layers. The equivalent strain of the inner PE layer is higher than that of the outer PE layer before the extension reaches to 80 mm. This may due to the fact that, although the axial strain along the pipe is similar for both layers, the

'E tubes may be one of
:hing its invalid point.
ıner and outer PE tubes
not much difference in
that during the tension
in the outer PE layer is
his may be because the
he pipe. The steel strips
mer. However, the inner
e steel strips, generating
is why the spiral band in
PE layer.

278   FLEXIBLE PIPES



Figure 16.16  Equivalent strain (PEEQ) of inner and outer PE tubes.

Figure 16.17  Equivalent strain distribution of outer PE tube.

Figure 16.18  Fracture mode

Figure 16.19  Mises stress d

inward squeeze force applied to the outer surface of the inner PE tube as well as the lack of braced force in its inner side results in the faster necking in the inner PE cross section. However, the outer layer strain rises dramatically after reaching the boundary point at approximately 80 mm, which is far beyond that of the inner PE layer. This can be explained by similar mechanics. With an increase in extension, the interval between the helical strips grows larger. The outermost reinforcement layer has direct contact with the outer PE layer. Due to the spaces in the steel strips layer, the outer PE material located in those sites confront to a much more disadvantageous stress condition than that of the inner PE layer, which makes the strain grow faster and worse.

Figure 16.17 shows that the large deformation of the outer PE lay is mainly distributed in the spiral spaces of the outermost reinforcement layer when the extension is large enough. Those positions have an obvious inward shrinkage appearance and highlight the most dangerous locations for cracking. This phenomenon obtained from the simulation is in accordance with the specimens from the test, which fractured just

along the helically spac
the accuracy and validi

16.4.3   Mechanical

The stress state for the
to engineers. In this se
will be detailed.

Figure 16.19 shows
forcement layer in exte
larger than that of the
middle part of the laye
the nonuniformity in e
of stress along its lengt

FLEX00687



Figure 16.18  Fracture mode of outer PE layer.



Figure 16.19  Mises stress distribution for the outmost steel strip reinforcement layer.

'E tube as well as the in the inner PE cross eaching the boundary ner PE layer. This can i, the interval between yer has direct contact , the outer PE material : stress condition than d worse.

PE lay is mainly dis- er when the extension ikage appearance and imenon obtained from it, which fractured just

along the helically spaced trail line, as shown in Figure 16.18. This further demonstrates the accuracy and validity of the established finite element model.

### 16.4.3  Mechanical Response of Steel Strips

The stress state for the reinforcement layers is also an important issue of high concern to engineers. In this section, the mechanical response of steel strips under tensile load will be detailed.

Figure 16.19 shows the Mises stress distribution for the outermost steel strip rein- forcement layer in extension of approximately 80 mm. The stress of the steel strips is larger than that of the PE layers. Ignoring the stress concentration, the stress in the middle part of the layer is larger than that of two end sides. The end effect as well as the nonuniformity in elongation along the length may result in the uneven distribution of stress along its length. The stress state in the middle part of the pipe can give some

280   FLEXIBLE PIPES

reference to the engineering applications as the pipes in offshore applications are much longer than that of the specimen. Thus, the stress along the width of the strip in the middle span is investigated.

The node labels along the width of the strip generated in the path of data extraction in ABAQUS is shown in Figure 16.20. For convenience of expression, the Start node 141 in the path is prescribed as number 1 and the End node is regarded as number 7, with an increment of 1 for the intermediate nodes. The Mises stresses at the nodes along the width at different elongations are shown in Figure 16.21.

From Figures 16.20 and 16.21, the stresses at the margins of the strip are obviously larger than the stresses at the medium. The stresses as a whole increase as extension increases. As the margin of the steel strip is keen-edged and abrupt, stress concentration is likely to occur at the edges when a load is applied. This is why the stresses in those locations are larger than the stresses in the intermediate part.



**Figure 16.20** Node locations along the width of steel strip in first reinforcement layer.



**Figure 16.21** Mises stresses at nodes along the path for different extensions.



S

350

300

250

Stress, (MPa)

200

15C

10C

5C

(

Figure 16.22 Comparison of 1

In most cases, the stre status in the steel strip. T from the intermediate pa: is illustrated in Figure 16 layer and the outermost : four reinforcement layer curve may be due to thei Yet all of those curves sh tension force at around ! phenomenon hints at th

**16.5   Conclusion**

In this chapter, the mec gated with both experir load and extension for ! obtained from simulatic model. The following c

1. Subjected to sl followed by th rate in the axi

2. In the case of play a much 1 the concernec elongation.

3. The outer PE ing to the spa

4. The stress in 1 ate part. Whe majority of th

**FLEX00689**

pplications are much
th of the strip in the

ath of data extraction
:ssion, the Start node
egarded as number 7,
ses at the nodes along

he strip are obviously
increase as extension
upt, stress concentra-
is why the stresses in
irt.



**Figure 16.22**　Comparison of Mises stresses for different layers.

In most cases, the stress state in the intermediate part can generally reflect the force status in the steel strip. The Mises stresses of different reinforcement layers are selected from the intermediate part of the strip in the middle span of the layer to be compared and is illustrated in Figure 16.22. The innermost steel strip layer is considered to be the first layer and the outermost is the fourth layer. The curves of stress versus axial load for the four reinforcement layers roughly have the same form. The discrepancy between each curve may be due to their twining direction, and the locations of the selected elements. Yet all of those curves share a common feature; when the pipe reaches its maximum axial tension force at around 50 kN, the stresses for the four layers rise almost vertically. This phenomenon hints at the arrival of the maximum tension force of the pipe.

## 16.5　Conclusions

In this chapter, the mechanical behavior of SRFP subjected to pure tension is investigated with both experimental and numerical methods. The relationship between axial load and extension for SRFP acquired from the test is in good agreement with the data obtained from simulations, illustrating the accuracy and reliability of this finite element model. The following conclusions are drawn based on the analysis and test results:

1. Subjected to short period pure tension, the outer PE layer cracked first, followed by the inner PE layer, finally by the reinforcement layer. Loading rate in the axial direction can affect the final fracture mode of the pipe.
2. In the case of SRFP with a reinforcement angle of 54.7, the PE layers play a much more important role in sharing the axial tension force in the concerned stage, and stiffness of the pipe decreases with increase in elongation.
3. The outer PE layers are most likely to crack at the locations corresponding to the spaces between the strips in the outmost reinforcement layer.
4. The stress in the edges of the strips is larger than that of the intermediate part. When the pipe reaches to its maximum tension force, the vast majority of the steel strips are still at the elastic stage.



ient layer.



s.

**FLEX00690**

282    FLEXIBLE PIPES

## References

1. Y Bai, T Liu, WD Ruan, W Chen. "Mechanical behavior of metallic strip flexible pipe subjected to tension". *Composite Structures* (under review).
2. API 17J. Specification for unbonded flexible pipe. American Petroleum Institution.
3. ABAQUS 6.13, *Abaqus analysis user's manual*, Simulia, 2013.
4. W Wang, Z Lin. *Machinery Handbook* [M]. China Machine Press. 2004.

# 17

# Steel Reinf
# Pipe Unde

## 17.1    Introducti

In loading and unloadi
(SRFP), it has to with
maintaining the integr
the bending behavior c

In the past few decad
ical response of comp
solution for multilayere
based on the classical l
of the pipe is no longer
Zheng *et al.* [2] propos
cal properties of plasti
pipe), and performed f
PE model. Bai *et al.* [
plastic pipe under pure
through the thickness.

As for the unbond
ing properties. Krain
mining the bending r
flexible pipes, and foi

strip flexible pipe sub-

um Institution.

004.

# 17

# Steel Reinforced Flexible Pipe Under Bending

## 17.1   Introduction

In loading and unloading processes of reel installation for steel reinforced flexible pipe (SRFP), it has to withstand significant flexure and severe bending condition while maintaining the integrity. To ensure the security and reliability of SRFP's application, the bending behavior of SRFP should be understood.

In the past few decades, significant efforts have been devoted to investigate the mechanical response of composite pipes subjected to pure bending. Xia *et al.* [1] presented a solution for multilayered filament-wound composite pipes under pure bending, which is based on the classical laminated-plate theory, and noticed that the cross-sectional shape of the pipe is no longer a circle even when the pipe is subjected to pure bending. Li and Zheng *et al.* [2] proposed a four-layer analytical model to study the bending mechanical properties of plastic pipe reinforced by cross helically wound steel wires (bonded pipe), and performed finite element (FE) analysis by using the geometrically nonlinear FE model. Bai *et al.* [3] investigated the ovalization instability of reinforced thermoplastic pipe under pure bending, which introduced the effect of transverse deformation through the thickness.

As for the unbonded flexible pipes, a few studies have been done on their bending properties. Kraincanic and Kebadze [4] gave analytical formulations for determining the bending moment-curvature relationship for a helical layer in unbonded flexible pipes, and found that the bending stiffness is a function of bend curvature,

283

**FLEX00692**

284  FLEXIBLE PIPES

interlayer friction coefficients and interlayer contact pressures. Dong *et al.* [5] took the contributions of local bending and torsion of individual helical elements to the bending behavior of helical layers into account, and discovered that the inclusion of this local behavior significantly influences the full-slip bending stiffness. Their team [6] further developed a bending behavior model of unbouded flexible pipes considering tangential compliance of interlayer contact interfaces and shear deformations, and gave analytical formulations to describe the gross slip initiation and progression in the tensile armor layers. Vargas *et al.* [7] evaluated the local behavior of flexible pipe under combinations of axisymmetric and bending loads via a series of experimental tests, and obtained the strains in the tensile armor layer. Sævik [8] presented two alternative formulations for predicting the bending stress in tensile armor layers, and further carried out the experimental studies using strain measurements to validate the performance of both formulations in terms of bending stress and fatigue. Tang *et al.* [9] selected and summarized the analytical models for predicting bending stress of a helical wire in the unbonded flexible pipe available in literatures, and established a 3D FEM to discuss the validity and limitations of those models for different structural parameters of helical wire.

However, few researches have been done from the perspective of ultimate strength of flexible pipes subjected to pure bending, which is important for estimating the integrity and safety of the pipe in installation and service. This may due to the complex response and interaction between multiple layers within the pipe. The nonlinearity development of the material is also a tough issue.

In this chapter, the mechanical behaviors of SRFP subjected to pure bending are studied by numerical simulations. The commercial software ABAQUS is employed to simulate its ovalization instability. A FE model that takes into account the geometrical and material nonlinearity as well as the sliding and friction interactions between layers was established. The proposed model and the relevant results may be of interest to the manufacture factory engineers. The work presented in this chapter is quoted from part of the paper "Mechanical behaviour of metallic strip flexible pipe subjected to bending" [10].

## 17.2  FE Analysis

In this part, a FE model using ABAQUS software [11] is established to study the mechanical behavior of the metallic strip flexible pipe subjected to pure bending.

### 17.2.1  Model and Material Properties

In the FE model, the element C3D8I is selected for the inner and outer PE layers. S4R is applied to simulate the steel strip reinforcement layers. Figure 17.1 shows the meshes of FE model for SRFP under a load of pure bending.

The material properties for PE and steel strips in the model are obtained from the uniaxial tensile tests. The stress-strain relationship for PE material is the same as the one used in Chapter 15, and the one for steel strip is from the data provided by OPR company.

Surface-to-surface contact is selected for the contacts between the steel strip layer and steel strip layer, the steel strip layer and PE layer. The sliding formulation is chosen



Figure 17.1  FE model of SRl

as finite sliding, and pei is set as 0.35 for the con between PE and steel sti behavior.

### 17.2.2  Loads and B

The length of model is accordance with the or is applied at one end c established to couple th point (RP1) is located a are applied to node sel section produce an ovÅ constrained points can makes sure that those j

Pure bending of the RP1 in UR1 degree of f UR2 and UR3 are cor rotating in the Y and Z the cross section from

### 17.2.3  Analysis Re

The displacement coi Figure 17.2. The pipe t

Figure 17.3 shows t the pipe. In the begini linearly with the curvÅ the curvature increas\ After reaching a peal still gets larger. This that the pipe can end the maximum curvat

FLEX00693

ong *et al.* [5] took the
ments to the bending
nclusion of this local
heir team [6] further
onsidering tangential
is, and gave analytical
i in the tensile armor
e under combinations
ests, and obtained the
ative formulations for
carried out the experi-
iance of both formula-
cted and summarized
wire in the unbonded
to discuss the validity
ers of helical wire.
of ultimate strength of
estimating the integrity
i the complex response
ilinearity development

pure bending are stud-
IS is employed to simu-
int the geometrical and
ons between layers was
e of interest to the man-
quoted from part of the
ected to bending" [10].

stablished to study the
d to pure bending.

ind outer PE layers. S4R
e 17.1 shows the meshes

el are obtained from the
iterial is the same as the
e data provided by OPR

ween the steel strip layer
ng formulation is chosen



**Figure 17.1** FE model of SRFP.

as finite sliding, and penalty is selected as its tangent behavior. The friction coefficient is set as 0.35 for the contact between steel strip and steel stript, and 0.22 for the contact between PE and steel strip. Hard contact with allow separation is defined as the normal behavior.

## 17.2.2 Loads and Boundary Conditions

The length of model is 300 mm, and the geometrical dimensions of the pipe are in accordance with the ones of Chapter 15. Symmetric boundary condition about Z-axis is applied at one end of the pipe. At the other end, kinematic coupling constraint is established to couple the cross section in all the six degrees of freedom, and its reference point (RP1) is located at the centre of the cross section. Besides, accessorial constraints are applied to node sets on the outer surface of the symmetric end to make the cross section produce an oval deformation. $U1 = 0$ in the top and bottom points makes the constrained points can only move up and down, and $U2 = 0$ in the left and right sides makes sure that those points can only move in the left and right directions.

Pure bending of the pipe is achieved by applying the rotation at the reference point RP1 in UR1 degree of freedom. At the same time, the remaining two rotational freedom UR2 and UR3 are confined to be 0, which is used to prevent the cross section from rotating in the Y and Z directions. In addition, $U1 = 0$ in RP1 is set which can prevent the cross section from moving in the X direction.

## 17.2.3 Analysis Results

The displacement contour plot calculated from the simulation is demonstrated in Figure 17.2. The pipe turns to be elliptical when applying bending moment to the pipe.

Figure 17.3 shows the relationship between the bending moment and curvature of the pipe. In the beginning phase, the bending moment of the cross section almost rises linearly with the curvature. Then nonlinearity phenomenon of the curves occurs, where the curvature increases a lot while the value of the bending moment increases a little. After reaching a peak point, the bending moment begins to drop, but the curvature still gets larger. This peak point can be regarded as the maximum bending moment that the pipe can endure, and the curvature corresponding to this moment is taken as the maximum curvature the pipe can undergo. For this studied pipe, the maximum

286    FLEXIBLE PIPES



**Figure 17.2** Displacement contour plot of the pipe under pure bending.

**Figure 17.3** Relationship between bending moment and curvature of pipe.

Figure 17.4 Relationship

Figure 17.5 Relationship

Thus, the minimum
comprehensive aspe

bending moment and curvature are 1408 N·m and 2.21 m$^{-1}$, respectively, which means the bend radius of the pipe in service shouldn't be less than 0.45 m from the perspective of ultimate strength.

Figure 17.4 shows the variation of bending stiffness with curvature. The bending stiffness decreases with the increase of curvature. When it reaches to its maximum curvature, its bending stiffness turns to be negative, further implying the inapplicability of the pipe.

Figure 17.5 shows the relationship between the bending moment and the ovality of the cross section in the middle span of the pipe (the surface applied by the symmetric boundary conditions). From the curve, it could be noticed that, when the bending moment is less than 1000 N·m, the ovality increases slowly. However, when the value exceeds 1000 N·m, the ovality increases dramatically, which turns to be almost perpendicular to the horizontal axis. After that, even when the bending moment starts to decrease, the ovality still increases quickly. In the actual applications, the ovality of cross section should be limited to a certain value, say 8%. That is to say, even though, the pipe hasn't reached its ultimate strength, it can be regarded as invalid as the oversized ovality might have a significant impact on transporting the fluids or the pipe might confront to greater challenge of undertaking combined working load conditions.

### 17.3    Mechani

The mechanical beh
the pipe when subje
part, their mechanic
contour plots are p
pipe can endure. Th

#### 17.3.1    Inner PE

When subjected to 
pressive zone. If th
neutral axis, the st
steel strip, this sym
tour plot of the Mis

**FLEX00695**



**Figure 17.4** Relationship between bending stiffness and curvature of pipe.



**Figure 17.5** Relationship between bending moment and ovality of cross section.

Thus, the minimum bend radius of the pipe in service should be specified according to comprehensive aspects and considerations.

## 17.3  Mechanical Behaviors and Discussions

The mechanical behaviors of steel strips reinforcement layers as well as the PE layers of the pipe when subjected to pure bending might also be of interest to engineers. In this part, their mechanical responses are investigated separately. If no other is specified, the contour plots are printed from the point of the maximum bending moment that the pipe can endure. That is to say, those plots are from the ultimate state of the pipe.

### 17.3.1  Inner PE Layer

When subjected to pure bending, the pipe is divided into the tensile zone and the compressive zone. If the structure as well as the material property are symmetric to the neutral axis, the stress state should be similar. However, due to the existence of the steel strip, this symmetrical deformation of the PE layers cannot be realized. The contour plot of the Mises stress of inner PE layer for its tensile and compressive sides are



288  FLEXIBLE PIPES

**Figure 17.6** Tensile side of inner PE layer.

**Figure 17.7** Compressive side of inner PE layer.

**Figure 17.8** PEEQ of the inn⟨

**Figure 17.9** Mises contour ⟨

illustrated in Figure 17.6 and Figure 17.7. It could be seen that the stress located at the flank of the tube is obviously smaller than that at the upper and bottom side. However, it could also be noticed that the stress state in the upper side is much more evenly distributed, while the one for the down side has some zebraic shapes. This might be because when subjected to bending, the helical strips might have a tendency to concave inwardly in the compressive side, resulting in larger contact pressure on the outer surface of the inner PE layer and larger Mises stress state. Those points might also have larger strain.

The equivalent strain components (PEEQ) of inner PE layer is shown in Figure 17.8. Comparing Figure 17.7 with Figure 17.8, it could be observed that the highlighted part in those two graphs are generally the same, except that the largest PEEQ locates at the sites where its corresponding Mises stress is relatively small compared with the surrounding areas. As the material nonlinearity and the descent stage of the stress-strain relationship are taken into consideration, the appearance and essence reflected by those two contour plots are substantially coincident with each other, and those highlighted sites are most likely to break when subjected to the bending load.

### 17.3.2  Outer PE L⟨

Figure 17.9 shows the ⟨
in the picture is genera
much more homogen⟨
shape of the outer PE
down side. Actually, th
might be a forewarnin⟨

It could be observe⟨
the contour plot, and ⟨
the outermost steel st⟨
also be seen that the l⟨
inner PE layer at the ⟨
the inner PE layer is ⟨
ing, buckling of the p⟨

FLEX00697



Figure 17.8  PEEQ of the inner PE layer.



Figure 17.9  Mises contour plot of the outer PE layer.

he stress located at the bottom side. However, is much more evenly shapes. This might be ive a tendency to con- t pressure on the outer points might also have

s shown in Figure 17.8. at the highlighted part est PEEQ locates at the ompared with the sur- tage of the stress-strain sence reflected by those ; and those highlighted id.

### 17.3.2  Outer PE Layer

Figure 17.9 shows the contour plot of the outer PE layer's stress. The stress state shown in the picture is generally the same for the upper and down sides of the tube, and is also much more homogenous compared with the inner PE layer. However, the deformed shape of the outer PE layer is not that smooth; there are obvious band shape in the down side. Actually, the experiment result also shows the same phenomenon, and this might be a forewarning that the buckling of the pipe might occur in those locations.

It could be observed from Figure 17.10 that the highlighted sites resemble ribbon in the contour plot, and those largest PEEQ happens just corresponding to the spaces of the outermost steel strip reinforcement layer. Ignoring the stress concentration, it can also be seen that the largest PEEQ for the outer PE layer is far smaller than that of the inner PE layer at the same moment. Thus, from the perspective of material strength, the inner PE layer is much more apt to fail. However, when subjected to pure bend- ing, buckling of the pipe is a more common failure mode for most of the cases, and it

FLEX00698

290 FLEXIBLE PIPES



Figure 17.10 PEEQ of the outer PE layer.

Figure 17.11 Mises stress of the first steel strip reinforcement layer.

Figure 17.12 Mises stress of

is an issue of much more concern in the actual applications when compared with the material failure.

### 17.3.3 Steel Strip Layers

Taking the first steel strip reinforcement layer as example, from Figure 17.11 and Figure 17.12, it could be observed that, the Mises stresses in the tensile side and compressive side are also obviously larger than that of the two lateral sides, and in the upper tensile side of the strip layer, the Mises stress located in the margin of the strip along its width is larger than that in its intermedium part; this might due to the stress concentration. It is the same for its compressive side, and what's more, the steel strip might come into contact with each other when the curvature increases, making the stress concentrate much more seriously in the interlocked part.

## 17.4 Conclusior

The mechanical behavi PE analysis in this cha here can not only pro responses of SRFP, but experimental guidance

### References

1. M Xia, H Takayanag
   sandwich pipes[J]. (
2. X Li, J Zheng, F Sh
   steel wire under ben
   Society of Mechanic
3. Y Bai, B Yu, P Chen{
   *Offshore Mechanics*.
4. Kraincanic I, Keba
   unbonded flexible {
   *Analysis for Enginee*
5. L Dong, Y Huang, {
   unbonded flexible {
6. L Dong, Y Huang, G
   sidering tangential
   *Marine Structures*,
7. Vargas-Londofio T
   Analysis of the B
   *International Conf{*
   Mechanical Engin{

FLEX00699

STEEL REINFORCED FLEXIBLE PIPE UNDER BENDING    291



Figure 17.12  Mises stress of the first steel strip reinforcement layer.

## 17.4  Conclusions

The mechanical behavior of SRFP subjected to pure bending is investigated through FE analysis in this chapter. The proposed FEM and the calculated results presented here can not only provide references for generally understanding the mechanical responses of SRFP, but can also provide some guidance for theoretical derivations and experimental guidance in future work.

## References

1. M Xia, H Takayanagi, K Kemmochi. Bending behavior of filament-wound fiber-reinforced sandwich pipes[J]. *Composite structures*, 56(2), 201–210, 2002.
2. X Li, J Zheng, F Shi, *et al*. Buckling analysis of plastic pipe reinforced by cross-winding steel wire under bending[C]//ASME 2009 *Pressure Vessels and Piping Conference*. American Society of Mechanical Engineers, 259–268, 2009.
3. Y Bai, B Yu, P Cheng, *et al*. Bending behavior of reinforced thermoplastic pipe[J]. *Journal of Offshore Mechanics and Arctic Engineering*, 137(2), 021701, 2015.
4. Kraincanic I, Kebadze E. Slip initiation and progression in helical armouring layers of unbonded flexible pipes and its effect on pipe bending behaviour[J]. *The Journal of Strain Analysis for Engineering Design*, 36(3), 265–275, 2001.
5. L Dong, Y Huang, Q Zhang, *et al*. An analytical model to predict the bending behavior of unbonded flexible pipes[J]. *Journal of Ship Research*, 57(3), 171–177, 2013.
6. L Dong, Y Huang, G Dong, *et al*. Bending behavior modeling of unbonded flexible pipes considering tangential compliance of interlayer contact interfaces and shear deformations[J]. *Marine Structures*, 42, 154–174, 2015.
7. Vargas-Londoño T, de Sousa J R M, Magluta C, *et al*. A Theoretical and Experimental Analysis of the Bending Behavior of Unbonded Flexible Pipes[C]//*ASME 2014 33rd International Conference on Ocean, Offshore and Arctic Engineering*. American Society of Mechanical Engineers, 2014.

292   FLEXIBLE PIPES

8. Sævik S. Theoretical and experimental studies of stresses in flexible pipes[J]. *Computers & Structures*, 89(23), 2273–2291, 2011.
9. M Tang, C Yang, J Yan, *et al*. Validity and limitation of analytical models for the bending stress of a helical wire in unbonded flexible pipes[J]. *Applied Ocean Research*, 50, 58–68, 2015.
10. Y Bai, P Han, T Liu. Bending behavior of steel reinforced flexible pipes. (will be submitted to *Composite Structures*).
11. SIMULIA, *ABAQUS analysis user's manual*, ver. 6.14, 2014.

# 18

## Steel Reinf
## Under Cor
## Pressure a

### 18.1   Introducti

As one kind of unbor
reinforced flexible pip
load. This chapter ain
flexible pipe under cc
the analytical solutio
analysis of steel strip
tension" [1].

### 18.2   Analytica

#### 18.2.1   Strain Ana

For a certain length
reinforced layer befor

pipes[J]. *Computers &*

rodels for the bending
*n Research,* 50, 58–68,

pes. (will be submitted

# *18*

# Steel Reinforced Flexible Pipe Under Combined Internal Pressure and Tension

## 18.1   Introduction

As one kind of unbonded flexible composite pipe, the reinforcement layers of steel reinforced flexible pipes (SRFP) are apt to slide under internal pressure and tension load. This chapter aims to analyze the mechanical behavior of steel strip reinforced flexible pipe under combined internal pressure and tension. Based on chapter 14, the analytical solution in this chapter is quoted from the paper "Failure behavior analysis of steel strip reinforced flexible pipe under combined internal pressure and tension" [1].

## 18.2   Analytical Solution

### 18.2.1   Strain Analysis

For a certain length of pipe, say one pitch $P$, the winding angles of the steel strip reinforced layer before and after tension loading on the pipe are shown in Figure 18.1.

293

294   FLEXIBLE PIPES



**Figure 18.1** Winding angle variation before and after tensile load.

The axial strain of the pipe is expressed as,

$$\varepsilon_z = \frac{\Delta u}{P} \qquad (18.1)$$

where, $P$ is the pipe pitch length and $u$ denotes the pipe axial displacement. The axial strain of steel strip reinforcement is derived as follows [2],

$$\varepsilon_i^a = \frac{l_i' - l_i}{l_i} = \frac{l_i'}{l_i} - 1 \qquad (18.2)$$

$$l_i' = \sqrt{(2\pi R_i')^2 - (P(1 + \varepsilon_z))^2} \qquad (18.3)$$

$$P = 2\pi R_i \cot a_i \qquad (18.4)$$

$$l_i = 2\pi R_i / \sin a \qquad (18.5)$$

Substituting Eq. (18.3) ~ Eq. (18.5) to Eq. (18.2), the axial strain of the steel strip reinforcement is rewritten as [3],

$$\varepsilon_i^a = ((1 + \varepsilon_z)^2 \cos^2 a_i + \beta_i^2 \sin^2 a_i)^{\frac{1}{2}} - 1 \qquad (18.6)$$

where $\beta_i = \dfrac{R_i'}{R_i}$.

Eq. (18.6) reveals the relationship between the pipe axial strain and reinforcement layer axial strain.

### 18.2.2   Stress Analysis

When subjected to internal pressure and tension, the pipe cross section displays three types of deformations:

1. Radial contractio
2. Radial compressi sion loads;
3. Cross section exp

The radial pressure acti ment layers under tensior

$$P_1 = \frac{1}{2\pi}$$

$$P_2 = \frac{1}{2\pi}$$

where $A$, $E$, $\varepsilon$ denote th strip ($re$) and PE ($pe$), re: The inner HDPE laye layer, $r_5 \sim r_6$, occupy the Assuming that no bor tion is expressed as [5],



Layer 1
Layer 3
Layer 6

**Figure 18.2** Load identifica

1. Radial contraction due to Poisson's ratio under tension loads;
2. Radial compression effect caused by the reinforcement layer under tension loads;
3. Cross section expansion effect under internal pressure.

The radial pressure acting upon the cross section of the pipe caused by the reinforcement layers under tension load can be presented as [4],

$$P_1 = \frac{1}{2\pi R_1'}\left(\frac{nN_{re}\tan a_1 \sin a_1'}{R_1(1+\varepsilon_z)} + \frac{nN_{pe}\tan a_1 \sin a_1'}{R_1(1+\varepsilon_z)}\right) \tag{18.7}$$

$$P_2 = \frac{1}{2\pi R_2'}\left(\frac{nN_{re}\tan a_2 \sin a_2'}{R_2(1+\varepsilon_z)} + \frac{nN_{pe}\tan a_2 \sin a_2'}{R_2(1+\varepsilon_z)}\right) \tag{18.8}$$

$$N_{re} = A_{re}E_{re}\varepsilon_{re}^\alpha \tag{18.9}$$

$$N_{pe} = A_{pe}E_{pe}\varepsilon_{pe}^\alpha \tag{18.10}$$

where $A$, $E$, $\varepsilon$ denote the cross-section area, elastic modulus and axial strain of steel strip ($re$) and PE ($pe$), respectively.

The inner HDPE layer, $r_0 \sim r_1$, the reinforcement layer, $r_1 \sim r_5$, and the outer HDPE layer, $r_5 \sim r_6$, occupy the same strain/stress expression as shown in Figure 18.2.

Assuming that no body forces exist, for each layer of the pipe, the equilibrium equation is expressed as [5],

$$\frac{\partial \sigma_r}{\partial r} + \frac{1}{r}\frac{\partial \tau_{\theta r}}{\partial \theta} + \frac{\partial \tau_{zr}}{\partial z} + \frac{\sigma_r - \sigma_\tau}{r} = 0 \tag{18.11a}$$

$$\frac{\partial \tau_{\theta r}}{\partial r} + \frac{1}{r}\frac{\partial \sigma_\theta}{\partial \theta} + \frac{\partial \tau_{z\theta}}{\partial z} + \frac{2\tau_{\theta r}}{r} = 0 \tag{18.11b}$$





Layer 1
Layer 3
Layer 6

Figure 18.2 Load identification in pipe cross section.

296    FLEXIBLE PIPES

$$\frac{\partial \tau_{zr}}{\partial r} + \frac{1}{r}\frac{\partial \tau_{zr}}{\partial \theta} + \frac{\partial \sigma_z}{\partial z} + \frac{\tau_{zr}}{r} = 0 \qquad (18.11c)$$

Considering the axisymmetric property of the load, the strain-displacement relations can be described as,

$$\varepsilon_r = \frac{\partial u_r}{\partial r}, \qquad \varepsilon_z = \frac{\partial u_z}{\partial z} \qquad \varepsilon_\theta = \frac{1}{r}\frac{\partial u_\theta}{\partial \theta} + \frac{u_r}{r} \qquad (18.12a)$$

$$\gamma_{\theta r} = \frac{1}{r}\frac{\partial u_r}{\partial \theta} + r\frac{\partial}{\partial r}\left(\frac{u_\theta}{r}\right)$$

$$\gamma_{z\theta} = \frac{1}{r}\frac{\partial u_z}{\partial \theta} + \frac{\partial u_\theta}{\partial z}, \qquad \gamma_{zr} = \frac{\partial u_z}{\partial r} + \frac{\partial u_r}{\partial z} \qquad (18.12b)$$

Substituting Eq. (18.12a) ~ Eq. (18.12b) into Eq. (18.11a) ~ Eq. (18.11c), the equilibrium equations can be rewritten as [6],

$$\frac{\partial \sigma_r}{\partial r} + \frac{\sigma_r - \sigma_\theta}{r} = 0 \qquad (18.13a)$$

$$\frac{\partial \tau_{\theta r}}{\partial r} + \frac{2\tau_{\theta r}}{r} = 0 \qquad (18.13b)$$

$$\frac{\partial \tau_{zr}}{\partial r} + \frac{\tau_{zr}}{r} = 0 \qquad (18.13c)$$

Hooke's law,

$$\sigma_r = (\lambda + 2G)\varepsilon_r + \lambda\varepsilon_\theta + \lambda\varepsilon_z$$

$$\sigma_\theta = (\lambda + 2G)\varepsilon_\theta + \lambda\varepsilon_r + \lambda\varepsilon_z$$

$$\sigma_z = (\lambda + 2G)\varepsilon_z + \lambda\varepsilon_r + \lambda\varepsilon_\theta \qquad (18.14)$$

where,

$$\sigma_r = (\lambda + 2G)\frac{\partial u}{\partial r} + \lambda\frac{u}{r} + \lambda\varepsilon_z$$

$$\sigma_\theta = (\lambda + 2G)\frac{u}{r} + \lambda\frac{\partial u}{\partial r} + \lambda\varepsilon_z \qquad (18.15)$$

Substituting Eq. (18.15) into Eq. (18.13a) ~ Eq. (18.13c), the differential equations of displacement is gained as, [7, 8]

By solving Eq. (18.16)

and the stress express

where $C_1$, $C_2$, $C_3$, $C_4$ a

18.2.3  Boundary C

The boundary conditio layer are presented belc

18.3  Inner HDI

The integrity consta

$$C_3 =$$

(

The displacement a

$$u_{r=r_1} = \frac{r_1}{2(\lambda + G)}$$

**FLEX00705**

$$\frac{\partial^2 u}{\partial r^2} + \frac{1}{r}\frac{\partial u}{\partial r} - \frac{u}{r^2} = 0 \tag{18.16}$$

By solving Eq. (18.16), the displacement can be solved as,

$$u = C_1 R + \frac{C_2}{r} \tag{18.17}$$

and the stress expressions can be rewritten as,

$$\sigma_r = C_3 - \frac{C_4}{r^2} \tag{18.18}$$

$$\sigma_\theta = C_3 + \frac{C_4}{r^2} \tag{18.19}$$

where $C_1, C_2, C_3, C_4$ are integrity constants.

### 18.2.3   Boundary Conditions

The boundary conditions for inner HDPE layer, reinforcement layer and outer HDPE layer are presented below.

## 18.3   Inner HDPE layer

$$(\sigma_r)_{r=r_0} = 0, \ (\sigma_r)_{r=r_1} = \sigma_1 - P_1 \tag{18.20}$$

The integrity constants,

$$C_3 = \frac{r_0 P_{in} - r_1^2(P_1 - \sigma_1)}{r_1^2 - r_0^2} \quad C_4 = \frac{r_0^2 r_1^2(P_{in} - P_1 + \sigma_1)}{r_1^2 - r_0^2}$$

$$C_1 = \frac{1}{2(\lambda + G)}\left[\frac{r_0 P_{in} - r_1^2(P_1 - \sigma_1)}{r_1^2 - r_0^2} - \lambda \sigma_z\right]$$

$$C_2 = \frac{1}{2G}\frac{r_1^2 r_0^2(P_{in} - P_1 + \sigma_1)}{r_1^2 - r_0^2}$$

The displacement at $r = r_1$ is then obtained as [9],

$$u_{r=r_1} = \frac{r_1}{2(\lambda + G)}\left[\frac{r_0 P_{in} - r_1^2(P_1 - \sigma_1)}{r_1^2 - r_0^2} - \lambda \sigma_z\right] + \frac{1}{2G}\frac{r_0^2 r_1(P_{in} - P_1 + \sigma_1)}{r_1^2 - r_0^2} \tag{18.21}$$

FLEX00706

298    FLEXIBLE PIPES

S.

### 18.3.1    Reinforcement Layers

$$(\sigma_r)_{r=r_1} = \sigma_1, \quad (\sigma_r)_{r=r_5} = -\sigma_2 \tag{18.22}$$

The integrity constants,

$$C_3 = \frac{r_1^2\sigma_1 + r_5^2\sigma_2}{r_1^2 - r_5^2} \quad C_4 = \frac{r_1^2 r_5^2 (\sigma_1 + \sigma_2)}{r_1^2 - r_5^2}$$

$$C_1 = \frac{1}{2(\lambda + G)}\left(\frac{r_1^2\sigma_1 + r_5^2\sigma_2}{r_1^2 - r_5^2} - \lambda\varepsilon_z\right)$$

$$C_2 = \frac{1}{2G}\frac{r_1^2 r_5^2 (\sigma_1 + \sigma_2)}{r_1^2 - r_5^2}$$

The radial displacements at $r = r_1$ and $r = r_5$ are presented as [9],

$$u_{r=r_1} = \frac{r_1}{2(\lambda + G)}\left(\frac{r_1^2\sigma_1 + r_5^2\sigma_2}{r_1^2 - r_5^2} - \lambda\varepsilon_z\right) + \frac{1}{2G}\frac{r_1 r_5^2 (\sigma_1 + \sigma_2)}{r_1^2 - r_5^2} \tag{18.23}$$

$$u_{r=r_1} = \frac{r_5}{2(\lambda + G)}\left(\frac{r_1^2\sigma_1 + r_5^2\sigma_2}{r_1^2 - r_5^2} - \lambda\varepsilon_z\right) + \frac{1}{2G}\frac{r_1^2 r_5 (\sigma_1 + \sigma_2)}{r_1^2 - r_5^2} \tag{18.24}$$

### 18.3.2    Outer HDPE Layer

$$(\sigma_r)_{r=r_6} = 0, \quad (\sigma_r)_{r=r_5} = P_2 - \sigma_2 \tag{18.25}$$

The integrity constants,

$$C_3 = \frac{r_5^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2} \quad C_4 = \frac{r_5^2 r_6^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2}$$

$$C_1 = \frac{1}{2(\lambda + G)}\left(\frac{r_5^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2} - \lambda\varepsilon_z\right)$$

$$C_2 = \frac{1}{2G}\frac{r_5^2 r_6^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2}$$

The radial displacement at $r = r_5$ is presented as [10, 11],

$$u_{r=r_5} = \frac{r_5}{2(\lambda + G)}\left(\frac{r_5^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2} - \lambda\varepsilon_z\right) + \frac{1}{2G}\frac{r_5 r_6^2 (P_2 - \sigma_2)}{r_5^2 - r_6^2} \tag{18.26}$$

Combining Eq. (18.2

$$\sigma_1 = \frac{}{(2G + .}$$

$$-P_2 r_5$$

$$-P_1)$$

$$\sigma_2 =$$

$\sigma_1$ denotes the stress
ment layer (red circle
inner PE layer and inn

### 18.3.3    Equilibriun

For a certain length of :
the equilibrium equati

$T$

where $N_{ic}$, $N_{mc}$, $N_{oc}$ den
and outer HDPE layer

### 18.3.4    Solution C

A program based on tl
analyze the mechanic;
Following steps are

1. Determining
2. Obtaining th
3. Obtaining th
   and stresses
   calculated.
4. If the pipe f
   determined l

This iterative proce
the calculation proce

FLEX00707

Combining Eq. (18.21) ~ Eq. (18.26), the stresses are obtained as,

$$\sigma_1 = \frac{1}{(2G+\lambda)r_1^2(r_0^2 - r_6^2)}((((P_1 - 2P_{in})r_1^2 + (2P_{in} - P_2 - P_1)r_6^2$$
$$-P_2 r_5^2)G + ((P_1 - P_{in})r_1^2 - r_6^2(P_1 + P_2 - P_{in}))\lambda)r_0^2 + (((P_2$$
$$-P_1)r_6^2 + P_2 r_5^2)G + P_2 r_6^2 \lambda)r_1^2) \tag{18.27}$$

$$\sigma_2 = \frac{1}{(2G+\lambda)r_5^2(r_0^2 - r_6^2)}((((P_2 + P_1 - 2P_{in})r_6^2$$
$$-r_5^2(P_1 - P_2 - 2P_{in}))G - ((P_{in} - P_1 - P_2)r_6^2$$
$$+r_5^2(P_1 - P_{in}))\lambda)r_0^2 + ((P_1 r_1^2 - P_2 r_5^2)r_0^4$$
$$-P_1 r_1^2 r_5^2 - P_2 r_5^4)G - P_2 r_5^2 r_6^2 \lambda) \tag{18.28}$$

$\sigma_1$ denotes the stress between interface of outer PE layer and outermost reinforcement layer (red circle in Figure 18.2), and $\sigma_2$ denotes the stress between interface of inner PE layer and innermost reinforcement layer (yellow circle in Figure 18.2).

### 18.3.3  Equilibrium Equation

For a certain length of steel reinforced flexible pipe under internal pressure and tension, the equilibrium equation is [12, 13],

$$T_1 = -T_2 = \sum_{i=1}^{4n}(N_i \cos a_i') + N_{ic} + N_{mc} + N_{oc} \tag{18.29}$$

where $N_{ic}$, $N_{mc}$, $N_{oc}$ denote the axial force of the inner HDPE layer, reinforcement layers and outer HDPE layer.

### 18.3.4  Solution Chart

A program based on the analytical solution above was coded with MATLAB software to analyze the mechanical behavior of the steel reinforced flexible pipe.
Following steps are the solution procedure:

1. Determining the integration constants
2. Obtaining the displacements and strains of all layers
3. Obtaining the stresses of all layers in the cylindrical coordinate system, and stresses of reinforced layers in the local material coordinates are calculated.
4. If the pipe fails under a certain internal pressure, the tension load is determined based on the failure criteria.

This iterative process for the burst analysis is solved by MATLAB. The flowchart of the calculation procedure is shown in Figure 18.3.

FLEX00708

300    FLEXIBLE PIPES



**Figure 18.3** Flow chart of analytical solution.

## 18.4    Finite Element Analysis

### 18.4.1    Introduction

A FE model was set up to compare with the theoretical model in terms of stress distribution on the reinforcement layers. Table 18.1 lists the input data for developing the finite element model.

For simplication, the polyester tapes that wrapped between the outermost steel strip and outer HDPE layer are included in the outer HDPE layer. Because of thin thickness and similar material properties to HDPE, the effect of this simplicity on the simulation accuracy is negligible.

### 18.4.2    Material Properties

Prior to establishing the FE model, the PE tensile test was carried out to verify the specimen's properties of PE at different elongation rates. These specimens were cut

SF

Table 18.1 Pipe dimensior

| Parameters |
| --- |
| Inner radius (mm) |
| Inner HDPE thickness (n |
| Reinforcement layers |
| Numbers of steel strip pe |
| Winding angle of steel st |
| Thickness of steel strip (ı |
| Width of steel strip (mm |
| Total thickness of reinfo: |
| Nummbers of polyester |
| Winding angle of polyes |
| Thickness of polyester sı |
| Width of polyester strip |
| Total thickness of polye: |
| Outer HDPE thickness |

from the pipe's outerm
ing to the standard to ţ
Top and bottom parts
device and then elongə
    Figure 18.4 shows t
tionship for HDPE spe
    The system automɑ
elongation rates. The
20 mm/min and 50 n
when the curves becc
heavier tensile loads a
    Stress-strain test of
Figure 18.5, extenson
stress is automatically
according to code ISC

### 18.4.3    FE Model

In the FE model, the
meshed with hexahee
shell meshed with qu
triangular elements S

**FLEX00709**

**Table 18.1** Pipe dimensions and structure parameters.

| Parameters | Value |
|---|---|
| Inner radius (mm) | 25 |
| Inner HDPE thickness (mm) | 6 |
| Reinforcement layers | 4 |
| Numbers of steel strip per layer | 2 |
| Winding angle of steel strip (°) | +54.7/+54.7/−54.7/−54.7 |
| Thickness of steel strip (mm) | 0.5 |
| Width of steel strip (mm) | 52 |
| Total thickness of reinforceemnt layers (mm) | 2 |
| Nummbers of polyester strip | 2 |
| Winding angle of polyester strip (°) | 78.8 |
| Thickness of polyester strip (mm) | 0.1 |
| Width of polyester strip (mm) | 75 |
| Total thickness of polyester layers (mm) | 0.2 |
| Outer HDPE thickness (mm) | 3.8 |

from the pipe's outermost HDPE layer. The size and special shape are designed according to the standard to guarantee only middle part AB is elongated under a tensile load. Top and bottom parts EG and FH were clamped to the upper and lower pliers of the device and then elongated at a certain rate.

Figure 18.4 shows the test facility and test results of displacement and tension relationship for HDPE specimen.

The system automatically records the displacement-tension relations at different elongation rates. The recommended rates are 2 mm/min, 5 mm/min, 10 mm/min, 20 mm/min and 50 mm/min according to the standard. The experiment terminates when the curves become flat. At this stage, part AB is no longer able to undertake heavier tensile loads and will become thinner and thinner as it elongates.

Stress-strain test of steel strip is also carried out in the meantime, as can be seen in Figure 18.5, extensometer is introduced to calibrate its strain and the corresponding stress is automatically recorded by test machine; the loading rate is set as 0.2 mm/min according to code ISO 6892-1-2009.

### 18.4.3  FE Model

In the FE model, the inner and outer HDPE layers are created as a solid unit and meshed with hexahedral elements C3D8R while the steel strip layers are created as a shell meshed with quadrilateral elements S4R. Both ends of the strip are meshed with triangular elements S3. Detailed illustration can be found in Figure 18.6.

FLEX00710

302 FLEXIBLE PIPES



(a) HDPE specimen preparation

(b) HDPE specimen configuration

(c) Stress-strain curve of HDPE

**Figure 18.4** HDPE test facility and test results.

(a) Steel strip tensile test

(b) Stress-strain curve of steel strip

**Figure 18.5** Steel strip test facility and test result.

Figure 18.6 Modeling and

Figure 18.7 Load applied

A mesh element ha
variation during the :
In ABAQUS FE n
The tangential frictic
normal behavior is s
defined as an outwar
the "end cap effect", a
axial direction by in
force on a reference
Figure 18.7. The tens
The other end of the
The MATLAB pr
reinforcement layer',
ately extracted up to
The tension load
ments for both FE n

**FLEX00711**



**(a)** Mesh of HDPE layer

**(b)** Mesh of steel strip layer

**Figure 18.6** Modeling and meshing of HDPE layer and steel strip layer.



**Figure 18.7** Load applied at pipe end in ABAQUS.

A mesh element has been chosen randomly on the inner steel strip to study the stress variation during the simulation process.

In ABAQUS FE model, the interaction between layers is set as "surface to surface". The tangential friction behavior is defined by a friction coefficient set as 0.25 and the normal behavior is set as "hard contact". The internal pressure acting upon the pipe is defined as an outward "SURF FORCE" on the inner wall of the innermost layer. Due to the "end cap effect", a certain force must be concentrated on both ends of the pipe along axial direction by internal pressure. This force is simulated by adding a concentrated force on a reference point and coupling this point with the pipe end, as shown in Figure 18.7. The tension load is also added to this point and coupled with the pipe end. The other end of the pipe is coupled to the RP2, and the RP2 is fixed.

The MATLAB program is set to terminate when the hoop stress on layer 2 (the first reinforcement layer) reaches its ultimate strength. The FE analysis results are deliberately extracted up to this point to compare.

The tension load applied at the pipe end is realized by adjusting axial displacements for both FE modeling and experiments. The test machine elongates the test pipe

304    FLEXIBLE PIPES



**Figure 18.8** Constraint and boundary conditions at each end of the pipe.

incrementally and automatically records the tension load. In FE analysis, the tension load is also controlled by the displacement increment rather than the tension increment.

### 18.4.4   Boundary Conditions

The modeled pipe is free to move in the axial and radial directions, but fully restricted in torsion direction. A cylindrical coordinate system is established at the pipe end and RP1 is set at the origin. The cross-sectional part of the pipe is coupled with RP1 and five degrees of freedom (DoFs) are restricted except the DoF in axial direction.

The other end of the pipe cross section is coupled to RP2 and its six DoFs are firmly restricted. With the increase of displacement in the axial direction, the tension load applied to RP2 at every step is automatically recorded.

The pressure load acting upon the inner surface of the inner HDPE layer is assumed to be uniform and constant during the process.

## 18.5   Results and Discussion

An FE model of the flexible pipe with length of 600 mm is established in commercial finite element code ABAQUS. The pipe is first tensioned by 25 mm with displacement controlled in the loading step, and kept constant then followed by the implement of internal pressure until failure occurs.

### 18.5.1   Comparison of Methods

Figure 18.9 shows the hoop stress response of innermost steel strip under internal pressure and preloaded tensile displacement of 25 mm. A comparison of mechanical response predicted by the analytical solution and FE analysis are shown in the

SRF

1000
900
800
700
600
500
400
300
200
100
0

Hoop stress, (MPa)

0

Figure 18.9   Hoop stress respo

figure. The preloaded ter by FE model and 283.9 l innermost steel strip reir

In both theoretical ar innermost reinforcemer solution reveals that th 32.6 MPa, while ABAQt This difference in the bt steel strip layers. The st manufacturing so that t load. In addition, the fle and at this stage there n

The simplified equat and winding pitch but c the first step in the load than that presented in be calculated to ruptur analytical solution.

### 18.5.2   Load Steps

The mechanical behav and tensile loads varie steps are used to study

   i. First axial ten which is less implement of

  ii. First internal pressure whi constant thei

**FLEX00713**



**Figure 18.9** Hoop stress response of innermost strip under internal pressure and preloaded tension.

figure. The preloaded tensile displacement has induced an initial stress of 223.1 MPa by FE model and 283.9 MPa by the theoretical model (analytical solution) within the innermost steel strip reinforcement layer.

In both theoretical and FE models, the flexible pipe is assumed to burst when the innermost reinforcement layer reaches its ultimate strength of 917 MPa. Analytical solution reveals that the pipe will burst under internal pressure of approximately 32.6 MPa, while ABAQUS FE analysis shows that the burst pressure is around 35 MPa. This difference in the burst pressure may, however, be due to the slide phenomenon of steel strip layers. The steel strips in reinforcement are unbonded to each other during manufacturing so that they are free to move to each other when subjected to a tension load. In addition, the flexible pipe will enter plastic state as its axial strain exceeds 2.2% and at this stage there may exist tiny warp within the steel strip.

The simplified equation in Eq. (18.6) could consider the change of winding angle and winding pitch but cannot take into account the warp thus the strain of steel strip in the first step in the load case of internal pressure followed by axial tension load is larger than that presented in the ABAQUS model, and in the second step the steel strip may be calculated to rupture sooner and this resulted in smaller calculated burst capacity in analytical solution.

### 18.5.2  Load Steps

The mechanical behavior of the steel reinforced flexible pipe under internal pressure and tensile loads varies with the sequence of loading steps. The following two loading steps are used to study the mechanical and failure behavior of the flexible pipe.

i.  First axial tensile load, then internal pressure load (T → P). An axial load which is less than the pipe's tensile strength is applied followed by the implement of internal pressure until failure occurs;

ii.  First internal pressure load, then axial tensile load (P → T). An internal pressure which is less than the burst strength is first applied and kept constant then an axial tensile load is applied until failure occurs.

306   FLEXIBLE PIPES

SRI

### 18.5.3   Axial Tension Followed by Internal Pressure

#### 18.5.3.1   Stress Response

The pipe is first tensioned by 25 mm with displacement controlled loading mode. Under the tensile load, the winding angle, winding radius and winding pitch keep changing and complex deformation may occur on the reinforcement layers; the reinforcement layers are pulled taut but it is unlikely that they will reach the ultimate strength very quickly. Figure 18.10 shows that hoop stress in the innermost steel strip layers does not increase much in the tension steps, when tension displacement reaches 25 mm, the stress nephogram shows that hoop stress on the innermost reinforcement layer ranges from 100.2 MPa to 363 MPa. While in pressure step it experiences a rapid ascent as internal pressure increases. As the internal pressure reaches 33 MPa, the stresses on most of the area of this layer have exceeded 800 MPa.

#### 18.5.3.2   Failure Behavior

As the applied internal pressure grows the pressure that acts upon the end cap also increases, and the axial force generated from such pressure will stretch the pipe axially on one hand; on the other hand under such pressure the pipe radius is expanded and the pipe may be drawn back axially to make the deformation compatible, such that some part of the pipe may be elongated while other parts may shrink in axial direction in the second step. To demonstrate the pipe deformation condition, three typical locations (nodes) on the innermost reinforcement layer are chosen to represent the displacement situations of the pipe. The location of these nodes are: Node 3 near the pipe end where pipe are fixed, Node 2 at the middle part of the pipe and Node 1 near the other end where the tension force is applied, as shown in Figure 18.11.

The original displacement of Node 3, Node 2 and Node 1 after tension load are 3.18 mm, 12.85 mm and 23.23 mm, respectively. After pressure load the displacement



Figure 18.11 Locations of sel

on Node 3 shows that th displacement dropped i fixed end and the defori ment curve appears to b strip, it experiences an ' means this area are sub end cap effect and radi other by turns, as is sho of Node 1 experiences a stage axial stretch due sion and the pipe is elo pressure is 22.5 MPa. I due to pressure has do 23.32 mm at the pressu

### 18.5.4   Internal Pr

In this sequence of loa then tensioned axially ment layers is caused of pressure load, that flexible pipe.

Figure 18.13 show: layer with pressure/te riences a linear incre the beginning of ten After that it ascends variation of rising ra that a certain strain ' step, and the increas slack of strip is cons of 20 MPa the pipe strain of 2.71%.



DL = 0.0 mm
DL = 8.7 mm
DL = 12.5 mm
DL = 20.0 mm
DL = 25.0 mm

P = 5 MPa
P = 10 MPa
P = 23 MPa
P = 28 MPa

(a)   Axial tension steps

(b)   Internal pressure steps

Figure 18.10 Sequence of hoop stress variation of innermost reinforcement in T → P load case.

ading mode. Under
pitch keep changing
s; the reinforcement
timate strength very
strip layers does not
reaches 25 mm, the
rcement layer ranges
es a rapid ascent as
MPa, the stresses on


on the end cap also
stretch the pipe axially
dius is expanded and
compatible, such that
shrink in axial direc-
ndition, three typical
osen to represent the
are: Node 3 near the
pipe and Node 1 near
ure 18.11.
after tension load are
load the displacement



**Figure 18.11**  Locations of selected three nodes.

on Node 3 shows that this part has shrunk a little, as shown in Figure 18.12a, the axial displacement dropped from 3.18 mm to 3.08 mm. Since Node 3 is located near the fixed end and the deformation of this area is relatively uniform, the pressure-displacement curve appears to be very smooth. However, for Node 2 in the middle area of steel strip, it experiences an undulating rising process from 12.85 mm to 12.88 mm, which means this area are subjecting to complex stress status, the axial displacement due to end cap effect and radial expansion due to pressure are taking precedence over the other by turns, as is shown in Figure 18.12b. Figure 18.12c shows that the displacement of Node 1 experiences an ascending trend and then a descending trend. In the first half stage axial stretch due to end cap effect is greater than the influence of radial expansion and the pipe is elongated from 23.23 mm to 23.33 mm, the corresponding loading pressure is 22.5 MPa. However in the second stage the influence of radial expansion due to pressure has dominated the deformation that the pipe displacement shrinks to 23.32 mm at the pressure of 35 MPa.

### 18.5.4  Internal Pressure Followed by Axial Tension

In this sequence of loading steps, the flexible pipe was first pressurized to 20 MPa and then tensioned axially by 65.0 mm. Under the tensile load, the rupture of reinforcement layers is caused by the multiaxial stress rather than uniaxial stress for the case of pressure load, that Mises stress is introduced to predict the tensile capacity of the flexible pipe.

Figure 18.13 shows the variation of Mises stress of the innermost reinforcement layer with pressure/tension load. Under the internal pressure the Mises stress experiences a linear increase to 547.6 MPa and climbed to 629.5 MPa at the same rate at the beginning of tension step, the corresponding tension displacement is 6.5 mm. After that it ascends fast to the peak point value of 868.9 MPa and then drops. The variation of rising rate of Mises stress at tension step may be due to the strip slack, that a certain strain is needed to pull taut the strip at the very beginning of tension step, and the increase rate of Mises stress is very slow in phase 1, and in phase 2 the slack of strip is consumed and starts to take up load. Overall, after a pressure load of 20 MPa the pipe can only bear a tension displacement of 16.25 mm, or an axial strain of 2.71%.



P = 5 MPa
P = 10 MPa
P = 23 MPa
P = 28 MPa

rnal pressure steps

in T → P load case.

**FLEX00716**

308    FLEXIBLE PIPES



Figure 18.12 Axial displacement-pressure response of three chosen nodes.

Figure 18.13 Variation of Mi

Figure 18.14 Variation of a

reaches the peak. The
obtained for the preloa
phenomenon may be c
restricted pipe radial s
limited the change of v

### 18.6    Conclusio

The mechanical behav
nal pressure and tensi
ated by Knapp, the ef
reinforced flexible pip
internal pressure on tl
are obtained:

    1. The axial ten
       pipe in the s

The effect of preloaded internal pressure on the tensile capacity of pipe is studied in
the same way. Mises stress on the reinforcement layer is introduced as the failure crite-
ria under tensile load. Figure 18.14 shows the variation of axial tensile load with axial
displacement for different preloaded internal pressure (10 MPa, 13 MPa, 15 MPa and
20 MPa). The preloaded pressures have little effect on the tensile capacity of the pipe
that they almost fail as tensile force reaches around 122 kN. However, for the higher
preloaded pressure, the reinforcement layer reaches its ultimate tensile strength faster.
For pipe pressurized with 20 Mpa, the axial displacement is 16.25 mm as tensile force



**Figure 18.13** Variation of Mises stress in the pressure-tension load sequence.



**Figure 18.14** Variation of axial load with axial displacement after internal pressure applied.

reaches the peak. The axial displacements of 25.5 mm, 38.25 mm, and 59.5 mm are obtained for the preloaded pressure of 15 MPa, 13 MPa and 10 MPa, respectively. This phenomenon may be due to the fact that the increased preloaded internal pressure has restricted pipe radial shrinkage caused by Poisson effect under axial tension load and limited the change of winding angle and winding pitch.

## 18.6 Conclusions

The mechanical behaviors of steel strip reinforced flexible pipe under combined internal pressure and tension load are discussed in this chapter. Based on the theory initiated by Knapp, the effect of preloaded tension on the pipe burst capacity of the steel reinforced flexible pipe due to internal pressure as well as the influence of preloaded internal pressure on the pipe tensile capacity are studied and the following conclusions are obtained:

1. The axial tension in the first step could reduce the burst capacity of the pipe in the second step. When tensioned, the steel strip will slide from

**FLEX00718**

310   FLEXIBLE PIPES

each other and the winding radius, winding angle and winding pitch of reinforcement layer changes without accumulating stress.

2. The displacement in the middle area of the pipe experiences an undulating rising process when subjected to pressure load in the $T \rightarrow P$ load case, which means this area are subjecting to complex stress status.

3. The preloaded internal pressure does not decline the tensile capacity of the pipe significantly, but could increase its axial rigidity in the $P \rightarrow T$ load case, it is confirmed that when internal pressure is below 20 MPa, larger pressure makes bigger contribution to pipe axial rigidity.

## References

1. Y Bai, W Chen, G Tang. Analysis of steel strip reinforced flexible pipe under combined internal pressure and tension load [J], *Journal of Composite Materials*. (Under view)
2. M Xia, H Takayanagi, K Kemmochi. Analysis of multi-layered filament-wound composite pipes under internal pressure [J]. *Composite Structures*, 53(4), 483–491, 2001.
3. M Xia, K Kemmochi, H Takayanagi. Analysis of filament-wound fiber-reinforced sandwich pipe under combined internal pressure and thermomechanical loading [J]. *Composite structures*, 51(3), 273–283, 2001.
4. M P Kruijer, L L Warnet, R Akkerman. Analysis of the mechanical properties of a reinforced thermoplastic pipe (RTP) [J]. *Composites Part A: Applied Science and Manufacturing*, 36(2), 291–300, 2005.
5. R Ansari, F Alisafaei, P Ghaedi. Dynamic analysis of multi-layered filament-wound composite pipes subjected to cyclic internal pressure and cyclic temperature [J]. *Composite Structures*, 92(5), 1100–1109, 2010.
6. R H Knapp. Nonlinear analysis of a helically armored cable with nonuniform mechanical properties in tension and torsion [C]. *OCEAN 75 Conference*. IEEE, 155–164, 1975.
7. R H Knapp. Derivation of a new stiffness matrix for helically armoured cables considering tension and torsion [J]. *International Journal for Numerical Methods in Engineering*, 14(4), 515–529, 1979.
8. S Sævik, S Bruaseth. Theoretical and experimental studies of the axisymmetric behaviour of complex umbilical cross-sections [J]. *Applied Ocean Research*, 27(2), 97–106, 2005.
9. Y Bai, Y Wang, Y Cheng. Analysis of reinforced thermoplastic pipe (RTP) under axial loads [C]. *International Conference on Pipelines and Trenchless Technology*, 2012.
10. M A Vaz, N A S Rizzo. A finite element model for flexible pipe armor wire instability [J]. *Marine Structures*, 24(3), 275–291, 2011.
11. J R M de Sousa, G C Campello, C E F Kwietniewski, *et al.* Structural response of a flexible pipe with damaged tensile armor wires under pure tension [J]. *Marine Structures*, 39, 1–38, 2014.
12. N Weppenaar, B Andersen. Investigation of Tensile Armor Wire Breaks in Flexible Risers and a Method for Detection [C]. *ASME 2014 33rd International Conference on Ocean, Offshore and Arctic Engineering*. American Society of Mechanical Engineers, 2014.
13. E R Malta, C de Arruda Martins. Finite Element Analysis of Flexible Pipes under Compression [C]. *ASME 2014 33rd International Conference on Ocean, Offshore and Arctic Engineering*. American Society of Mechanical Engineers, 2014.

*19*

Steel Reinf

Under Con

Pressure ar

### 19.1   Introductic

A rigid steel pipe's chara
rosion resistance. In ad
consumption. Althougl
and smooth walls, the l
ments for oil and gas pi
steel and plastic pipes h

Lu [2] deduced a sh
lent method for plastic
Sævik *et al.* [3] condu
for flexible pipes under
ory, Bai *et al.* [4] studi
with steel strips unde
properties of PSP und
vessel under internal
and Katirci [6]. Howev
reinforced flexible pip
bending.

FLEX00719

nding pitch of

es an undulat-
ie T → P load
ss status.
sile capacity of
, in the P → T
below 20 MPa,
gidity.

pipe under combined
ls. (Under view)
nent-wound composite
491, 2001.
er-reinforced sandwich
ing [J]. *Composite struc-*

roperties of a reinforced
.d Manufacturing, 36(2),

d filament-wound com-
.perature [J]. *Composite*

nonuniform mechanical
3, 155–164, 1975.
oured cables considering
ids in Engineering, 14(4),

:isymmetric behaviour of
2), 97–106, 2005.
e (RTP) under axial loads
gy, 2012.
irmor wire instability [J].

ural response of a flexible
arine Structures, 39, 1–38,

: Breaks in Flexible Risers
1al Conference on Ocean,
l Engineers, 2014.
of Flexible Pipes under
Ocean, Offshore and Arctic

# 19

# Steel Reinforced Flexible Pipe Under Combined Internal Pressure and Bending

## 19.1 Introduction

A rigid steel pipe's characteristics include high strength, good weldability and poor corrosion resistance. In addition, the rough inner walls of steel pipes lead to high energy consumption. Although plastic pipes have strong corrosion resistance, good toughness and smooth walls, the low intensity of a single plastic pipe is unable to meet the requirements for oil and gas pipes. As a result, flexible pipes that overcome the deficiencies of steel and plastic pipes have been widely used in the harsh ocean environment [1].

Lu [2] deduced a short-time burst pressure formula based on the strength equivalent method for plastic pipes reinforced with helically cross-winding steel wires (PSP). Sævik *et al.* [3] conducted research on the torsion and curvature analytical formula for flexible pipes under axisymmetric loads and bending. Based on the 3D elastic theory, Bai *et al.* [4] studied the mechanical properties of thermoplastic pipes reinforced with steel strips under internal pressure. Xiong *et al.* [5] described the mechanical properties of PSP under internal pressure. The stress-strain relations of the pressure vessel under internal pressure, axial force and volume force were derived by Parnas and Katirci [6]. However, there are fewer studies on the mechanical properties of steel reinforced flexible pipes (SRFP) under the combined loads of internal pressure and bending.

FLEX00720

312 FLEXIBLE PIPES

This chapter focuses on steel reinforced flexible pipes and the deformation of steel reinforced flexible pipes under the combined load of internal pressure and bending is studied. Based on the established hoop and radial mechanical equilibrium equations, an analytical solution of the burst pressure under bending radii for SRFP is found. Finite element analysis is carried out to simulate the burst pressure of SRFP under bending load.

The analytical solution and FE analysis in the chapter are quoted from the paper "Analysis of Steel Strip Flexible Pipes under Internal Pressure and Bending" [7].

## 19.2 Analytical Solution

If the pipes are subjected to only bending, the cross section will inevitably become oval. However, significant internal pressure reduces this change in shape. Therefore the influence of oval deformation is negligible when analyzing the burst pressure of pipes under bending loads.

Following assumptions for structure and attributes of the steel reinforced flexible pipes are made in deriving the analytical solution of burst pressure:

1. The steel reinforced flexible pipe is assumed to consist of an inner layer, steel strip composite layer and outer layer.
2. The steel strip and PE materials are homogeneous, isotropic and continuous without initial flaws from manufacturing. The cross section is always perpendicular to the axis of the plane, whether it is before or after the compression. The compressive radial vertical plane is always perpendicular to the radial direction.
3. The steel strips and PE layers are considered to be in an elastic state during the analysis process.

When the pipe is subjected to only pure moment, the center axis deforms into a plane curve and each cross section of the pipe contains only normal stress and no shear stress. In this case, the bending deformation is caused by two equal and opposite moments. A major feature is that the center axis changes from a linear to a planar curve, as shown in Figure 19.1.

Taking the curvature radius of the neutral layer as $R_w$, the axial strain distance $y_w$ from the neutral layer can be expressed by:

Where $\theta_w$ is the angle bet
According to the abov
It can be deduced that a
layer. Considering the ch
ible pipes is given by:

where $E_{zl}$ is the axial elas
In order to establish t
a surface element is tak
the pipe are $D_0$ and $D_3$ r
composite layer are $D_1$ a
Since the deformatio

$$M_w = M =$$

where $M_w$ is the bendin
of the outer PE layer, st
drical coordinates.

$$\frac{1}{R_w} = \frac{}{\pi}$$



(a)                    (b)

**Figure 19.1** Pure flexural deformation of pipeline.

**Figure 19.2** Infinitesimal

**FLEX00721**

e deformation of steel
ressure and bending is
uilibrium equations, an
RFP is found. Finite ele-
P under bending load.
quoted from the paper
nd Bending" [7].

$$\varepsilon_z = \frac{(R_w + |y_w|)d\theta_w - R_w d\theta_w}{R_w d\theta_w} = \frac{|y_w|}{R_w} \qquad (19.1)$$

Where $\theta_w$ is the angle between the steel strip winding direction and the axial direction.

According to the above geometrical equation of pipe under a pure bending moment, it can be deduced that axial strain increases with increasing distance from the neutral layer. Considering the characteristics of isotropy, the axial stress of steel reinforced flexible pipes is given by:

$$\sigma_z = E_{zi}\varepsilon_w = E_{zi} \cdot \frac{|y_w|}{R_w} \qquad (19.2)$$

where $E_{zi}$ is the axial elastic modulus and $\varepsilon_w$ is the axial strain.

inevitably become oval.
ape. Therefore the influ-
: pressure of pipes under

In order to establish the static equation for pipe under pure planar bending moment, a surface element is taken as shown in Figure 19.2. The outer and inner diameters of the pipe are $D_0$ and $D_3$ respectively and the outer and inner diameters of the steel strip composite layer are $D_1$ and $D_2$ respectively. The area of this surface element is $dA_y$.

steel reinforced flexible
sure:

Since the deformation of the pipe is purely flexural, the static equation is obtained:

st of an inner layer,

isotropic and con-
The cross section is
r it is before or after
he is always perpen-

$$M_w = M = \int_0^A y\sigma_z dA_y$$
$$= \frac{E_{Z1}}{R_w}\int_{A_0}^{A_1} y^2 dA_y + \frac{E_{Z2}}{R_w}\int_{A_1}^{A_2} y^2 dA_y + \frac{E_{Z3}}{R_w}\int_{A_2}^{A_3} y^2 dA_y \qquad (19.3)$$

e in an elastic state

where $M_w$ is the bending moment of the pipe and $E_{z1}$, $E_{z2}$, $E_{z3}$ are the axial elastic moduli of the outer PE layer, steel strip composite layer and inner PE layer respectively in cylindrical coordinates.

r axis deforms into a plane
tress and no shear stress. In
opposite moments. A major
ve, as shown in Figure 19.1.
ne axial strain distance $y_w$

$$\frac{1}{R_w} = \frac{64M}{\pi(E_{Z1}(D_0^4 - D_1^4) + E_{Z2}(D_1^4 - D_2^4) + E_{Z3}(D_2^4 - D_3^4))} \qquad (19.4)$$





Figure 19.2 Infinitesimal element of pipeline under pure bending moment.

FLEX00722

314   FLEXIBLE PIPES

SRI

$$\sigma_{zi} = \frac{64 E_{zi} M |y_w|}{\pi (E_{Z1}(D_0^4 - D_1^4) + E_{Z2}(D_1^4 - D_2^4) + E_{Z3}(D_2^4 - D_3^4))} \qquad (19.5)$$

The maximum longitudinal tensile stress of the outer PE layer $\sigma_{z1}$:

$$\sigma_{z1} = \frac{32 E_{z1} M D_0}{\pi (E_{Z1}(D_0^4 - D_1^4) + E_{Z2}(D_1^4 - D_2^4) + E_{Z3}(D_2^4 - D_3^4))} \qquad (19.6)$$

The maximum tensile strain of the steel strip composite layer, $\varepsilon_{z2}$:

$$\varepsilon_{z2} = \frac{32 M D_1}{\pi (E_{Z1}(D_0^4 - D_1^4) + E_{Z2}(D_1^4 - D_2^4) + E_{Z3}(D_2^4 - D_3^4))} \qquad (19.7)$$

The longitudinal tensile strain of the steel strip in the composite layer:

$$\varepsilon_s = \varepsilon_{z2} \cos\alpha \qquad (19.8)$$

The stress of the steel strip:

$$\sigma_s = E_s \varepsilon_s \qquad (19.9)$$

where, $r$ and $\theta$ represent radial and hoop, respectively. The radius of each layer is as follows: inner layer $(r_i \le r \le r_j)$, steel strip composite layer $(r_j \le r \le r_k)$, outer layer $(r_k \le r \le r_o)$. $D_m$ is the average radius of the composite layer with steel strip and $\alpha$ is the winding angle (angle between the steel strip and the axis of polyethylene inner pipe). The winding pitch $l$ derived from the geometrical equation can be expressed by the following equation:

$$l = \pi D_m / tg\alpha \qquad (19.10)$$

The hoop equilibrium equation of steel reinforced flexible pipes is as follows:

$$2(r_j - r_i)\frac{nb}{\sin\theta}\sigma_p + 2nNb\delta(\sigma_g - \sigma_s)\sin\theta + 2(r_o - r_k)\frac{nb}{\sin\theta}\sigma_p = 2r_i\frac{nb}{\sin\theta}p_B^\theta \qquad (19.11)$$

Where, $b$: width of steel strip, mm
 $\delta$: thickness of steel strip, mm
 $n$: number of steel strip in each layer
 $N$: number of reinforced layer
 $r_i$: inner radius of inner layer, mm
 $r_j$: outer radius of inner layer, mm
 $r_k$: inner radius of outer layer, mm
 $r_o$: outer radius of outer layer, mm

$\sigma_{gi}$: allowable stress of
$\sigma_p$: bearing stress of Pl
$\sigma_s$: strength limit of st
$p_B^\theta$: hoop burst pressur
The axial equilibrium

$$\pi(r_j^2 - r_i^2)(\sigma_p - \sigma_{z1}$$

where $p_B^z$ is the axial bu
The short-term burst
pressure or axial burst p
tion of materials and str
short-term burst pressu

Equations (19.11), (19
steel reinforced flexible p
A steel reinforced fle
used as an example to i
material properties of F

Table 19.1  Geometry pa

| Parameter |
| --- |
| Internal diameter of pip |
| Wall thickness of inter |
| Number of reinforced l |
| Winding number of ea |
| Winding angle |
| Thickness of steel strip |
| Width of steel strip |
| Wall thickness of reinf |
| Wall thickness of oute |

Table 19.2  Material pr

| Layers | Density |
| --- | --- |
| PE | |
| Steel strip | 7 |

FLEX00723

$(19.5)$

$-D_3^4))$

$\mathcal{T}_{z1}:$

$(19.6)$

$-D_3^4))$

$\varepsilon_{z2}:$

$(19.7)$

$-D_3^4))$

ite layer:

$(19.8)$

$(19.9)$

dius of each layer is as
$r_j \leq r \leq r_k$), outer layer
ı steel strip and $\alpha$ is the
ılyethylene inner pipe).
be expressed by the fol-

$(19.10)$

ipes is as follows:

$\dfrac{b}{\iota\theta}\sigma_p = 2r_i\dfrac{nb}{\sin\theta}p_B^\theta$

$(19.11)$

$\sigma_{g1}$: allowable stress of the first steel strip layer, MPa
$\sigma_p$: bearing stress of PE, MPa
$\sigma_g$: strength limit of steel strip, MPa
$p_B^\theta$: hoop burst pressure

The axial equilibrium equation for steel reinforced flexible pipes is expressed by:

$$\pi(r_j^2 - r_i^2)(\sigma_p - \sigma_{z1}) + nNb\delta(\sigma_g - \sigma_s)\cos\theta + \pi(r_i^2 - r_k^2)(\sigma_p - \sigma_{z1}) = \pi r_i^2 p_B^z \tag{19.12}$$

where $p_B^z$ is the axial burst pressure.

The short-term burst pressure of steel reinforced flexible pipes is either the hoop burst pressure or axial burst pressure, whichever is lower. Considering the uneven distribution of materials and strength reduction, the correction coefficient is 0.8. Therefore, the short-term burst pressure is expressed by the following equation:

$$p_B = 0.8\min(p_B^z, p_B^\theta) \tag{19.13}$$

Equations (19.11), (19.12), and (19.13) are the analytical formulas of burst pressure for steel reinforced flexible pipes under internal pressure and bending proposed by the chapter.

A steel reinforced flexible pipe with the geometry parameters listed in Table 19.1 is used as an example to investigate the burst pressure under bending. Table 19.2 lists the material properties of PE and steel strip for steel reinforced flexible pipe.

Table 19.1　Geometry parameters of steel reinforced flexible pipe.

| Parameter | Unit | Value |
|---|---|---|
| Internal diameter of pipe | mm | 25 |
| Wall thickness of internal pipe | mm | 6 |
| Number of reinforced layer | / | 4 |
| Winding number of each layer of steel strip | / | 2 |
| Winding angle | Degrees | 54.7 |
| Thickness of steel strip | mm | 0.5 |
| Width of steel strip | mm | 52 |
| Wall thickness of reinforced layer | mm | 2 |
| Wall thickness of outer pipe | mm | 3.8 |

Table 19.2　Material properties of steel reinforced flexible pipe.

| Layers | Density, [kg/m³] | Young's modulus, [MPa] | Poisson ratio, [–] | Ultimate strength, [MPa] |
|---|---|---|---|---|
| PE | 940 | 1002 | 0.45 | 35 |
| Steel strip | 7800 | 210000 | 0.26 | 968.5 |

FLEX00724



SRFP

316　FLEXIBLE PIPES

**Table 19.3** Analytical results of burst pressure

| Bending radius | $p_B^\tau$, [MPa] | $p_B^\theta$, [MPa] | Burst pressure, [MPa] |
|---|---|---|---|
| 1MBR (0.37m) | 62.4 | 45.5 | 36.4 |
| 1.5MBR (0.55m) | 66.9 | 47.1 | 37.6 |
| 2MBR (0.73m) | 69.2 | 47.8 | 38.3 |



**Figure 19.3** Mesh generation of PE layers.

Table 19.3 presents the analytical results of burst pressure for the steel reinforced flexible pipe under different bending radius. Here, 1.0 MBR is the minimum bending radius or is the minimum radius the pipe can withstand in bending.

## 19.3　FE Analysis

In order to verify the method of analytical solution in the last section, FE analysis of burst pressure for the steel reinforced flexible pipe under bending load is carried out for the same pipe with the parameters listed in Tables 19.1 and 19.2.

### 19.3.1　Finite Element Model

As shown in Figures 19.3 and 19.4, the inner and outer PE layer of 400 mm long steel reinforced flexible pipe is modeled with solid elements while shell elements are used to simulate the composite layer with steel strip. The whole model is meshed with quadrilateral elements to improve computational accuracy.

### 19.3.2　Boundary Conditions

Due to the complexity of contacts, dynamic explicit analysis is adopted to overcome the difficulty of convergence. The loading process is divided into two steps: the first step, bending load applied and the second step, internal pressure applied.

In the first step, the cross section of one end is defined as the symmetric plane and a moment is applied on the cross section of another end. A coupling constraint is set up

Figure 19.4　Mesh generation





Figure 19.5　Mises stress of

between the cross secti of the end before defo the reference point.

In the second step, of the steel reinforced

### 19.3.3　Analysis R

FE analyses for the bur different bending rad An internal pressure For the preloaded steel strip reaches its Figure 19.5 shows th

**FLEX00725**

| urst pressure, [MPa] |
| --- |
| 36.4 |
| 37.6 |
| 38.3 |



Figure 19.4  Mesh generation of composite layer with steel strip.



Figure 19.5  Mises stress of steel strip under bending radius of 1 MBR in the failure moment.

for the steel reinforced
the minimum bending
ding.

t section, FE analysis of
ng load is carried out for
.2.

yer of 400 mm long steel
shell elements are used to
el is meshed with quadri-

s adopted to overcome the
o two steps: the first step,
applied.
he symmetric plane and a
upling constraint is set up

between the cross section and a reference point located at the center of the cross section of the end before deformation. Bending is achieved by applying a bending moment at the reference point.

In the second step, a distributed pressure of 100 MPa is applied on the inner surface of the steel reinforced flexible pipe.

### 19.3.3   Analysis Results

FE analyses for the burst pressure of the steel reinforced flexible pipe are carried out with different bending radius, 1.0 MBR, 1.5 MBR and 2 MBR in the first step, respectively. An internal pressure of 100 MPa is applied during the second step.

For the preloaded bending radius of 1 MBR, the maximum Mises stress of the steel strip reaches its strength limit of 968.5 MPa under 35% load of internal pressure. Figure 19.5 shows the Mises stress distribution of steel strip at the moment of failure.

FLEX00726

318    FLEXIBLE PIPES

SRI

When the steel strip fails, the strains in the inner and outer PE layers are lower than the strain limit of 7.7%, which is the maximum allowable strain provided by API 17J [8]. Figure 19.6 shows the strain distribution of PE layer when the steel strip fails, at this moment, the burst pressure is 35 MPa.

For the bending radius of 1.5 MBR, the maximum of Mises stress for the steel strip reaches its strength limit (968.5 MPa) in 37% of internal pressure load. Figure 19.7 shows the Mises stress distribution of steel strip. However, when the steel strip fails, the strain in the inner and outer PE layers is lower than 7.7%, which is the maximum allowable strain provided by API 17J [8]. The burst pressure is 37 MPa, as shown in Figure 19.8.

**Figure 19.6** Strain of inner and outer PE layer under bending radius of 1 MBR in the failure moment.

**Figure 19.7** Mises stress of steel strip under bending radius of 1.5 MBR in the failure moment.

Figure 19.8 Strain of inner a

**Figure 19.9** Mises stress o

For the bending ra (968.5 MPa) at 38% in strip fails, the strain maximum allowable shown in Figure 19.1

## 19.4    Summar

Table 19.4 shows the FE analysis for differ

**FLEX00727**

ers are lower than the
vided by API 17J [8].
steel strip fails, at this

tress for the steel strip
sure load. Figure 19.7
en the steel strip fails,
which is the maximum
37 MPa, as shown in



Figure 19.8  Strain of inner and outer PE layer under bending radius of 1.5 MBR in the failure moment.



Figure 19.9  Mises stress of steel strip under bending radius of 2 MBR in the failure moment.

For the bending radius of 2 MBR, Mises stress of steel strip reaches its strength limit (968.5 MPa) at 38% internal pressure, as shown in Figure 19.9. However, when the steel strip fails, the strain in the inner and outer PE layers is lower than 7.7%, which is the maximum allowable strain provided by API 17J [8]. The burst pressure is 38 MPa, as shown in Figure 19.10.

## 19.4  Summary

Table 19.4 shows the comparison of burst pressure between the analytic solution and FE analysis for different preloaded bending radius. The relative differences between the



BR in the failure moment.



the failure moment.

FLEX00728

320   FLEXIBLE PIPES



**Figure 19.10** Strain of inner and outer PE layer under bending radius of 2 MBR in the failure moment.

**Table 19.4** Comparison between analytical solution and FEM.

| Bending radius | FEM results, [MPa] | Analytical results, [MPa] | Relative differences |
|---|---|---|---|
| 1 MBR | 35.0 | 36.41 | 3.87% |
| 1.5 MBR | 37.0 | 37.64 | 1.70% |
| 2 MBR | 38.0 | 38.26 | 0.68% |

two methods are also shown in the table. Based on the analysis results, the following conclusions are obtained.

1. The relative differences between the analytical solution and FE method are small and acceptable in the engineering application, which means the analytical method is feasible and the assumptions are tenable.
2. Comparative analysis shows the burst pressures from both the analytical solution and FE simulation increase with increased loading bending radius.
3. When the steel strip reaches its ultimate strength, the inner and outer PE layers do not yet reach the maximum allowable strain. This means the steel strip is destroyed before the PE layer for the pipe under internal pressure and bending.
4. The analytical solution is larger than those of FEA. This is because the finite element method considers the extrusion and collision between the two layers of steel strips while the analytical method regards the steel strips as a single layer.

In conclusion, the burst pressure calculation method for steel reinforced flexible pipe in this chapter can be used as a common algorithm for this kind of pipe that

simultaneously experien
this chapter simplifies th
in engineering.

### References

1. X. Yang, L. Sun, H. L
   Pipe". *Journal of Ship I*
2. Y. Lu, "Mechanical F
   winding Steel Wire". 2
3. S. Sævik, H. Li, "Shea
   Pipes". OMAE 2013 P
4. Y. Bai, W. Chen, H. :
   under Internal Pressu
5. H. Xiong, Y. Bai, H. (
   Reinforced by Cross I
   2015, Paper 41580, 2(
6. L. Parnas, N. Katirc, '
   Loading Conditions"
7. S. Lin, Y. Bai, *et al.*,
   Bending". *Journal of*
8. API, Specification fo
9. M. Kruijer, L. Warne
   Thermoplastic Pipe
   291–300, 2005.

simultaneously experiences internal pressure and bending. The analytical solution in this chapter simplifies these kinds of engineering problems and can be widely applied in engineering.

## References

1. X. Yang, L. Sun, H. Li, "Analysis of Tensile Armor Layer Structural Behaviors in Flexible Pipe". *Journal of Ship Mechanics*, 19(4), 436–446, 2015. (in Chinese)
2. Y. Lu, "Mechanical Properties Research of Plastic Pipe Reinforced by Helically Cross-winding Steel Wire". 20–44, 54–60, 2006.
3. S. Sævik, H. Li, "Shear Interaction and Transverse Buckling of Tensile Armours in Flexible Pipes". OMAE 2013 Paper 10130, 2013.
4. Y. Bai, W. Chen, H. Xiong, *et al.*, "Analysis of Steel Strip Reinforced Thermoplastic Pipe under Internal Pressure". Ships and Offshore Structures, 2015, July 1, 1–8, 2015.
5. H. Xiong, Y. Bai, H. Qiao, *et al.*, "Analysis on the Mechanical Properties of the Plastic Pipe Reinforced by Cross Helically Winding Steel Wires (PSP) Under Internal Pressure". OMAE, 2015, Paper 41580, 2015.
6. L. Parnas, N. Katirc, "Design of Fiber-reinforced Composite Pressure Vessels under Various Loading Conditions". Composite Structures, 58(1) 83–95, 2002.
7. S. Lin, Y. Bai, *et al.*, "Analysis of Steel Strip Flexible Pipes under Internal Pressure and Bending". *Journal of Ship Mechanics*, 2016.
8. API, Specification for Unbonded Flexible Pipe, API Specification 17J, 1999.
9. M. Kruijer, L. Warnet, R. Akkerman, "Analysis of the Mechanical Properties of a Reinforced Thermoplastic Pipe (RTP)". *Composites Part A Applied Science & Manufacturing*, 36(2), 291–300, 2005.

in the failure moment.

| Relative differences |
|---|
| 3.87% |
| 1.70% |
| 0.68% |

results, the following

and FE method which means the nable. both the analyti- loading bending

: inner and outer :rain. This means pe under internal

his is because the ision between the . regards the steel

steel reinforced flexible r this kind of pipe that

# *20*

# Steel Reinforced Flexible Pipe Under Combined Bending and External Pressure

## 20.1   Introduction

Flexible composite pipes (FCP) have been widely used in onshore transportation of oil and gas, and steel reinforced flexible pipes (SRFP) were found to be a better solution for the applications in offshore shallow water when facing the on-bottom stability problem of RTP. Few research studies on the mechanical behavior of SRFP have been published; performance evaluation depends mainly on manufacturing experience in factories, prescribing great limitations especially when the working conditions are complicated. SRFP in offshore applications will inevitably face significantly high external hydro-static pressure and have to sustain bending or tension loads during the installation and operation phases. In order to ensure the security and reliability of SRFP, its mechanical behaviors when subjected to combined bending and external pressure should be carefully investigated.

Over the last several decades, the mechanical response of offshore rigid pipes subjected to combined bending and external pressure has captured much attention from researchers. Corona and Kyriakides [1] studied the response and stability of long, relatively thick-walled metal tubes under combined bending and external pressure through combined experimental and numerical work. The tube response and critical collapse loads were found to be dependent on the loading path. Extending from the model

323

**FLEX00731**

initially proposed by Kyriakides and his co-workers, Gong *et al.* [2] developed a 2D theoretical model that accounts for simultaneous tension, bending, and external pressure in order to study the symmetric buckling response of thick-walled tubes. By further developing the previous theoretical model, they [3–4] identified asymmetric collapse modes of offshore pipelines with arbitrary initial geometric imperfections under pure external pressure, combined bending and external pressures or combined tension, bending and external pressures. As for reinforced composite pipes, Bai and Yuan *et al.* [5] developed a 2D mathematic model with shear deformation and pre-buckling to investigate the behavior of the RTP under a combined bending and external pressure. It was found that the loading paths affect the mechanical behavior of RTP. In addition, they [6] proposed the ultimate strength formulas for RTP under pure bending, external pressure or combined bending and external pressure through large amounts of data fitting. The effects of radius-thickness ratios, initial ovality and yielding stress were also discussed. Kuang *et al.* [7] conducted similar researches through finite element analysis (FEA) and found that the resistance to buckling of RTP depends highly on the angles and orientation of the reinforcement layer. The results showed that a RTP with a two angle-ply reinforcement layer system of [±65/±75] has the best resistance to buckling for two angle-ply reinforcement layer systems under this loading case.

The research on the mechanical response of flexible composite pipes mainly focuses on metallic or bonded flexible pipes. For unbonded flexible pipes, Loureiro Jr. *et al.* [8] proposed a complete analytical formulation that assessed the collapse of flexible pipes with reinforcing carcass strips under combined bending and external pressure. The effects of dimensional variations and added ovalization due to bending were combined to evaluate the final collapse pressure. Rafael Fumis [9] presented a modeling approach to simulate flexible pipes undergoing combined compression, curvature and pressure loading, which was then compared to full-scale sample test data.

Due to the complex response and interaction between multiple layers within the unbonded flexible pipe system, their mechanical behavior is still not fully understood. There is hardly any research involving SRFP undergoing curvature and external pressure.

In this chapter, the mechanical behavior of SRFP under combined bending and external pressure is investigated experimentally and numerically. The procedure for the Bending-Pressure loading test for SRFP is presented in detail. The collapse response of SRFP as a result of the combined loading was simulated using the commercial software ABAQUS. The accuracy and reliability of the FE model are verified by the good agreement between the data obtained from the FE model and the full-scale SRFP laboratorial experiment. Additional discussion and analysis are carried out to investigate the factors that influence collapse buckling. The work presented in this part is quoted from the paper "Behaviour of steel strip reinforced thermoplastic pipe under combined external pressure and bending" [10].

## 20.2   Experimental Tests

### 20.2.1   Test Procedure

The full-scale laboratorial tests of SRFP subjected to combined bending and external pressure are conducted through the following procedures.



SRFP

Figure 20.1 SRFP bent to a ce

Figure 20.2 Injecting the sp

a. The pipe is firs
   keep the pipe i
b. The specimen
   test specimen
   sealed and th
   injects water a
   injecting wate
   with water, th
c. The filled spe
   details are giv
   then sealed.
d. The hyperbar
   controlled by
   pressure tran
   tion is chose
e. The pressure
   acterized by
   and the peak
   tain curvatu
f. The collapse
   next specim

20.2.2   Test Resul

Figures 20.3 and 20.
radius of 1.0 m and 1.
and 3.84 MPa, respe

**FLEX00732**

[2] developed a 2D
ʒ, and external pres-
led tubes. By further
asymmetric collapse
:fections under pure
· combined tension,
;, Bai and Yuan *et al.*
and pre-buckling to
ʌd external pressure.
: of RTP. In addition,
ʌre bending, external
ʌrge amounts of data
lding stress were also
ʌnite element analysis
highly on the angles
ʌat a RTP with a two
esistance to buckling
case.

pipes mainly focuses
, Loureiro Jr. *et al.* [8]
lapse of flexible pipes
xternal pressure. The
nding were combined
a modeling approach
ʌrvature and pressure

iple layers within the
still not fully under-
ʌrvature and external

ʌmbined bending and
The procedure for the
ʌe collapse response of
ʌ commercial software
ied by the good agree-
ʌcale SRFP laboratorial
ʌ investigate the factors
ʌrt is quoted from the
der combined external



**Figure 20.1** SRFP bent to a certain curvature.



**Figure 20.2** Injecting the specimen with water.

a. The pipe is first bent to a certain curvature and steel wire rope is used to keep the pipe in figure, as shown in Figure 20.1.
b. The specimen is completely flooded with water. It can be seen from the test specimen that there are two end terminations on the pipe; one is sealed and the other has two holes. One hole is fixed to a hose that injects water and the other is used to vent air from inside the tube when injecting water, as can be seen in Figure 20.2. After the specimen is filled with water, the air outlet is plugged.
c. The filled specimen is placed in the hyperbaric chamber. The concrete details are given in Chapter 15. The chamber is fully filled with water and then sealed.
d. The hyperbaric chamber is attached to the pressurizing system, which is controlled by a computer to ensure the steady increase in pressure. The pressure transducer is used for data collection and the rate of pressurization is chosen to be 0.025 MPa/s in this experiment.
e. The pressure history curves are recorded. The collapse of SRFP is characterized by a sudden decrease in pressure in the pressure history record and the peak point is the maximum pressure the specimen with that certain curvature can bear.
f. The collapsed specimen is removed and the procedure is repeated for the next specimen.

### 20.2.2 Test Results and Discussions

Figures 20.3 and 20.4 show the pressure history curves for the specimens with a bend radius of 1.0 m and 1.2 m. The maximum pressure recorded for the two sets are 3.63 MPa and 3.84 MPa, respectively. The test specimen usually goes through three stages. First,

l bending and external

**FLEX00733**

326   FLEXIBLE PIPES



Figure 20.3  Pressure history for specimen with initial bend radius of 1 m.

Figure 20.4  Pressure history for specimen with initial bend radius of 1.2 m.

the loading rate of the pressure slowly increases, which may be caused by the residual air left in the chamber after it is sealed and filled with water. The pressure then increases steadily. When the pressure finally reaches its peak point, it is regarded as the collapse pressure. The pressure then starts to drop with an increase in time, first sharply and gradually. This may be because after the ultimate pressure is achieved, the ovalization of the cross section ceases to be uniform along the pipeline. Buckling develops in the middle span, which is the most dangerous section of the pipe. The closer the buckling gets to the end terminations of the specimen, the slower the development. Thus, the decrease rate of the pressure diminishes.

Figure 20.5 shows the buckle deformation of SRFP with an applied bend radius of 1 m. The ovalization in the middle span of the pipe is the most serious.

## 20.3   FE Analysis

In this part, a finite element model using the commercial software ABAQUS is established to study the mechanical response of SRFP subjected to combined bending and external pressure.

Figure 20.5  Collapse of SR

### 20.3.1   Finite Elen

The boundary conditi specimen where sym direction of the pipe) is established to coup position, allowing the incompatible modes) shell elements (S4R) a smaller than its width

Loading was mode introduced by applyir to apply a uniform p collapse behavior of S automatic stabilizatio stant damping factor equilibrium equation

where $[K]$, $[C]$, $[F]$ an displacement matrice $[K]$ becomes singular collapse. Thus, the bu

The stress-strain r obtained from uniax completely similar to used for evaluating t external pressure.

### 20.3.2   Comparis

In the finite element rotation at the refere points of the pipe wa



200.0



200.0

caused by the residual
pressure then increases
egarded as the collapse
time, first sharply and
:hieved, the ovalization
1ckling develops in the
The closer the buckling
1evelopment. Thus, the

applied bend radius of
serious.

ware ABAQUS is estab-
combined bending and



Figure 20.5  Collapse of SRFP with the bend radius of 1 m.

### 20.3.1    Finite Element Modeling

The boundary conditions of the finite element model are similar to those of the tested specimen where symmetric boundary conditions about Z-axis (along the length direction of the pipe) are applied at one end. On the other end, kinematic coupling is established to couple the cross section to the reference point located at its central position, allowing the surface to rotate freely. Element C3D8I (an 8-node linear brick, incompatible modes) is selected for the inner and outer PE tube. Quad-dominated shell elements (S4R) are applied to simulate the steel strips, since their thickness is far smaller than its width or length.

Loading was modeled in two steps in this loading case. Initial pre-bending is first introduced by applying rotation at the reference point. Another step is then conducted to apply a uniform pressure on the outer surface of the pipe. Since the buckling or collapse behavior of SRFP exhibits negative stiffness in the load-displacement response, automatic stabilization is used to facilitate the convergence of the calculation. A constant damping factor should be prescribed during the process. The global nonlinear equilibrium equation is given as [11]

$$[K][u] + [C][u'] = [F] \tag{20.1}$$

where $[K]$, $[C]$, $[F]$ and $[u]$ are the stiffness matrices, damping matrices, load matrices and displacement matrices, respectively. After the external load reaches the collapse point, $[K]$ becomes singular or non-positive and the damping matrices prevents instantaneous collapse. Thus, the buckling or post-buckling response can be captured in the FEM.

The stress-strain relationships for steel and PE material in the numerical model were obtained from uniaxial tensile tests. It should also be stated that the simulation is not completely similar to the test specimens and conditions. However, it is reasonable to be used for evaluating the collapse behavior of SRFP undergoing combined bending and external pressure.

### 20.3.2    Comparison of Test and Analysis Results

In the finite element model, the tube was first bent to a curvature with a prescribed rotation at the reference point at the end surface. The distance between the two end points of the pipe was then fixed. With an increase in external pressure, the ovalization

FLEX00735

**328   FLEXIBLE PIPES**

of the cross section starts to increase. When the pipe reaches its limit pressure, the tube collapses catastrophically. Figure 20.6 shows the buckling mode of SRFP with initial applied bend radius 1 m.

Figure 20.7 shows the relationship between the external pressure and ovality of the cross section in the middle span of the pipe, and the ovality is defined as

$$\Delta_0 = (D_{max} - D_{min})/(D_{max} + D_{min}) \tag{20.2}$$

where $D_{max}$ and $D_{min}$ are the maximum and minimum diameters of the cross section. When the external pressure is small, the ovality of the pipe has slow linear growth. After reaching the collapse pressure, the ovality dramatically increases so the curve is almost vertical, indicating it is the critical collapse criteria.

The comparison of buckling load between the test and simulation results for the two specimens with a bend radius of 1 m and 1.2 m are listed in Table 20.1. The simulated results are slightly higher than those from the test. Several reasons are considered. First,



**Figure 20.6** Collapse of SRFP with bend radius of 1 m.



**Figure 20.7** Ovality-pressure curve with bend radius of 1 m.

**Table 20.1** Comparison of buckling load between test and FE analysis

| Curvature of bend radius (m) | Test, [MPa] | FEM, [MPa] | Difference |
|---|---|---|---|
| 1 | 3.631 | 3.749 | +3.25% |
| 1.2 | 3.835 | 4.029 | +5.06% |

the initial imperfection: can weaken the pipe's l fixed into place by a st shear and axial forces in the FEM. Material at influence on its mecha good agreement betwe of the proposed finite subjected to combined

## 20.4   Analysis R

In this part, the prop mance of SRFP under

Figures 20.8–20.9 sl fourth steel strip layer highest PE tube stress





**Figure 20.8** Mises stress





**Figure 20.9** Mises stress

**FLEX00736**

ts limit pressure, the tube
iode of SRFP with initial

ressure and ovality of the
; defined as

(20.2)

eters of the cross section.
s slow linear growth. After
ises so the curve is almost

ulation results for the two
Table 20.1. The simulated
sons are considered. First,

the initial imperfections of the specimen are not taken into account in the FEM, which can weaken the pipe's load capacity. Second, the two end points of the specimen are fixed into place by a steel wire rope in the test, which produces a certain amount of shear and axial forces on the specimen. The extra forces are left out of consideration in the FEM. Material anisotropy of the tube in different directions may also have some influence on its mechanical behavior. In spite of the simplification in the FEM, the good agreement between the two sets of results illustrate the accuracy and reliability of the proposed finite element model in simulating the mechanical behavior of SRFP subjected to combined bending and external pressure.

## 20.4   Analysis Results and Discussions

In this part, the proposed finite element model is utilized to investigate the performance of SRFP under different conditions.

Figures 20.8–20.9 show the contour plot of Mises stress of the inner PE tube and the fourth steel strip layer in its collapsed state. It can be seen from the two figures that the highest PE tube stress appears at the maximum and minimum diameters of the cross





**Figure 20.8**  Mises stress of the inner PE tube.



**Figure 20.9**  Mises stress of the forth steel strip layer.

alysis

| M, [MPa] | Difference |
|----------|------------|
| 3.749 | +3.25% |
| 4.029 | +5.06% |

330    FLEXIBLE PIPES



**Figure 20.10** Comparison of ovaity between different material properties for SRFP.

**Figure 20.11** Ovality-pressure curves for different curvature radii.

section in the middle span. This is because when the ovalization becomes more obvious in the cross section, the deformation of the pipe around the maximum and minimum diameters grow faster and larger until the strain is maximized. It is essentially the same for steel strip layers; however, the edge of the strip in the upper side (tension side) is also heavily stressed, suggesting there may be a stress concentration problem.

Figure 20.10 illustrates the effect of the steel material's property on the response of SRFP. The steel strip is regarded as purely elastic in one model and elastic-plastic in the other. It can easily be noted that the two ovality-pressure curves are almost overlapped with each other, demonstrating that when dealing with the buckling failure of SRFP, it is reasonable to treat the steel strip as an elastic material.

The ovality-pressure curves of SRFP for different bend radii are shown in Figure 20.11. It can be seen that with a decrease in bend radius, the ovalization development speed in the cross section increases and the ultimate pressure the SRFP can support decreases. This is more clearly in Figure 20.12.

## 20.5    Conclusions

In this chapter, the mechanical response of SRFP subjected to combined bending and external pressure is investigated through both experimental and numerical methods.

S

**Figure 20.12** Collapse pr

The reliability of the p
and FE analysis resuli
SRFP undergoing co:
conclusions are obtai

   a. Special atte
     and minim
     elliptical.
   b. It is reasona
     with the bu
     external pro
   c. The collaps
     bend radiu

## References

1. Corona E, Kyria
   pressure[J]. *Int J*
2. SF Gong, L Yuan
   bending, and ext
3. SF Gong, XY N:
   pressure. *Ships ('*
4. SF Gong, Q Hu,
   tension, bendin;
5. Y Bai, S Yuan, }
   bending and ext
6. Y Bai, J Tang, W
   external pressui
7. K Yu, Morozov
   of reinforced (
   *Composite Stru*
8. Loureiro Jr., W;
   of flexible pip
   *Conference on* (



**Figure 20.12** Collapse pressure of SRFP with different curvature radii.

The reliability of the proposed FEM is verified by the good coincidence between the test and FE analysis results. The FEM can be used for estimating the mechanical behavior of SRFP undergoing combined bending and external pressure. In addition, the following conclusions are obtained:

a. Special attention should be paid to the stress state at the maximum and minimum diameters of the cross section when the tube becomes elliptical.
b. It is reasonable to treat the steel strips as an elastic material when dealing with the buckling failure of SRFP undergoing combined bending and external pressure.
c. The collapse pressure of SRFP is highly affected by the applied initial bend radius.

## References

1. Corona E, Kyriakides S. On the collapse of inelastic tubes under combined bending and pressure[J]. *Int J Solids Struct.*, 24, 505–535, 1988.
2. SF Gong, L Yuan, WL Jin. Buckling response of offshore pipelines under combined tension, bending, and external pressure[J]. *J. Zhejiang Univ Sci A.* 12, 627–636, 2011.
3. SF Gong, XY Ni, S Bao, Y Bai. Asymmetric collapse of offshore pipelines under external pressure. *Ships Offshore Struct.* 8(2), 176–188, 2013.
4. SF Gong, Q Hu, S Bao, Y Bai. Asymmetric buckling of offshore pipelines under combined tension, bending and external pressure. *Ships and Offshore Struct.*, 10(2), 162–175, 2015.
5. Y Bai, S Yuan, J Tang, *et al.* Behaviour of reinforced thermoplastic pipe under combined bending and external pressure[J]. *Ships and Offshore Struct.*, 10(5), 575–586, 2015.
6. Y Bai, J Tang, W Xu, *et al.* Collapse of reinforced thermoplastic pipe (RTP) under combined external pressure and bending moment[J]. *Ocean Engineering*, 94, 10–20, 2015.
7. K Yu, Morozov E V, Ashraf M A, *et al.* Numerical analysis of the mechanical behaviour of reinforced thermoplastic pipes under combined external pressure and bending[J]. *Composite Structures*, 131, 453–461, 2015.
8. Loureiro Jr., Walter C.1; Pasqualino, Ilson P. Numerical-analytical prediction of the collapse of flexible pipes under bending and external pressure *ASME 2012 31st International Conference on Ocean, Offshore and Arctic Engineering*, OMAE 2012.

FLEX00739

332    FLEXIBLE PIPES

9. Sertã O, Fumis R, Connaire A, *et al.* Predictions of armour wire buckling for a flexible pipe under compression, bending and external pressure loading[C]//ASME 2012 31st *International Conference on Ocean, Offshore and Arctic Engineering.* American Society of Mechanical Engineers, 361–365, 2012.

10. T Liu, SH Liu, YT Lu, Y Bai. Behaviour of steel strip reinforced thermoplastic pipe under combined external pressure and bending. ISOPE, 2016.

11. SIMULIA, *ABAQUS analysis user's manual,* ver 6.14, 2014.

# 21

## Cross-Se
## and Case
## Reinforc

### 21.1    Introdu

Steel reinforced fle>
advantages includii
strength, etc. In ge
is quite straightfor'
strip reinforcement
be selected based (
ments. During the
will inevitably carr
internal pressure, t
of steel reinforced f
The derivations of
illustrated step by
engineers.

Over the last fc
cross-sectional de:
the horizontal defl
studies. Takada *et*

**FLEX00740**

ıckling for a flexible
:]//ASME 2012 *31st*
American Society of

noplastic pipe under

# 21

# Cross-Sectional Design and Case Study for Steel Reinforced Flexible Pipe

## 21.1   Introduction

Steel reinforced flexible pipes are emerging in the oil/gas industry due to their many advantages including moderate weight, high corrosion resistance and high impact strength, etc. In general, the configuration of the steel strip reinforced flexible pipe is quite straightforward and consists of an inner PE liner, outer PE sheath and steel strip reinforcement layers. The winding angle and the geometry of the steel strip can be selected based on the design pressure and the corresponding functional requirements. During the steel reinforced flexible pipe's installation and service periods, it will inevitably carry operational and environmental loads such as external pressure, internal pressure, bending, tension, torsion, etc. The requirements of these capacities of steel reinforced flexible pipes have a significant impact on the cross-sectional design. The derivations of the individual capacities for the steel reinforced flexible pipe are illustrated step by step in this chapter, which may be of interest to the manufacturer engineers.

Over the last few decades, much progress has been made in the structural and cross-sectional design of flexible pipes. Spangler *et al.* [1] gave a design formula for the horizontal deflection of flexible culvert pipes and its applicability was tested in field studies. Takada *et al.* [2] developed a simplified method for obtaining the maximum

333

FLEX00741

334   FLEXIBLE PIPES

strain in steel pipes that crosses active faults while considering the nonlinearity of the material and geometry of the pipe section. Witz, J. A. [3] presented a case study involving the structural analysis of a non-bonded flexible riser cross section. Despite the complexity of their cross sections, the layer interactions in the various models used by the participants are taken into consideration and the results broadly agree with the axial-torsional structural response in the experimental data. Glover, Alan, *et al.* [4] discussed the development and implication of the X100 pipeline from the perspective of a successful field project and the application of a strain-based design.

However, few researches could be found in published literature for steel strip reinforced flexible pipes. Bai *et al.* [5] investigated the mechanical response of steel strip reinforced flexible pipes subjected to internal pressure based on the three-dimensional elasticity theory. Bai's team [6] also conducted research on the mechanical behavior of these pipes under external pressure. The structural design is currently mainly based on the empirical approach, prescribing a great limitation in the application of the flexible pipe.

The objective of this chapter is to provide a case study of the flexible pipe by a brief illustration of the process of cross-sectional design. The capacities of ultimate strength, burst pressure, external pressure, bending, torsion, etc., for the flexible pipe are highlighted, as they are the common loads the pipe will be subjected to in its installation and operational periods.

## 21.2   Mechanical Behaviors

The mechanical behaviors of flexible pipe reinforced by steel strips depend on the composition of different layers. The main components of the flexible pipe are helically winding steel strips and polymeric layers. A series of experimental tests related to the mechanical capacities under different loads were carried out, and the pipes used for tests are manufactured by Ningbo-OPR industry.

For the internal pressure, the layers of steel strips are the main components to carry the load. Generally, the stress in innermost steel strips layer is slightly larger than other steel strips. Even though the adjacent layers can slip relatively, for the load of internal pressure, adjacent layers are tightly squeezed together so that the continuity condition is still applicable, and the analytical solution for RTP under internal pressure is applicable for this kind of flexible pipe.

For the load of external pressure, the experimental tests indicated that the pressure will suddenly drop when the pipe collapses and the peak point can be regarded as the buckling pressure. The FE analysis for the buckling process shows a good agreement with the experimental tests. When the external pressure is low, the ovality increases linearly with the pressure. With the increase external pressure, the relationship starts a nonlinear growth. When the pressure reaches a critical value, the deformation of the pipe would change significantly with little increase of pressure. After that, the pressure starts to drop which implies the pipe reaches its ultimate strength. The diameter over thickness ratio of inner and outer PE layer plays an important role in the flexible pipe's resistance to external pressure. Increasing the thickness of PE layer is an efficient way to enhance the collapse pressure.

For the loads
would be reduced
smaller the collap
For the load of
on the thickness a
considered unser'
strain for PE is sp

## 21.3   Cross-

### 21.3.1   Desigr

API 17J [7], AP]
designing and m
operation of flex
to the methods s
reinforced flexibl

Step 1. Mat
Step 2. Cro
Step 3. Syst
Step 4. Dyı
Step 5. Det
Step 6. Insl

In the design
optimize and en:
include the tran
environment of
etc. The designe
in all steps.

Understandi
flexible pipes su
a reliable cross
geometrical co:
the winding an
is normally ba‹
only axisymme
the mechanical
are part of the
include the bur
sure due to ext‹
capacity.

The followir
of the design p

**FLEX00742**

For the loads of combined bending and external pressure, the collapse pressure would be reduced due to the bending curvature; the larger the bending curvature, the smaller the collapse pressure is.

For the load of tension, the outer PE layer or inner PE layer will crack first depending on the thickness and material property of each layer. In the field applications, the pipe is considered unserviceable once the PE layer fails. According to API 17J [7], the allowable strain for PE is specified as 7.7% for unbonded flexible pipe.

## 21.3    Cross-Sectional Design

### 21.3.1    Design Requirement

API 17J [7], API 17B [9], and API 15S [10] list some requirements and criteria for designing and manufacturing steel strip flexible pipes. The handbook on design and operation of flexible pipes [8] also provides some crucial background and guidance to the methods suggested in the API documents. The design procedure for steel strip reinforced flexible pipes can be carried out in the following steps:

Step 1. Material selection.
Step 2. Cross-section configuration design.
Step 3. System configuration design.
Step 4. Dynamic analysis and design.
Step 5. Detailed and service life design.
Step 6. Installation design.

In the design process, all associated factors should be taken into consideration to optimize and ensure the reliability and safety of the designed pipe. The correlative factors include the transported product, functional requirements, surrounding infrastructure, environment of the pipeline in service and the operational and installation conditions, etc. The designed flexible pipe should satisfy the corresponding standard requirements in all steps.

Understanding the mechanical responses and failure modes of steel strip reinforced flexible pipes subjected to different load conditions is of key importance for designing a reliable cross section. The ultimate strength of the cross section is governed by the geometrical configuration of the linear outer sheath of the pipe, the steel strip and the winding angles of the reinforcement layers, etc. The cross-section design analysis is normally based on the pressure rating and use of analytical models that consider only axisymmetric loads [8]. In this chapter, the analytical method is used to estimate the mechanical properties and the strength capacities for some specified cases, which are part of the design requirement required in API 17J [7]. The strength capacities include the burst pressure of the pipe subjected to internal pressure, the collapse pressure due to external pressure, the minimum bend radius as well as the twist resistance capacity.

The following equations (formulas) can be used as a reference during the early stage of the design procedure.

336 FLEXIBLE PIPES

### 21.3.2 Strength Capacity

#### • Burst Pressure

The hoop load equilibrium equation of the steel strip reinforced flexible pipe is:



$$2(r_j - r_i)\sigma_p + 2(r_o - r_k)\sigma_p + 2\sum_{i=1}^{N} n_i b_i \delta_i \sigma_g \sin\theta_i \frac{\tan\theta_i}{\pi(r_o - r_i)} = 2r_i p_B^\theta \tag{21.1}$$

where: $b$ is the steel strip width, [mm]; $\delta$ is the steel strip thickness, [mm]; $n$ is the number of steel strips in this layer; $N$ is the layer numbers of reinforcement layer; $r_i$ is the inner radius of the liner PE, [mm]; $r_j$ is the outer radius of the inner liner PE, [mm]; $r_k$ is the inner radius of the outer sheath; $r_o$ is the outer radius of the outer sheath, [mm]; $\theta$ is the winding angle of the steel strips [°]; $\sigma_g$ is the extreme strength of the steel strip, [MPa]; and $\sigma_p$ is the HDPE bearing stress, [MPa].

The axial load equilibrium equation of the steel strip reinforced flexible pipe is:

$$\pi(r_j^2 - r_i^2)\sigma_p + \pi(r_o^2 - r_k^2)\sigma_p + \sum_{i=1}^{N} n_i b_i \delta_i \sigma_g \cos\theta_i = \pi r_i^2 p_B^z \tag{21.2}$$

The short-period burst pressure of the unbound flexible pipes is the smaller of the hoop bursting pressure and axial bursting pressure.

$$p_B = \min(p_B^z, p_B^\theta) \tag{21.3}$$

#### • Collapse Pressure

The plastic buckling pressure of steel strip reinforced flexible pipe is identical to the one given by Ref. [7], as follows:

$$p_{cr} = \sum_{i=1}^{N_i} p_{cr,\,steel}^i + \sum_{j=1}^{N_j} p_{cr,\,PE}^j \tag{21.4}$$

where, $i$ and $j$ are the layer numbers for the steel reinforcement layers and PE tubes and $N_i$ and $N_j$ are their maximum layer numbers, respectively.

For the steel strip reinforcement layer, its equivalent bending stiffness can be acquired from the formula given by Ref. [7] and its contribution for the buckling pressure can be obtained as:

$$p_{cr,\,steel}^i = KnE_i bh^3 / 4L_p R_i^3 \tag{21.5}$$

where $n$ is the number of the strips in the layer, $L_p$ is pitch, $E_i$ is the elastic modulus of the steel material and $b$ and $h$ are the width and thickness of the steel strip. $K$ is a factor that depends on the lay angle and the moment of inertia in the section and $R_i$ is the mean radius of the $i_{th}$ layer.

For the inner or outer P external pressure:

where the superscript $f$ m $j$th layer, $I_j$ is the equivale tube.

• **Minimum Bend Rad**
API 17J [7] defines the m the minimum storage rad adopted for the steel strip

The elements within t other when the bend radiu locking radius and can l shows the relevant geom is found from the bendin sides of the pipe where sl

where, $L_p$ is the pitch le in a layer and $R$ is the m Figure 21.1.

The largest calculate radius for the flexible pi

Figure 21.1 Geometrical p

FLEX00744

For the inner or outer PE tube, the iterative method is used to obtain the calculated external pressure:

$$p_{cr,\text{PE}}^{I} = \frac{3E_{j,t}^{f} I_{j}^{f}}{R_{j,f}^{3}} \tag{21.6}$$

where the superscript $f$ means the $f$th increment step, $E_{j,t}$ is the tangent modulus of the $j$th layer, $I_j$ is the equivalent inertia moment and $R_j$ is the updated mean radius of the tube.

- **Minimum Bend Radius**

API 17J [7] defines the minimum bend radius of an unbounded flexible pipe based on the minimum storage radius and the minimum locking radius. This method can also be adopted for the steel strip reinforced flexible pipes.

The elements within the different helical layers may come into contact with each other when the bend radius is small enough. This bend radius is defined as the minimum locking radius and can be computed when the layer geometry is given. Figure 21.1 shows the relevant geometric quantities of the reinforcement layers. The locking radius is found from the bending strain needed to close the gap at the tensile or compressive sides of the pipe where shortening occurs as [7]:

$$\frac{L_p}{n} \frac{R}{\rho_l} = \frac{L_p}{n} - \frac{b_{\min}}{\sin a} \tag{21.7}$$

where, $L_p$ is the pitch length of the spiral strips in the layer, $n$ is the number of strips in a layer and $R$ is the mean radius. The other geometrical properties are illustrated in Figure 21.1.

The largest calculated value among all of the helical layers is taken as the locking radius for the flexible pipe. In order to maintain the integrity of the inner and outer PE



**Figure 21.1** Geometrical properties of reinforcement layers [7].

FLEX00745

338    FLEXIBLE PIPES

layers, which is governed by the maximum allowable strain, the following limit for the bending radius of the plastic PE layer should also be considered:

$$\rho_\varepsilon = R/\varepsilon_{\lim}$$ (21.8)

According to API 17J [7], the storage minimum bend radius (SBR) is calculated from the minimum bend radius (MBR) and it is at least 1.1 times the MBR to cause locking.

In addition, the ultimate strength is the maximum bending moment of the steel strip flexible pipe and should also be taken into account. The safety factors specified in the standard should be selected accordingly in the engineering applications.

## 21.4 Case Study

### 21.4.1 General

In this section, a case study of flexible pipe reinforced by steel strips is carried out to illustrate the design process. The design requirements are set as follow: 6-inch pipe with design life of 20 years, design temperature of 20 °C, design pressure of 30 MPa and working environment on land.

Based on the design requirements, the cross-sectional parameters are assumed by engineering experience. Table 21.1 shows the initial design dimensions of the steel strip flexible pipe.

Table 21.1 Parameters of the designed pipe.

| Part | Parameter | Value |
|---|---|---|
| Inner layer | ID of inner pipe, [mm] | 143 |
| | OD of inner pipe, [mm] | 163 |
| | Wall thickness of inner pipe, [mm] | 10 |
| First two reinforcement layers | Number of steel strips in one layer | 2 |
| | Winding angle of the steel belt, [°] | 75.7 |
| | Thickness of steel belt, [mm] | 0.55 |
| | Width of steel belt, [mm] | 60 |
| Remaining two layers | Number of steel strips in one layer | 4 |
| | Winding angle of the steel belt, [°] | −54.7 |
| | Thickness of steel belt, [mm] | 1.05 |
| | Width of steel belt, [mm] | 72 |
| Outer layer | Wall thickness of outer coating layer, [mm] | 6.85 |
| | OD of outer coating layer, [mm] | 183.5 |

### 21.4.2 Design Analy

#### 21.4.2.1 Preliminary

The burst pressure is calc
bursting pressure is 22.8
pressure will be 22.8 MP

In this case the safet
applications, the safety fa
this chapter so the pipe
meet requirements.

The collapse pressure
collapse pressure of the d
the pipe operates on lan

The minimum bend r
and (21.8). The minimu
satisfied the size of reel

#### 21.4.2.2 FE Analysis

FE analyses for the pipe
results. For instance, a f
prediction of the collap
displacement contour p
between the ovality and
regarded as the maxim

The collapse pressur
analytical method and

Other individual ca
axial stiffness, etc., sho





Figure 21.2 Contour plot

FLEX00746

owing limit for the

(21.8)

) is calculated from
R to cause locking.
ent of the steel strip
ors specified in the
ions.

ps is carried out to
follow: 6-inch pipe
sure of 30 MPa and

ers are assumed by
ons of the steel strip

| | Value |
|---|---|
| | 143 |
| | 163 |
| | 10 |
| | 2 |
| | 75.7 |
| | 0.55 |
| | 60 |
| | 4 |
| | −54.7 |
| | 1.05 |
| | 72 |
| nm] | 6.85 |
| | 183.5 |

### 21.4.2   Design Analysis

#### 21.4.2.1   Preliminary Analysis

The burst pressure is calculated using the equations (21.1), (21.2) and (21.3). The hoop bursting pressure is 22.8 MPa, the axial bursting pressure is 30.5 MPa and the bursting pressure will be 22.8 MPa for the studied pipe.

In this case the safety factor for burst pressure is 1.31. In practical engineering applications, the safety factor should be defined first, but it is not the major concern of this chapter so the pipe design here is an example, and assumed to have the ability to meet requirements.

The collapse pressure is calculated using the equations (21.4), (21.5), and (21.6). The collapse pressure of the designed pipe calculated is 0.83 MPa. It should be satisfied since the pipe operates on land.

The minimum bend radius of the design pipe is calculated using the equations (21.7) and (21.8). The minimum bend radius of the designed pipe is 1.19 m, this value should satisfied the size of reel during transportation with a safety factor.

#### 21.4.2.2   FE Analysis

FE analyses for the pipe capacities should be carried out to validate the detailed design results. For instance, a finite element model using ABAQUS is established to verify the prediction of the collapse pressure for steel strip flexible pipes. Figure 21.2 shows the displacement contour plot of the pipe subjected to external pressure and the relationship between the ovality and external pressure is illustrated in Figure 21.3. The peak point is regarded as the maximum pressure the pipe can endure.

The collapse pressure obtained from FE analysis is 0.93MPa. The difference between analytical method and FE analysis is 4.4%, which is acceptable.

Other individual capacities including burst pressure, minimum bending radius, axial stiffness, etc., should be validated by FE analysis as well, but it is not illustrated



Figure 21.2   Contour plot of the pipe subjected to external pressure.

**FLEX00747**

340   FLEXIBLE PIPES



**Figure 21.3** Relationship between the ovality and external pressure.

in this chapter. Chapters 14, 16, 17, 18, 19 and 20 give references to the detailed finite element analyses for estimating these capacities.

## 21.5   Conclusions

First, the cross-sectional design process for steel strip reinforced flexible pipes is detailed in this chapter. Then, the calculation methods for individual capacities of the pipe subjected to primary loads in installation and operation are specially given. At last, a case study involving a 6-inch steel strip reinforced flexible pipe is carried out. The corresponding finite element models using ABAQUS are established to verify the accuracy and reliability of the pipe's ultimate strength predictions.

Although the exampled structural configuration of pipe is quite simple and the production cost is quite low, the design of the structure and its cross section are very important to the integrity and safety of pipeline in the engineering applications. The results obtained from the simplified estimation and the detailed FEM that takes into account the interaction between the layers are in good agreement with each other. The case study presented here may be interesting for manufacturing engineers in the early stage of the pipe's design. However, further research should be conducted to determine the mechanical responses of steel strip reinforced flexible pipe under combined load conditions.

## References

1. S. M. Grant and G. E. Shafer, The structural design of flexible pipe culverts. *J. Highway Research Board Proceedings*, 17, 1938.
2. T. Shiro, N. Hassani and K. Fukuda, A new proposal for simplified design of buried steel pipes crossing active faults. *Earthquake engineering & structural dynamics*, 30(8), 1243–1257, 2001.
3. J. A. Witz, A case study in the cross-section analysis of flexible risers. *Marine Structures*, 9(9), 885–904, 1996.

4. G. Alan, *et al.*, Design, 2003.
5. Y, Bai, *et al.*, Analysis *Ships and Offshore Str*
6. Y, Bai, *et al.*, Bucklin external pressure. *Con*
7. API, Specification for Petroleum Institute (*A*
8. D. Fergestad and S. A.
9. API, Recommended Petroleum Institute (*A*
10. API, Qualification of Petroleum Institute (*A*

4. G. Alan, *et al.*, Design, application and installation of an X100 pipeline. OMAE 2003–37429, 2003.
5. Y, Bai, *et al.*, Analysis of steel strip reinforced thermoplastic pipe under internal pressure. *Ships and Offshore Structures*, 1–8, 2015.
6. Y, Bai, *et al.*, Buckling stability of steel strip reinforced thermoplastic pipe subjected to external pressure. *Composite structures*, 152, 528–537, 2016.
7. API, Specification for unbonded flexible pipe. Technical report, API 17J, 2008, American Petroleum Institute (API).
8. D. Fergestad and S. A. Løtveit, *Handbook on design and operation of flexible pipes*. 2014.
9. API, Recommended practice for flexible pipe, Technical report, API 17B, 2008, American Petroleum Institute (API).
10. API, Qualification of spoolable reinforced plastic line pipe, API 15S, 2016, American Petroleum Institute (API).

0.14

s to the detailed finite

rced flexible pipes is
dividual capacities of
on are specially given.
ble pipe is carried out.
tablished to verify the
s.
quite simple and the
cross section are very
ring applications. The
d FEM that takes into
nt with each other. The
engineers in the early
onducted to determine
under combined load

pipe culverts. *J. Highway*

ied design of buried steel
*namics*, 30(8), 1243–1257,

risers. *Marine Structures*,

**FLEX00749**

# 22

# Damage Assessment for Steel Reinforced Flexible Pipe

## 22.1   Introduction

Steel reinforced flexible pipes (SRFP) are a new kind of unbonded flexible composite pipe and have strong potential in subsea applications for their good corrosion resistance and relatively low fabrication and installation cost.

Defects are introduced into the flexible pipelines during manufacturing, installation and operation. In recent years, several researches on flexible pipe damage assessment have been carried out. Ji *et al.* performed a case study to evaluate the residual capacity of a flexible pipe when exposed to corrosion damages in the tensile armor. A three-dimensional nonlinear finite element model was developed using software MARC to evaluate the increase in mean and dynamic stresses for given damaged inner tensile armor wires. The study also included the effect of these damages with respect to the associated stresses in the pressure spiral. Furthermore, the implications of a sequence of wire failures with respect to the accumulated time until cross-section failure in a probabilistic sense are addressed [1]. Munoz presented analysis results involving tests under the loads of pure tension and torsion with tension for a 4-inch unbonded flexible riser with five damaged wires in its outer tensile armor. Besides presenting data concerning the internal structure of the riser, he also described the test procedures and the main test results such as axial, torsional stiffness, and the redistribution of forces in the wires. Comparisons between numerical simulations and the test results were presented [2]. Sousa did a structural analysis for a damaged 10-inch flexible pipe under

343

FLEX00750

344   FLEXIBLE PIPES

D.

pure and combined axisymmetric loads. A set of tests carried out considered one up to ten broken wires in the outer tensile armor of the pipe, and the results are compared to those provided by a previously presented FE analysis and a traditional analytical model [3]. Firoozabad did a damage assessment of the pipe elbow to study the failure criteria through the tests and the corresponding numerical models. The damage indexes available in the literature were used for failure estimation of the component. It is suggested that the failure of the steel pipe elbow could be fairly assessed through the Park damage index for a constant amplitude loading. The damage calculated based on one failed specimen under constant cyclic loading, can be set as the failure criteria. Hence, the number of cycles to failure under different amplitude can be estimated based on the simulation response which proved to be reliable [4].

## 22.2   Damage Analysis of Outer Layer

### 22.2.1   General

A FE model of a pipe with local damage on the outer layer is established with software ABAQUS. The ultimate failure load for the pipe under internal pressure is calculated and is compared to that of a pipe without damage on the outer layer.

### 22.2.2   FE Analysis

The length of a pipe under internal pressure is generally advised to be 5–7 times that of the outer diameter and the length is 1000 mm in this analysis. In the FE model, the inner and outer HDPE layers are created as a solid unit and meshed with hexahedral elements C3D8R while the steel strip layers are created as a shell meshed with quadrilateral elements S4R.

The steel strip reinforced flexible pipe is a type of unbonded flexible pipe; there are frictional contact and relative slippage between the polymer layers and the steel strips. Since there are many contact surfaces that lead to nonlinear problems, ABAQUS/ Explicit dynamic solver is needed to solve these problems.

In the ABAQUS interactions modeling, the "general contact" is set to simulate friction between the layers and friction and compression between the metallic strips. The normal mechanical behavior is defined as "Hard Contact" with "Allow separation after contact", and the Penalty is taken as the friction formulation for tangential behavior. The friction coefficients are selected as 0.1.

For the boundary conditions, the reference point is set at the center of the left cross section of the pipe and is rigidly connected to the pipe end section so that the movement of the section and the reference point are linked. The six degrees of freedom of the right-side cross section of the pipe are fixed with boundary constraints.

When a load is applied, a smooth curve is used to define the loading process in order to simulate the quasi-static processes and control the loading rate. The load-time relationship is as follows:

$$a = A_i + (A_{i+1} - A_i)\zeta^3(10 - 15\zeta + 6\zeta^2) \qquad t_i \leq t \leq t_{i+1} \qquad (22.1)$$

The accuracy of the of the model. The follo

where $E_i$ is internal ei kinetic energy, $E_{FD}$ is th by the external force ai

For quasi-static pro internal energy of the proportion of the intei ers the proportion of order to accurately sin

### 22.2.3   Material Pi

The geometric parame used in finite element i lists the typical materii with the properties lis

**Table 22.1** Geometric j

| Items |
|---|
| Inner diameter |
| Inner PE layer thickne |
| Number of reinforced |
| Steel strip thickness |
| Steel strip winding an; |
| Steel strip gap |
| Steel strip number of \ |
| Thickness of the outei |

**Table 22.2** Physical an

| Density, [kg/m³] | |
|---|---|
| 940 | |

**FLEX00751**

considered one up to
ults are compared to
mal analytical model
ly the failure criteria
amage indexes avail-
onent. It is suggested
ugh the Park damage
based on one failed
: criteria. Hence, the
imated based on the

blished with software
pressure is calculated
yer.

o be 5–7 times that of
ie FE model, the inner
1 hexahedral elements
with quadrilateral ele-

flexible pipe; there are
rs and the steel strips.
problems, ABAQUS/

set to simulate friction
etallic strips. The nor-
w separation after con-
ngential behavior. The

center of the left cross
tion so that the move-
grees of freedom of the
straints.
the loading process in
ing rate. The load-time

$$\leq t \leq t_{i+1} \tag{22.1}$$

$$\xi = (t - t_i)/(t_{i+1} - t_i) \tag{22.2}$$

The accuracy of the calculation results depends on the numerous studied energies of the model. The following is the energy balance equation used in ABAQUS/Explicit:

$$E_I + E_V + E_{KE} + E_{FD} - E_W = E_{total} \tag{22.3}$$

where $E_I$ is internal energy, $E_V$ is the energy absorbed by viscous dissipation, $E_{KE}$ is kinetic energy, $E_{FD}$ is the energy absorbed by frictional dissipation, $E_W$ is the work done by the external force and $E_{total}$ is the total energy of the system.

For quasi-static processes, the work done by external forces is almost equal to the internal energy of the system. Therefore, kinetic energy accounts for a very small proportion of the internal energy. All analyses and calculations in this chapter considers the proportion of the kinetic energy of the internal energy to be less than 5% in order to accurately simulate the quasi-static loading process.

### 22.2.3    Material Parameters

The geometric parameters of the steel reinforced flexible pipe shown in Table 22.1 will be used in finite element analysis. The base material is HDPE /model PE100 and Table 22.2 lists the typical material properties for this material. The reinforced material is steel strip with the properties listed in Table 22.3.

Table 22.1  Geometric parameters of SRFP.

| Items | Value | Unit |
|---|---|---|
| Inner diameter | 150 | mm |
| Inner PE layer thickness | 10 | mm |
| Number of reinforced layers | 4 | |
| Steel strip thickness | 1 | mm |
| Steel strip winding angle | 57 | ° |
| Steel strip gap | 0 | mm |
| Steel strip number of the reinforced layer | 4 | |
| Thickness of the outer layer of PE | 8 | mm |

Table 22.2  Physical and mechanical properties of PE100.

| Density, [kg/m³] | Young modulus, [MPa] | Poisson ratio, [–] | Ultimate strength, [MPa] |
|---|---|---|---|
| 940 | 1040 | 0.45 | 35 |

346 FLEXIBLE PIPES

DAM

### 22.2.4 Modeling of Damage Analysis

In this section, two models of damaged outer layer with different damage sizes are established, as shown in Table 22.4.

Figure 22.1 shows the overall ABAQUS model for a steel reinforced flexible pipe and the detail of reinforced layer is shown in Figure 22.2. To improve accuracy, the mesh is

**Table 22.3** Physical and mechanical properties of steel strip.

| Density $\rho_{st}$ [kg/m³] | Young modulus $E_{st}$, [MPa] | Poisson ratio $\mu_{st}$ | Ultimate strength $X_{st}$ [MPa] |
|---|---|---|---|
| 7800 | 206000 | 0.26 | 968.5 |

**Table 22.4** Parameters of liner pipe with damage layer.

| Case | Axial direction, [mm] | Radial direction, [mm] | Loop direction, [°] |
|---|---|---|---|
| ① | 60 | 8 | 9 |
| ② | 60 | 8 | 18 |



**Figure 22.1** Steel reinforced flexible pipe model.



**Figure 22.2** Steel strip model.

Figure 22.3 Local damage mo

refined and the aspect ra
controlled within an acc
nomenon, the model use
frictional contact. Dama
is applied onto the outer
local damage is specifiec

### 22.2.5 Analysis Res

An internal pressure of
vals of 0.15 s in ABAQU
pipe, the stress distribu
effects may be negligibl
damage is located on tł
sis is conducted on the
defined as the equivale
Similar to the steel wire
of steel strip reinforcec
the steel strip reaches it

Figure 22.4 shows th
the loading period. The
ference), indicating the

The following dama
Figures 22.5 to 22.8 sho
the damage occurs at t.
sively from the inner st
of the innermost strip
time is 0.15 s at the step
sure is 25 MPa. Figure
the innermost and out
When the equivalent I
of 968.5 Mpa, the runi

**FLEX00753**

t damage sizes are

ed flexible pipe and
curacy, the mesh is

| Jltimate strength $X_u$, [MPa] |
| --- |
| 968.5 |

| p direction, [°] |
| --- |
| 9 |
| 18 |

Figure 22.3   Local damage model.

refined and the aspect ratio of the unit, the surface vertex and some other factors are controlled within an acceptable range. In order to avoid the unit shear locking phenomenon, the model uses the linear reduced integration unit while taking into account frictional contact. Damage with a length of 60 mm longitudinally and 8 mm radially is applied onto the outer PE layer. The arc length is 9° around the pipe center axis. The local damage is specified in Figure 22.3.

### 22.2.5   Analysis Results

An internal pressure of 25 MPa applied to the pipe is corresponding to the load intervals of 0.15 s in ABAQUS load step. Due to the boundary constraints at both ends of the pipe, the stress distribution near the end surfaces may change significantly, while the effects may be negligible at farther points due to the Saint-Venant principle. Since the damage is located on the outside liner of the central part of the pipeline, stress analysis is conducted on the middle portion of the pipe cross section. The failure of pipe is defined as the equivalent stress in the steel strip reaches the ultimate tensile strength. Similar to the steel wire reinforced composite pipe, the load applied at the inner surface of steel strip reinforced flexible pipe is defined as the internal blasting pressure when the steel strip reaches its criterion of failure.

Figure 22.4 shows the changes of internal energy and kinetic energy with time during the loading period. The kinetic and internal energies are barely varied (less than 1% difference), indicating the calculation results are stable and reliable.

The following damage analyses are carried out for the damage condition of case ①. Figures 22.5 to 22.8 show the stress distributions of the four steel strips for the case that the damage occurs at the outer PE liner. The stresses of the four layers decrease successively from the inner steel strip to the outer steel strip. When the maximum Mises stress of the innermost strip reaches the ultimate tensile strength of 968.5 MPa, the running time is 0.15 s at the step of full load. The length scale $\xi$ is 1 and the applied internal pressure is 25 MPa. Figures 22.9 and 22.10 show the distributions of equivalent stress for the innermost and outermost steel strips for the case without damage at the outer liner. When the equivalent Mises stress of the steel strip reaches the ultimate tensile strength of 968.5 Mpa, the running time is 0.15 s at the step of full load. The length scale factor $\xi$

FLEX00754

348    FLEXIBLE PIPES

DAI



Figure 22.4  Energy comparison chart.

Figure 22.5  Stress distribution of steel strip layer 1 (with damage).

Figure 22.6  Stress distribution of steel strip layer 2 (with damage).

Figure 22.7  Stress distributi

Figure 22.8  Stress distribu

Figure 22.9  Stress distrib

FLEX00755



DAMAGE ASSESSMENT FOR STEEL REINFORCED FLEXIBLE PIPE    349

Figure 22.7  Stress distribution of steel strip layer 3 (with damage).

Figure 22.8  Stress distribution of steel strip layer 4 (with damage).

Figure 22.9  Stress distribution of steel layer 1 (without damage).

FLEX00756

350   FLEXIBLE PIPES

DAN



Figure 22.10  Stress distribution of steel strip layer 4 (without damage).

the stresses of the units n
in the outer layer has littl

## 22.3   Influence of

The model of flexible co
intervals are established
pressure are analyzed, a
is discussed. In this secti
3 mm, and 6 mm respec
  The internal pressure
ensure the reliability of t
the inner steel strips witl
between the steel strips,



Figure 22.11  Inner steel strip layer around the applied damage.





Figure 22.12  Stress diagra

Table 22.5  Stress distributions of inner steel strip layer close to the damage

| Stress of the metallic strip | Location 1 | Location 2 | Location 3 | Location 4 |
|---|---|---|---|---|
| Inner Layer (Without damage) | 964 MPa | 951 MPa | 942 MPa | 920 MPa |
| Inner Layer (With damage Case ①) | 958 MPa | 960 MPa | 956 MPa | 926 MPa |
| Inner Layer (With damage Case ②) | 965 MPa | 964 MPa | 956 MPa | 937 MPa |

is 1 and the internal burst pressure is 25 MPa. Therefore, the damage at the outer liner
has little effect on the inner pressure condition.

  Figure 22.11 shows the locations of inner steel strip layer abound the damage. The
analysis shows the stress distribution of the innermost strip around the location applied
damage under a blasting load of 25 MPa. Table 22.5 lists the stresses at four locations in
the inner layer around the damage under a blasting load of 25 MPa. It can be found that





Figure 22.13  Stress diagi

**FLEX00757**

the stresses of the units nearby the damage are almost the same, indicating the damage in the outer layer has little effect on the burst pressure.

## 22.3    Influence of Different Intervals

The model of flexible composite pipe with the steel strips reinforced layer at different intervals are established by ABAQUS and their ultimate failure loadings under internal pressure are analyzed, and the influence of the interval length to the inner burst press is discussed. In this section, three different models with different strip intervals, 0 mm, 3 mm, and 6 mm respectively, are studied.

The internal pressure of 25 MPa is applied to the pipe with a loading step of 0.15 s to ensure the reliability of the results. Figures 22.12 to 22.14 show the stress distributions of the inner steel strips with different strip intervals. With an increase in the interval length between the steel strips, the stress distribution becomes increasingly non-uniform. The



**Figure 22.12** Stress diagram of inner steel strip (0 mm).

| | Location 3 | Location 4 |
|---|---|---|
| | MPa | 920 MPa |
| | MPa | 926 MPa |
| | MPa | 937 MPa |

ge at the outer liner

nd the damage. The
the location applied
s at four locations in
. It can be found that



**Figure 22.13** Stress diagram of inner steel strip (3 mm).

**FLEX00758**



352    FLEXIBLE PIPES

DAM

**Figure 22.14** Stress diagram of inner steel strip (6 mm).

**Figure 22.15** Stress distributions of inner steel strip (6 mm).

Figure 22.16 Stress of the ste

Figure 22.17 Stress of the st

stresses at the edges of the laminated layers are significantly greater than the stresses at other portions of the pipe as shown in Figure 22.15, which may significantly reduce the pipe's capacity to resist internal pressure. The stress at which ultimate strength is attained at the edge of the pipe is used as the determination of internal pressure. Taking into account the safety factors, the internal pressure for this analysis are 25 MPa (0 mm), 22.4 MPa (3 mm), and 19.12 MPa (6 mm) for different interval lengths.

## 22.4    Effects of Insufficient Strength in Steel Strip

The strength reduction factors of the four strip layers from the inside out are 1.0, 0.95, 0.9 and 0.85. While taking the middle 100 mm range of the pipe as the study

object, Figures 22.16
layers, if the stress of
criteria respectively. Fi
ing layers. Correspon
23.55 MPa; therefore,
It was found that dam
and the layer strength
burst was 0.94 times tl
of the steel strip fron
strength.



**Figure 22.16** Stress of the steel strip 1 (strength reduction factor of 1.0).



**Figure 22.17** Stress of the steel strip 2 (strength reduction factor of 0.95).

object, Figures 22.16 to 22.19 show the failure stress states for the corresponding layers, if the stress of the layers reaching intensity limit is set as the pipeline failure criteria respectively. Figures 22.16 to 22.19 are the failure stress states for corresponding layers. Corresponding burst pressures are 25 MPa, 24.78 MPa, 24.33 MPa and 23.55 MPa; therefore, 23.55 MPa is used as the minimum burst pressure for the pipe. It was found that damage to the outermost layer of the strip often led to pipe failure and the layer strength reduction factor was 0.85. The value of the internal pressure burst was 0.94 times that of an ordinary pipe, most likely due to the decreasing stress of the steel strip from the inside out, which weakens the influence of insufficient strength.

**FLEX00760**



354 FLEXIBLE PIPES



**Figure 22.18** Stress of the steel strip 3 (strength reduction factor of 0.9).



**Figure 22.19** Stress of the steel strip 4 (strength reduction factor of 0.85).

## References

1. G. Ji, B. J. Leira, S. Sævik, F. Klæbo, G. Axelsson and D. Fergestad. Integrity Assessment of Damaged Flexible Pipe Cross-Sections, *ASME 2014 33rd International Conference on Ocean, Offshore and Arctic Engineering*, San Francisco, USA, 2014.
2. H.E.M. Munoz, J. R. M. Sousa, C. Magluta and N. Roitman. A study on the extensional-torsional response of a damaged Flexible Pipe. *ASME 2012 31st International Conference on Ocean, Offshore and Arctic Engineering*, Rio de Janeiro, Brazil, 2012.
3. J.R. M. Sousa, C. Magluta, N. Roitman, G. C. Campello. On the axisymmetric response of a damaged flexible pipe. *ASME 2014 33rd International Conference on Ocean, Offshore and Arctic Engineering*, San Francisco, USA, 2014.
4. E.S. Firoozabad, B.G. Jeon, H.S. Choi, A. Safdari, N.S. Kim. Damage assessment of steel pipe elbow under cyclic loading. *Proceedings of the Tenth Pacific Conference on Earthquake Engineering*, Sydney, Australia, 2015.

**FLEX00761**

# Part IV
# BONDED FLEXIBLE PIPES

. Integrity Assessment of
*nal Conference on Ocean,*

tudy on the extensional-
*ternational Conference on*

ixisymmetric response of
*e on Ocean, Offshore and*

mage assessment of steel
*Conference on Earthquake*

FLEX00762