Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ DePena  ☑ Troutman |
| DATE | 5/19/21 |
| TIME | 10:36 a.m. — ~~12:21~~ a.m. |
| | p.m. — 12:21 p.m. |
| CIVIL ACTION | H — 18 — 2351 |
| STYLE | Flexsteel Pipeline Technologies, Inc. *versus* Offshore Pipelines and Risers (OPR) Inc., et al. |

DOCKET ENTRY

☑ Conference, ☐ Hearing, Day ____ ☐ Bench ☐ Jury Trial   Reporter: Gumm

Patrick Leyendecker, Collin Phillips   for Flexsteel Pipeline Technologies
Sean Hsu                                for Offshore Pipeline and Risers, Yong Bai
Michael Collins                         for Qiang Bai
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☑ Motions taken under advisement: (108)
☑ Order to be entered.
☑ Internal review set: 06·21·2021
☐ Rulings rendered on: _____

07-2019